IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-510-LPS |
| | ) |
| BMW OF NORTH AMERICA, LLC, and | ) |
| BMW MANUFACTURING CO., LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent BMW of North America, LLC and BMW Manufacturing Co., LLC, in this matter:

Samhitha M. Medatia
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363
(401) 653-6419

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C., 20001
(202) 408-4000

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA, 20190
(571) 203-2700

| | |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>(571) 203-2700<br><br>R. Benjamin Cassady<br>Courtney S. Kasuboski<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Samhitha M. Medatia<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, LLP<br>271 17th Street, NW, Suite 1400<br>Atlanta, GA 30363<br>(401) 653-6419 | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |

Dated: May 20, 2020

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Samhitha Medatia, R. Benjamin Cassady and Lionel M. Lavenue is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 18, 2020

_____
Samhitha M. Medatia
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363
Phone: (404) 653-6400
samhitha.medatia@finnegan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 18, 2020

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Phone: (202) 408-4000
r.benjamin.cassady@finnegan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 12, 2020

_____
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2700
lionel.lavenue@finnegan.com