IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-510-LPS |
| | ) | |
| BMW OF NORTH AMERICA, LLC, and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-511-LPS |
| | ) | |
| MERCEDES-BENZ USA, LLC, | ) | |
| MERCEDES-BENZ VANS, LLC, DAIMLER | ) | |
| TRUCKS NORTH AMERICA, LLC, and DAIMLER | ) | |
| NORTH AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-512-LPS |
| | ) | |
| VOLVO CAR NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW"); Mercedes-Benz USA, LLC ("MBUSA"), Mercedes-Benz Vans, LLC ("MBV"), Daimler Trucks North America, LLC ("DTNA"), and Daimler North America Corp. ("DNAC") (collectively,

"Mercedes"); and Volvo Car North America, LLC ("Volvo") (collectively, "Defendants") hereby respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Stragent's complaints for patent infringement of U.S. Patent Nos. 10,248,477; 10,031,790; 10,002,036; and 9,705,765 as barred by claim and issue preclusion. The grounds for this motion are fully set forth in the accompanying opening brief.

|  |  |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>(571) 203-2700<br>R. Benjamin Cassady<br>Courtney S. Kasuboski<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Samhitha M. Medatia<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER LLP<br>271 17th Street, NW, Suite 1400<br>Atlanta, GA 30363<br>(404) 653-6400<br><br>Dated: July 6, 2020 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |