# EXHIBIT V

**AUTOSAR Documents and Sections Cited by Stragent – U.S. Patent No. 9,705,765[1]**

| U.S. Patent No. 9,705,765 Claim 1 | Del. Claim Chart for '765 Patent (D.I. 1-8) | E.D. Texas Contentions for Invalid Texas Patents |
|---|---|---|
| An apparatus, comprising: | No documents cited | |
| an automotive electronic control unit comprising a hardware and instructions for: | No documents cited | |
| identifying information associated with a message received utilizing a Controller Area Network protocol associated with a Controller Area Network; | AUTOSAR Document ID 067: AUTOSAR Technical Overview<br>-- p.10, 34-35<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features:<br>-- [RS_BRF_01560]<br><br>AUTOSAR 4.2.2 - Layered Software Architecture<br>-- p. 90 (Interfaces diagram with description of SDU, PCI, PDU)<br><br>AUTOSAR 4.2.2 – Glossary | AUTOSAR Document ID 067: AUTOSAR Technical Overview<br>-- p.10, 34-35<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features:<br>-- [RS_BRF_01560]<br><br>AUTOSAR 4.2.2 - Layered Software Architecture<br>-- p. 90 (Interfaces diagram with description of SDU, PCI, PDU)<br><br>AUTOSAR 4.2.2 – Glossary |

---

[1] The citations to the E.D. Texas Contentions are exemplary only, not exhaustive, and the same evidence is cited in the '843 patent and '705 patent contentions. *See generally* Exs. Z–AE ('705 and '843 patent infringement contention charts served in *Stragent II*.) Further, though the contentions served in the E.D. Texas case were marked "confidential," Stragent has authorized their nonconfidential filing here.

| | |
|---|---|
| -- Section 3.171 (PCI)<br>-- Section 3.172 (PDU)<br>-- Section 3.207 (SDU)<br><br>AUTOSAR 4.2.2 - Main Requirements<br>-- [RS_MAIN_00230]<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features:<br>-- [RS_BRF_01544]<br>-- [RS_BRF_01704]<br>-- [RS_BRF_01720]<br>-- [RS_BRF_01752]<br>-- [RS_BRF_01760]<br>-- [RS_BRF_01768]<br>-- [RS_BRF_01770]<br>-- [RS_BRF_01776]<br>-- [RS_BRF_01784]<br><br>AUTOSAR_SWS_FlexRayInterface<br>-- Section 9.2.1. ReceiveAndIndicate, Figure 9-4<br><br>AUTOSAR_SWS_FlexRayDriver<br>-- [SWS_Fr_00093]<br>-- [SWS_Fr_00233] | -- Section 3.171 (PCI)<br>-- Section 3.172 (PDU)<br>-- Section 3.207 (SDU)<br><br>AUTOSAR 4.2.2 - Main Requirements<br>-- [RS_MAIN_00230]<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features:<br>-- [RS_BRF_01544]<br>-- [RS_BRF_01704]<br>-- [RS_BRF_01720]<br>-- [RS_BRF_01752]<br>-- [RS_BRF_01760]<br>-- [RS_BRF_01768]<br>-- [RS_BRF_01770]<br>-- [RS_BRF_01776]<br>-- [RS_BRF_01784]<br><br>AUTOSAR_SWS_FlexRayInterface<br>-- Section 9.2.1. ReceiveAndIndicate, Figure 9-4<br><br>AUTOSAR_SWS_FlexRayDriver<br>-- [SWS_Fr_00093]<br>-- [SWS_Fr_00233]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 314-324. |

| | | |
|---|---|---|
| issuing a storage resource request in connection with a storage resource of the automotive electronic control unit and determining whether the storage resource is available for storing the information; | AUTOSAR_SWS_ FlexRayARTransportLayer<br>-- [SWS_FrArTp_00294]<br>-- [SWS_FrArTp_00300]<br><br>AUTOSAR Document ID 056: AUTOSAR_EXP_VFB, V4.2.1<br>-- Section 4.2 Error Types<br>-- Table 4.3: Communication Attributes for a Client<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 5.1.6 PDU Router services<br>-- [SWS_CanTp_00080]<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00223]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00280]<br>-- [SWS_CanTp_00272]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.1 PDU Router | AUTOSAR_SWS_ FlexRayARTransportLayer<br>-- [SWS_FrArTp_00294]<br>-- [SWS_FrArTp_00300]<br><br>AUTOSAR Document ID 056: AUTOSAR_EXP_VFB, V4.2.1<br>-- Section 4.2 Error Types<br>-- Table 4.3: Communication Attributes for a Client<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 5.1.6 PDU Router services<br>-- [SWS_CanTp_00080]<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00223]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00280]<br>-- [SWS_CanTp_00272]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.1 PDU Router |

