IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br><br>        Defendants. | Civil Action No. 1:20-cv-00510-LPS |
| STRAGENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC;<br>MERCEDES-BENZ VANS, LLC;<br>DAIMLER TRUCKS NORTH AMERICA<br>LLC; and<br>DAIMLER NORTH AMERICA<br>CORPORATION,<br><br>        Defendants. | Civil Action No. 1:20-cv-00511-LPS |
| STRAGENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>VOLVO CAR NORTH AMERICA, LLC,<br><br>       Defendant. | Civil Action No. 1:20-cv-00512-LPS |

**[PROPOSED] STIPULATED ORDER FOR EXTENSION OF TIME TO FILE BRIEFS**

It is hereby stipulated by and between all the parties in the above-captioned cases that:

    a. Plaintiff shall file its answering brief in opposition to the Motions to Dismiss for

       Failure to State a Claim in the above captioned cases on or before August 3, 2020,

and

b. Defendants shall file their reply briefs on or before August 24, 2020.

Dated: July 14, 2020                                        Respectfully submitted,

/s/ George Pazuniak                                         /s/ Karen E. Keller
George Pazuniak (DE Bar 478)                                Karen E. Keller (No. 4489)
O'KELLY & ERNST, LLC                                        David M. Fry (No. 5486)
824 N. Market St.                                           Nathan R. Hoeschen (No. 6232)
Suite 1001A                                                 SHAW KELLER LLP
Wilmington, DE 19801                                        I.M. Pei Building
Tel: 302-478-4230                                           1105 North Market Street, 12th Floor
Email: GP@del-iplaw.com                                     Wilmington, DE 19801
                                                            (302) 298-0700
*Counsel for Plaintiff*                                     kkeller@shawkeller.com
*Stragent, LLC.*                                            dfry@shawkeller.com
                                                            nhoeschen@shawkeller.com

/s/ Stamatios Stamoulis                                     *Attorneys for Defendants BMW Of North America,*
Stamatios Stamoulis (#4606)                                 *LLC, and BMW Manufacturing Co., LLC*
Stamoulis & Weinblatt, LLC
800 N. West Street, Third Floor                             /s/ Jack B. Blumenfeld
Wilmington, DE 19801                                        Jack B. Blumenfeld (#1014)
Email: stamoulis@swdelaw.com                                Andrew Moshos (#6685)
Phone: (302)999-1540                                        Morris, Nichols, Arsht & Tunnell LLP
                                                            1201 North Market Street
*Attorneys for Defendant*                                   P.O. Box 1347
*Volvo Car North America, LLC*                              Wilmington, DE 19899-1347
                                                            (302) 658-9200
                                                            jblumenfeld@mnat.com
                                                            amoshos@mnat.com

                                                            *Attorneys for Defendants Mercedes-Benz USA,*
                                                            *LLC, Mercedes-Benz Vans, LLC, Daimler Trucks*
                                                            *North America, LLC and Daimler North America*
                                                            *Corp.*

**SO ORDERED**, this day of _____, 2020


                                                            _____
                                                                        District Court Judge