## Exhibit 2

## Response to Defendants' Exhibit L Chart Exhibit B

| 10,002,036 | 8,209,705 (cancelled) | 8,566,843 (cancelled) |
|---|---|---|
| [1.4] identify information associated with a message received utilizing a **Flexray network protocol associated with a Flexray network**; | [20.2] logic for allowing receipt of information associated with a message, utilizing a first network protocol associated with a first network;<br><br>*See* claim elements [20.8] and [20.9], *infra*, specifying a Flexray network.<br><br>**Stragent Response:**<br><br>The '705 patent, claim 20, elements 20.8 and 20.9, do not explicitly require a FlexRay network as recited in the '036 patent, claim 1. Rather, elements 20.8 and 20.9 merely indicate that the network *could* be one of three types of networks, including a CAN, FlexRay, or LIN network. The specific requirement for a FlexRay network creates a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. | [51.2] identifying information associated with a message received utilizing a first network protocol associated with a first network;<br><br>*See* claim elements [51.9] an [51.10], *infra*, specifying a Flexray network.<br><br>**Stragent Response:**<br><br>The '843 patent, claim 51, elements 51.9 and 51.10, do not explicitly require a FlexRay network as recited in the '036 patent, claim 1. Rather, elements 51.9 and 51.10 merely indicate that the network *could* be one of three types of networks, including a CAN, FlexRay, or LIN network. The specific requirement for a FlexRay network creates a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. |
| [1.10] share the information in less than one millisecond utilizing a Controller Area Network protocol associated with a | [20.7] logic for causing the information to be shared by: | [51.8] wherein the apparatus is operable such that the information is capable of being shared in real-time utilizing a |

1

| 10,002,036 | 8,209,705 (cancelled) | 8,566,843 (cancelled) |
|---|---|---|
| Controller Area Network, the automotive electronic control unit remaining in hardwired communication with the **Flexray network and the Controller Area Network**, and including: | in real-time, sharing the information utilizing at least one message format corresponding to a second network protocol associated with a second network which is different from the first network protocol;<br><br>**Stragent Response:**<br><br>The '705 patent, claim 20, merely requires any two different networks.  The '036 patent, claim 1, now more narrowly requires a network with both Flexray and CAN networks in communication with each other.  None of the final written decisions for the '705 patent discussed systems requiring these two specific networks.  Rather, while they described CAN, the second network was a non-FlexRay network:  Ethernet, FireWire, MOST, etc.  The requirements for the presence of two specific networks creates a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. | second network protocol associated with a second network, and the control unit includes:<br><br>**Stragent Response:**<br><br>Like the '705 patent, the '843 patent, claim 51, merely requires any two different networks.  The '036 patent, claim 1, now more narrowly requires a network with both Flexray and CAN networks in communication with each other.  None of the final written decisions for the '843 patent discussed systems requiring these two specific networks. Rather, while they described CAN, the second network was a non-FlexRay network:  Ethernet, FireWire, MOST, etc. The requirements for the presence of two specific networks creates a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. |
| [1.11] a first interface for interfacing with the **Flexray** network, the first interface including a first interface-related **data link layer component** that uses Flexray | [20.8] a first interface portion for interfacing with the first network, the first interface portion including a first interface-related first layer part for | [51.9] a first interface for interfacing with the first network, the first interface including a first interface-related first component for receiving first data units |

| 10,002,036 | 8,209,705 (cancelled) | 8,566,843 (cancelled) |
|---|---|---|
| network-related **data link layer header bits** and a first interface-related **network layer component** that uses Flexray network related **network layer header bits**; and | receiving first interface-related first layer messages and a first interface-related second layer part, the first interface-related first layer messages being processed after which first interface-related second layer messages are provided, where the first network is at least one of a Controller Area Network, a Flexray network, or a Local Interconnect Network; and<br><br>**Stragent Response:**<br><br>The '036 claims have been narrowed by requiring specifically a FlexRay "data link layer component" utilizing "data link layer header bits" and a "network layer component" utilizing "network layer header bits." As these limitations are not present in the '705 claims, nothing in the IPR proceedings and final written decisions for the '705 discussed them. Rather, the petitions and decisions related to the "first layer part" and "second layer part" focus on the physical locations of the hardware or software interface in the prior art systems, rather than the bit configuration of messages being used at each interface. The requirement for the presence of these specific additional components create a narrower claim than | and a first interface-related second component, the control unit being operable such that the first data units are processed after which processed first data units are provided, where the first network is at least one of a Controller Area Network type, a Flexray network type, or a Local Interconnect Network type; and<br><br>**Stragent Response:**<br><br>The '036 claims have been narrowed by requiring specifically a FlexRay "data link layer component" utilizing "data link layer header bits" and a "network layer component" utilizing "network layer header bits." As these limitations are not present in the '843 claims, nothing in the IPR proceedings and final written decisions for the '843 discussed them. Rather, the petitions and decisions related to the "first layer part" and "second layer part" focus on the physical locations of the hardware or software interface in the prior art systems, rather than the bit configuration of messages being used at each interface. The requirement for the presence of these specific additional components create a narrower claim than those in the IPR proceedings, and thus the |

3

| 10,002,036 | 8,209,705 (cancelled) | 8,566,843 (cancelled) |
|---|---|---|
|  | those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. | '036 patent claim 1 represents a patentably distinct claim. |
| [1.12] a second interface for interfacing with the **Controller Area Network**, the second interface including a second interface-related **data link layer component** that uses Controller Area Network-related **data link layer header bits** and a second interface- related **network layer component** that uses Controller Area Network-related **network layer header bits**. | [20.9] a second interface portion for interfacing with the second network, the second interface portion including a second interface-related first layer part for receiving second interface-related first layer messages and a second interface-related second layer part, the second interface-related first layer messages being processed after which second interface-related second layer messages are provided, where the second network is different from the first network and is at least one of the Controller Area Network, the Flexray network, or the Local Interconnect Network.<br><br>**Stragent Response:**<br><br>The '036 claims have been narrowed by requiring specifically a CAN "data link layer component" utilizing "data link layer header bits" and a "network layer component" utilizing "network layer header bits." As these limitations are not present in the '705 claims, nothing in the IPR proceedings and final written | [51.10] a second interface for interfacing with the second network, the second interface including a second interface-related first component for receiving second data units and a second interface-related second component, the control unit being operable such that the second data units are processed after which processed second data units are provided, where the second network is at least one of the Controller Area Network type, the Flexray network type, or the Local Interconnect Network type.<br><br>**Stragent Response:**<br><br>The '036 claims have been narrowed by requiring specifically a CAN "data link layer component" utilizing "data link layer header bits" and a "network layer component" utilizing "network layer header bits." As these limitations are not present in the '843 claims, nothing in the IPR proceedings and final written decisions for the '843 discussed them. Rather, the petitions and decisions related |

| 10,002,036 | 8,209,705 (cancelled) | 8,566,843 (cancelled) |
|---|---|---|
| | decisions for the '705 discussed them. Rather, the petitions and decisions related to the "first layer part" and "second layer part" focus on the physical locations of the hardware or software interface in the prior art systems, rather than the bit configuration of messages being used at each interface.  The requirement for the presence of these specific additional components create a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. | to the "first layer part" and "second layer part" focus on the physical locations of the hardware or software interface in the prior art systems, rather than the bit configuration of messages being used at each interface.  The requirement for the presence of these specific additional components create a narrower claim than those in the IPR proceedings, and thus the '036 patent claim 1 represents a patentably distinct claim. |