**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-510-LPS |
| | ) | |
| BMW OF NORTH AMERICA, LLC, and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-511-LPS |
| | ) | |
| MERCEDES-BENZ USA, LLC, | ) | |
| MERCEDES-BENZ VANS, LLC, DAIMLER | ) | |
| TRUCKS NORTH AMERICA, LLC, and DAIMLER | ) | |
| NORTH AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-512-LPS |
| | ) | |
| VOLVO CAR NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC; Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America, LLC, and Daimler North America Corp.; and Volvo Car North America,

1

LLC respectfully request oral argument on their Motion to Dismiss Under Rule 12(b)(6) Based on Claim and Issue Preclusion (the "Motion"). Briefing on the Motion (D.I. 12, 16, 19) was completed on August 24, 2020.

|  |  |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>11955 Freedom Drive, Suite 800<br>Reston, VA 20190<br>(571) 203-2700<br><br>R. Benjamin Cassady<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Samhitha Muralidhar Medatia<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>271 17th Street, NW<br>Suite 1400<br>Atlanta, GA 30363-6209<br>(404) 653-6400<br><br>*Attorneys for Defendants*<br>*BMW of North America, LLC and*<br>*BMW Manufacturing Co. LLC* | */s/ Andrew E. Russell*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorney for Defendants BMW of North America, LLC and BMW Manufacturing Co. LLC* |

Dated:  August 31, 2020