Case 1:20-cv-00510-LPS   Document 29   Filed 10/26/20   Page 1 of 3 PageID #: 4493

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, and BMW MANUFACTURING CO., LLC, <br><br> Defendants. | C.A. No. 20-510-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC; MERCEDES-BENZ VANS, LLC; DAIMLER TRUCKS NORTH AMERICA LLC; and DAIMLER NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 20-511-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CAR NORTH AMERICA, LLC, <br><br> Defendants. | C.A. No. 20-512-LPS |

**STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE**

WHEREAS, during the October 23, 2020, telephonic hearing regarding Defendants' motions to dismiss (D.I. 11 in C.A. No. 20-510-LPS), the Court requested supplemental briefing

on two issues: (1) the applicability of *Media Tech. Licensing, LLC v. Upper Deck Co.*, 334 F.3d 1366 (Fed. Cir. 2003) and *Target Training Int'l, Ltd. v. Extended Disc N. Am., Inc.*, 645 F. App'x 1018 (Fed. Cir. 2016) ("Additional Cases") and (2) the material in Defendants' slides regarding patent claims ("Defendants' Slides");

WHEREAS, the Court ordered the parties to propose a schedule for the briefing and corresponding page lengths;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of the Court, that the below listed deadlines and lengths will govern the parties' submissions concerning Additional Cases and Defendants' Slides:

| Event | Length[1] | Deadline |
|---|---|---|
| Plaintiff's Opening Brief on Defendants' Slides | 5 pages | November 2, 2020 |
| Defendants' and Plaintiff's Opening Briefs on Additional Cases | 7 pages each | November 4, 2020 |
| Defendants' Answering Brief on Defendants' Slides | 5 pages | November 9, 2020 |
| Defendants' and Plaintiff's Answering Briefs on Additional Cases | 5 pages each | November 12, 2020 |

---

[1] Each submission will be formatted according to Local Rule 7.1.3. Each **side** (Plaintiff or Defendants) will be limited to the specified total number of pages across all three actions. Page limits for the arguments in the briefs are based only on the submission, exclusive of attachments.

/s/ George Pazuniak
George Pazuniak (No. 478)
O'KELLY & ERNST, LLC
824 N. Market St.
Suite 1001A
Wilmington, DE 19801
(302) 478-4230
gp@del-iplaw.com
*Counsel for Plaintiff Stragent, LLC*

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants BMW of North America, LLC, and BMW Manufacturing Co., LLC*

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt, LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
(302)999-1540

*Attorneys for Defendant Volvo Car North America, LLC*

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (No. 1014)
Andrew Moshos (No. 6685)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com amoshos@mnat.com

*Attorneys for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America, LLC and Daimler North America Corp.*

Dated: October 26, 2020

SO ORDERED, this _____ day of _____, 2020.

_____
United States District Judge

3