IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, and <br> BMW MANUFACTURING CO., LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 20-510-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAIMLER NORTH AMERICA CORPORATION, <br> DAIMLER TRUCKS NORTH AMERICA, LLC, <br> MERCEDES-BENZ USA, LLC, and <br> MERCEDES-BENZ VANS, LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 20-511-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CAR NORTH AMERICA, LLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 20-512-LPS |

## ORDER

At Wilmington this **25th** day of **March, 2021**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendants' motions (C.A. No. 20-510 D.I. 11; C.A. No. 20-511 D.I. 8; C.A. No. 20-512 D.I. 9) are **DENIED**.

The parties shall meet and confer and, no later than **April 2, 2021**, submit a proposed scheduling order.

_____
UNITED STATES DISTRICT JUDGE