IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, and BMW MANUFACTURING CO., LLC, <br><br> Defendants. | C.A. No. 20-510-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ USA, LLC; MERCEDES-BENZ VANS, LLC; DAIMLER TRUCKS NORTH AMERICA LLC; and DAIMLER NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 20-511-LPS |
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VOLVO CAR NORTH AMERICA, LLC, <br><br> Defendants. | C.A. No. 20-512-LPS |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a proposed scheduling order is extended through and including April 16, 2021 and the

time for the defendants to move, plead, or otherwise respond to the complaints in these actions is extended through and including April 22, 2021.

| | |
|---|---|
| */s/ George Pazuniak* <br> George Pazuniak (No. 478) <br> O'KELLY & O'ROURKE, LLC <br> 824 N. Market St. <br> Suite 1001A <br> Wilmington, DE 19801 <br> (302) 478-4230 <br> gp@del-iplaw.com <br> *Attorneys for Plaintiff Stragent, LLC* | */s/ Nathan Hoeschen* <br> Karen E. Keller (No. 4489) <br> Andrew E. Russell (No. 5382) <br> David M. Fry (No. 5486) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> dfry@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Defendants BMW of North America, LLC, and BMW Manufacturing Co., LLC* |
| */s/ Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Stamoulis & Weinblatt, LLC <br> 800 N. West Street, Third Floor <br> Wilmington, DE 19801 <br> stamoulis@swdelaw.com <br> (302)999-1540 <br><br> *Attorneys for Defendant Volvo Car North America, LLC* | */s/ Jack B. Blumenfeld* <br> Jack B. Blumenfeld (No. 1014) <br> Andrew Moshos (No. 6685) <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> amoshos@morrisnichols.com <br><br> *Attorneys for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America, LLC and Daimler North America Corp.* |

Dated: March 31, 2021

       SO ORDERED, this _____ day of _____, 2021.

                                                    _____ <br>
                                                 Chief United States District Judge