|  |  |  |
|---|---|---|
|  | -- [SWS_FrArTp_00106]<br>-- [SWS_FrArTp_00107]<br>-- [SWS_FrArTp_00233]<br>-- [SWS_FrArTp_00108]<br>-- [SWS_FrArTp_00298]<br>-- [SWS_FrArTp_00289]<br>-- [SWS_FrArTp_00253]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- Section 7.5.2.2 LIN TP transmission<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00329]<br>-- [SWS_LinIf_00330]<br>-- Section 7.5.2.4 LIN TP reception<br>-- [SWS_LinIf_00075]<br>-- [SWS_LinIf_00676]<br>-- [SWS_LinIf_00701]<br>-- [SWS_LinIf_00677]<br>-- [SWS_LinIf_00679]<br>-- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680] | -- [SWS_FrArTp_00106]<br>-- [SWS_FrArTp_00107]<br>-- [SWS_FrArTp_00233]<br>-- [SWS_FrArTp_00108]<br>-- [SWS_FrArTp_00298]<br>-- [SWS_FrArTp_00289]<br>-- [SWS_FrArTp_00253]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- Section 7.5.2.2 LIN TP transmission<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00329]<br>-- [SWS_LinIf_00330]<br>-- Section 7.5.2.4 LIN TP reception<br>-- [SWS_LinIf_00075]<br>-- [SWS_LinIf_00676]<br>-- [SWS_LinIf_00701]<br>-- [SWS_LinIf_00677]<br>-- [SWS_LinIf_00679]<br>-- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 325-335. |
| determining whether a threshold has been reached in association with the storage resource request; | AUTOSAR Document ID 053 : AUTOSAR_EXP_ LayeredSoftwareArchitecture, V4.2.2 | AUTOSAR Document ID 053 : AUTOSAR_EXP_ LayeredSoftwareArchitecture, V4.2.2 |

| | | |
|---|---|---|
| in the event the storage resource is not available and the threshold associated with the storage resource request has not been reached, issuing another storage resource request in connection with the storage resource; | -- Descriptions of Can State Manager and FlexRay State Manager<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features<br>-- [RS_BRF_01600]<br><br>AUTOSAR_SWS_ FlexRayARTransportLayer<br>-- [SWS_FrArTp_00301]<br>-- [SWS_FrArTp_00295]<br>-- ECUC_FrArTp_00059<br>-- ECUC_FrArTp_00044<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00086]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00280]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer v.4.2.2<br>-- [SWS_FrArTp_00234]<br>-- [SWS_FrArTp_00296]<br>-- [SWS_FrArTp_00293] | -- Descriptions of Can State Manager and FlexRay State Manager<br><br>AUTOSAR 4.2.2 - Requirements on AUTOSAR Features<br>-- [RS_BRF_01600]<br><br>AUTOSAR_SWS_ FlexRayARTransportLayer<br>-- [SWS_FrArTp_00301]<br>-- [SWS_FrArTp_00295]<br>-- ECUC_FrArTp_00059<br>-- ECUC_FrArTp_00044<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00086]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00280]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer v.4.2.2<br>-- [SWS_FrArTp_00234]<br>-- [SWS_FrArTp_00296]<br>-- [SWS_FrArTp_00293] |

| | | |
|---|---|---|
| | -- [SWS_FrArTp_00297]<br>-- [SWS_FrArTp_00301]<br>-- [SWS_FrArTp_00295]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00660]<br>-- [SWS_LinIf_00661]<br>-- [SWS_LinIf_00662]<br>-- [SWS_LinIf_00665]<br>-- [SWS_LinIf_00666]<br>-- [SWS_LinIf_00617]<br>-- [SWS_LinIf_00618]<br>-- [SWS_LinIf_00619]<br>-- [SWS_LinIf_00621]<br>-- [SWS_LinIf_00623]<br><br>Autosar Specification of CAN Transport Layer 4.2.2<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00089]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer v.4.2.2<br>-- [SWS_FrArTp_00234]<br>-- [SWS_FrArTp_00296] | -- [SWS_FrArTp_00297]<br>-- [SWS_FrArTp_00301]<br>-- [SWS_FrArTp_00295]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00660]<br>-- [SWS_LinIf_00661]<br>-- [SWS_LinIf_00662]<br>-- [SWS_LinIf_00665]<br>-- [SWS_LinIf_00666]<br>-- [SWS_LinIf_00617]<br>-- [SWS_LinIf_00618]<br>-- [SWS_LinIf_00619]<br>-- [SWS_LinIf_00621]<br>-- [SWS_LinIf_00623]<br><br>Autosar Specification of CAN Transport Layer 4.2.2<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184]<br>-- [SWS_CanTp_00089]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer v.4.2.2<br>-- [SWS_FrArTp_00234]<br>-- [SWS_FrArTp_00296] |

| | | |
|---|---|---|
| | -- [SWS_FrArTp_00297]<br>-- [SWS_FrArTp_00301]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00330]<br>-- [SWS_LinIf_00679]<br>-- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680] | -- [SWS_FrArTp_00297]<br>-- [SWS_FrArTp_00301]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00330]<br>-- [SWS_LinIf_00679]<br>-- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 335-347. |
| in the event the storage resource is not available and the threshold associated with the storage resource request has been reached, sending a notification; | AUTOSAR_SWS_FlexRayARTransportLayer<br>-- [SWS_FrArTp_00295]<br>-- [SWS_FrArTp_00117]<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 5.1.6 PDU Router services<br>-- [SWS_CanTp_00080]<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00223]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184] | AUTOSAR_SWS_FlexRayARTransportLayer<br>-- [SWS_FrArTp_00295]<br>-- [SWS_FrArTp_00117]<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 5.1.6 PDU Router services<br>-- [SWS_CanTp_00080]<br>-- [SWS_CanTp_00082]<br>-- [SWS_CanTp_00222]<br>-- [SWS_CanTp_00341]<br>-- [SWS_CanTp_00223]<br>-- [SWS_CanTp_00272]<br>-- [SWS_CanTp_00087]<br>-- [SWS_CanTp_00184] |

| | | |
|---|---|---|
| | -- [SWS_CanTp_00280]<br>-- [SWS_CanTp_00272]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.1 PDU Router<br>-- [SWS_FrArTp_00106]<br>-- [SWS_FrArTp_00107]<br>-- [SWS_FrArTp_00233]<br>-- [SWS_FrArTp_00108]<br>-- [SWS_FrArTp_00298]<br>-- [SWS_FrArTp_00289]<br>-- [SWS_FrArTp_00253]<br><br><br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- Section 7.5.2.2 LIN TP transmission<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00329]<br>-- [SWS_LinIf_00330]<br>-- Section 7.5.2.4 LIN TP reception<br>-- [SWS_LinIf_00075]<br>-- [SWS_LinIf_00676]<br>-- [SWS_LinIf_00701]<br>-- [SWS_LinIf_00677]<br>-- [SWS_LinIf_00679] | -- [SWS_CanTp_00280]<br>-- [SWS_CanTp_00272]<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.1 PDU Router<br>-- [SWS_FrArTp_00106]<br>-- [SWS_FrArTp_00107]<br>-- [SWS_FrArTp_00233]<br>-- [SWS_FrArTp_00108]<br>-- [SWS_FrArTp_00298]<br>-- [SWS_FrArTp_00289]<br>-- [SWS_FrArTp_00253]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 347-353.<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- Section 7.5.2.2 LIN TP transmission<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00329]<br>-- [SWS_LinIf_00330]<br>-- Section 7.5.2.4 LIN TP reception<br>-- [SWS_LinIf_00075]<br>-- [SWS_LinIf_00676]<br>-- [SWS_LinIf_00701]<br>-- [SWS_LinIf_00677]<br>-- [SWS_LinIf_00679] |

| | | |
|---|---|---|
| | -- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680]<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00658]<br>-- [SWS_LinIf_00619] | -- [SWS_LinIf_00086]<br>-- [SWS_LinIf_00680]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 333-335.<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00658]<br>-- [SWS_LinIf_00619]<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 353-354. |
| in the event the storage resource is available, storing the information utilizing the storage resource; and | *Uncited AUTOSAR document<br>-- [SWS_PduR_00512]<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 7.3.3 Buffer Strategy<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.2 FlexRay Interface<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00068]<br>-- [SWS_LinIf_00674] | *Uncited AUTOSAR document<br>-- [SWS_PduR_00512]<br><br>AUTOSAR Specification of CAN Transport Layer V4.2.2<br>-- Section 7.3.3 Buffer Strategy<br><br>AUTOSAR Specification of FlexRay AUTOSAR Transport Layer 4.2.2<br>-- Section 5.2 FlexRay Interface<br><br>AUTOSAR Specification of LIN Interface 4.2.2<br>-- [SWS_LinIf_00671]<br>-- [SWS_LinIf_00068]<br>-- [SWS_LinIf_00674] |

9

| | -- [SWS_LinIf_00078] | -- [SWS_LinIf_00078] |
|---|---|---|
| | | *See, e.g.,* Ex. AA ('843 claim chart) at 354-358. |
| sharing the information in less than one second utilizing a Flexray network protocol associated with a Flexray network, wherein the automotive electronic control unit remains in hardwired communication with the Controller Area Network and the Flexray network | AUTOSAR_EXP_ LayeredSoftwareArchitecture -- p. 9 ("AUTOSAR is dedicated for Automotive ECUs. . .") AUTOSAR_SWS_ CANTransceiverDriver -- p. 6 ("[CAN] transceivers are able to detect electrical malfunctions. . .") AUTOSAR_SWS_ FlexRayTransceiverDriver -- p. 6 ("[Flexray] transceivers could be able to detect electrical malfunctions. . .") AUTOSAR 4.2.2 –Aux – General Requirements on Basic Software Modules -- p. 31("Description: Modules which propagate data up (read, receive) or down (write, transmit) through the different layers. . .') AUTOSAR_SWS_OS | AUTOSAR_EXP_ LayeredSoftwareArchitecture -- p. 9 ("AUTOSAR is dedicated for Automotive ECUs. . .") *See, e.g.,* Ex. AA ('843 claim chart) at 358. |

| | |
|---|---|
| -- p. 234 ("The generator shall create conversation macros to convert counter ticks. . .")<br><br>AUTOSAR_TPS_SystemTemplate<br>-- p. 1293 ("the counter's OsCounterTicksPerBase. . .")<br><br>AUTOSAR_TR_TimingAnalysis<br>-- p. 60 ("Typically, for each frame/PDU the routing time shall not exceed…")<br>-- p. 76 ("Some of the methods deliver timing properties as an output…")<br>-- p. 76 ("Output – The scalar result value…")<br><br>AUTOSAR_SRS_FreeRunningTimer<br>-- p. 7 ("'Small' should be understood as a delay…")<br><br>AUTOSAR_SRS_MemoryServices<br>-- p. 25 ("The NVRAM manager shall support a variety…") | AUTOSAR_SWS_OS<br>-- p. 234 ("The generator shall create conversation macros to convert counter ticks. . .")<br><br>AUTOSAR_TPS_SystemTemplate<br>-- p. 1293 ("the counter's OsCounterTicksPerBase. . .")<br><br>AUTOSAR_TR_TimingAnalysis<br>-- p. 60 ("Typically, for each frame/PDU the routing time shall not exceed…")<br>-- p. 76 ("Some of the methods deliver timing properties as an output…")<br>-- p. 76 ("Output – The scalar result value…")<br><br>AUTOSAR_SRS_FreeRunningTimer<br>-- p. 7 ("'Small' should be understood as a delay…")<br><br>AUTOSAR_SRS_MemoryServices<br>-- p. 25 ("The NVRAM manager shall support a variety…")<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 92-94. |

| | | |
|---|---|---|
| | AUTOSAR_SWS_PDURouter -- Section 9.3.2, Figure 16 | AUTOSAR_SWS_PDURouter -- Section 9.3.2, Figure 16 *See, e.g.,* Ex. AA ('843 claim chart) at 99-100. |
| and includes: a first interface for interfacing with the Controller Area Network, the first interface including a first interface-related data link layer component for using Controller Area Network-related data link layer header bits and a first interface-related network layer component for using Controller Area Network-related network layer header bits; and | AUTOSAR Document ID 053: AUTOSAR_EXP_ LayeredSoftwareArchitecture, V4.2.2 -- p. 91 (Interfaces: Interaction of Layers Example "Communication" (1)) AUTOSAR_SRS_Ethernet -- p. 8 ("[t]he TCP/IP protocol stack (TCP/IP stack) is intended…") AUTOSAR_SWS_ FlexRayARTransportLayer, p. 8 AUTOSAR_SWS_CANTransportLayer, p. 7 AUTOSAR Specification of PDU Router, v2.0.1 | AUTOSAR Document ID 053: AUTOSAR_EXP_ LayeredSoftwareArchitecture, V4.2.2 -- p. 91 (Interfaces: Interaction of Layers Example "Communication" (1)) *See, e.g.,* Ex. AA ('843 claim chart) at 132. AUTOSAR_SWS_CANTransportLayer, p. 7 *See, e.g.,* Ex. AA ('843 claim chart) at 154. |

| | | |
|---|---|---|
| | -- p. 7 (Figure 1: Communication Structure)<br><br>AUTOSAR_EXP_ LayeredSoftwareArchitecture, v.4.2.2.<br>-- p. 93 (Interfaces: Interaction of Layers Example "Communication" (3)) | AUTOSAR Specification of PDU Router, v2.0.1<br>-- p. 7 (Figure 1: Communication Structure)<br><br>AUTOSAR_EXP_ LayeredSoftwareArchitecture, v.4.2.2.<br>-- p. 93 (Interfaces: Interaction of Layers Example "Communication" (3))<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 359-361. |
| a second interface for interfacing with the Flexray network, the second interface including a second interface-related data link layer component for using Flexray network-related data link layer header bits and a second interface-related network layer component for using Flexray network-related network layer header bits. | AUTOSAR_SRS_Ethernet<br>-- p. 8 ("[t]he TCP/IP protocol stack (TCP/IP stack) is intended…")<br><br>AUTOSAR_SWS_ FlexRayARTransportLayer, p. 8<br><br>AUTOSAR_SWS_CANTransportLayer, p. 7<br><br>LayeredSoftwareArchitecture, V4.2.2<br>-- p. 91 (Interfaces: Interaction of Layers Example "Communication" (1)) | AUTOSAR_SWS_CANTransportLayer, p. 7<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 154.<br><br>LayeredSoftwareArchitecture, V4.2.2<br>-- p. 91 (Interfaces: Interaction of Layers Example "Communication" (1)) |

| | | |
|---|---|---|
| | AUTOSAR Specification of PDU Router, v2.0.1<br>-- p. 7 (Figure 1: Communication Structure)<br><br>AUTOSAR_EXP_ LayeredSoftwareArchitecture, v.4.2.2.<br>-- p. 93 (Interfaces: Interaction of Layers Example "Communication" (3))<br><br><br><br>AUTOSAR_SWS_ NetworkManagementInterface<br>-- p. 38 (Figure 7.2: Use Case Nested Gateways)<br><br>AUTOSAR_SWS_PDURouter<br>-- Section 9.3 Gateway of I-PDU<br>-- Section 9.3.1 Gateway between two CanIfs<br>-- Section 9.3.2 Gateway from CAN to FlexRay | *See, e.g.,* Ex. AA ('843 claim chart) at 132.<br><br>AUTOSAR Specification of PDU Router, v2.0.1<br>-- p. 7 (Figure 1: Communication Structure)<br><br>AUTOSAR_EXP_ LayeredSoftwareArchitecture, v.4.2.2.<br>-- p. 93 (Interfaces: Interaction of Layers Example "Communication" (3))<br><br>*See, e.g.,* Ex. AA ('843 claim chart) at 363-364.<br><br>AUTOSAR_SWS_ NetworkManagementInterface<br>-- p. 38 (Figure 7.2: Use Case Nested Gateways)<br><br>AUTOSAR_SWS_PDURouter<br>-- Section 9.3 Gateway of I-PDU<br>-- Section 9.3.1 Gateway between two CanIfs<br>-- Section 9.3.2 Gateway from CAN to FlexRay |

|  |  | *See, e.g.,* Ex. AA ('843 claim chart) at 424-426. |
|--|--|--|