# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br>    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br>    Defendants | )<br>)<br>)<br>)   C.A. No. 20-510-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## STRAGENT'S REPLY TO COUNTERCLAIMS

Plaintiff Stragent, LLC ("Stragent") hereby submits its response to Defendants' First Amended Answer To Stragent, LLC'S Complaint And Counterclaims Of BMW Of North America, LLC ("BMW") (D.I. 44). The headings are included for reference purposes only. If any headings are construed to contain allegation(s) against the Plaintiff or Counterclaim Defendant, the allegation(s) are denied. Each allegation not specifically admitted in this Answer is expressly denied.

  1.  Admitted that BMW has made the allegation but otherwise the paragraph is denied.

  2.  Admitted that BMW has made the allegation that is seeks declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, and the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, but otherwise the paragraph is denied.

  3.  Admitted.

  4.  Admitted.

### JURISDICTION AND VENUE

  5.  Stragent admits that this Court has subject matter jurisdiction, but otherwise the paragraph is denied.

6.  Stragent admits that venue is proper in this Court, but otherwise the paragraph is denied.

7.  Stragent admits that this Court has personal jurisdiction over Plaintiff Stragent, but otherwise the paragraph is denied.

## FACTUAL BACKGROUND

8.  Stragent admits that this Court has subject matter jurisdiction, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

9.  Stragent admits that an actual controversy exists, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

10. Stragent admits that it filed certain disclaimers that speak for themselves as they are a matter of public record and thus are matters of law, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

11. Denied.

12. Denied, except it is admitted that Stragent filed Civil Action No. 6:16-cv-446 in the Eastern District of Texas, and the official record of that action speaks for itself and thus is a matter of law.

13. Admitted that BMW and Mercedes filed petitions for inter partes review of the claims of the '705 and 843 patents and that the chart on page 56 of D.I. 44 accurately reflects the subject matter therein stated, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

14. Denied, except it is admitted that Stragent timely filed appeals of the Final Written Decisions issued on June 13 and 14, 2018, but then discontinued the appeals before any substantive action on the basis that, regardless of the merits of the appeal, the statistical probability of

obtaining a reversal of the Final Written Decisions was insufficient to justify the cost to the judicial system and parties of maintaining such appeals, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

15. The actions in and of the District Court are matters of public record and thus are matters of law, and no response is required.

16. Denied, except it is admitted that Stragent in good-faith sent letters that were statutorily required to counsel for the Defendants in the Eastern District of Texas litigation, but otherwise Stragent denies all remaining allegations of this Paragraph of Defendant's Counterclaims.

17. Denied.

18. Denied.

19. Denied, except the first sentence is Admitted.

20. Denied.

21. The first two sentences of this Paragraph are Admitted, and the third sentence is Denied except it is Admitted that all the recited patents include the same specification.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

## COUNT I COUNTERCLAIM
**(Purported Non-Infringement of the '477 Patent)**

30. Stragent repeats and incorporates by reference Paragraphs 1-29 above, as though fully set forth herein.

31. Admitted.

32. Admitted.

33. Denied.

34. Denied.

## COUNT II COUNTERCLAIM
**(Purported Non-Infringement of the '790 Patent)**

35. Stragent repeats and incorporates by reference Paragraphs 1-34 above, as though fully set forth herein.

36. Admitted.

37. Admitted.

38. Denied.

39. Denied.

## COUNT III COUNTERCLAIM
**(Purported Non-Infringement of the '036 Patent)**

40. Stragent repeats and incorporates by reference Paragraphs 1-39 above, as though fully set forth herein.

41. Admitted.

42. Admitted.

43. Denied.

44. Denied.

## COUNT IV COUNTERCLAIM
**(Purported Non-Infringement of the '765 Patent)**

45. Stragent repeats and incorporates by reference Paragraphs 1-22 above, as though fully set forth herein.

46. Admitted.

47. Admitted.

48. Denied.

49. Denied.

## COUNT V COUNTERCLAIM
**(Purported Invalidity of the '477 Patent)**

50. Stragent repeats and incorporates by reference Paragraphs 1-49 above, as though fully set forth herein.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. This paragraph states only BMW's intention and, thus, no response is required.

## COUNT VI COUNTERCLAIM
**(Purported Invalidity of the '790 Patent)**

56. Stragent repeats and incorporates by reference Paragraphs 1-55 above, as though fully set forth herein.

57. Denied.

58. Denied.

59. Denied.

60. This paragraph states only BMW's intention and, thus, no response is required.

5

## COUNT VII COUNTERCLAIM
**(Purported Invalidity of the '036 Patent)**

61. Stragent repeats and incorporates by reference Paragraphs 1-60 above, as though fully set forth herein.

62. Denied.

63. Denied.

64. Denied.

65. This paragraph states only BMW's intention and, thus, no response is required.

## COUNT VIII COUNTERCLAIM
**(Purported Invalidity of the '765 Patent)**

66. Stragent repeats and incorporates by reference Paragraphs 1-65 above, as though fully set forth herein.

67. Admitted.

68. Admitted.

69. Denied.

70. This paragraph states only BMW's intention and, thus, no response is required.

## COUNT IX COUNTERCLAIM
**(Purported Unenforceability of the '477 Patent)**

71. Stragent repeats and incorporates by reference Paragraphs 1-70 above, as though fully set forth herein.

72. Denied, except the first sentence is Admitted.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

## COUNT X COUNTERCLAIM
**(Purported Unenforceability of the '790 Patent)**

77. Stragent repeats and incorporates by reference Paragraphs 1-76 above, as though fully set forth herein.

78. Denied, except the first sentence is Admitted.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

## COUNT XI COUNTERCLAIM
**(Purported Unenforceability of the '036 Patent)**

83. Stragent repeats and incorporates by reference Paragraphs 1-82 above, as though fully set forth herein.

84. Denied, except the first sentence is Admitted.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

## COUNT XII COUNTERCLAIM
**(Purported Unenforceability of the '765 Patent)**

89. Stragent repeats and incorporates by reference Paragraphs 1-88 above, as though fully set forth herein.

90. Denied, except the first sentence is Admitted.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

## GENERAL DENIAL

Stragent denies each and every averment and allegation in Defendants Counterclaims that Stragent has not expressly admitted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Stragent requests that this Court enter:

A. A judgment in favor of Stragent that Defendants have infringed the '477 Patent, the '790 Patent, the '036 Patent and the '765 Patent;

B. A judgment in favor of Stragent and against Defendant BMW as to BMW's Counterclaims;

C. A judgment and order requiring Defendants to pay Stragent its damages, costs, expenses, prejudgment and post-judgment interest, and post-judgment royalties for Defendants' infringement of the Patents as provided under 35 U.S.C. § 284;

D. A judgment and order holding that Defendants' infringement was willful, and awarding treble damages and attorney fees and expenses;

E. Judgment that this is an exceptional case, and, thus, awarding attorney fees and expenses to Plaintiff; and

F. Any and all other relief to which the Court may deem Stragent entitled.

## DEMAND FOR JURY TRIAL

Plaintiff Stragent, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| *Of Counsel*: | */s/ George Pazuniak* |
| | George Pazuniak (No. 478) |
| Thomas F. Meagher | O'KELLY & O'ROURKE, LLC |
| Meagher Emanuel Laks Goldberg & Liao, LLP | 824 N. Market St. |
| One Palmer Square | Suite 1001A |
| Suite 325 | Wilmington, DE 19801 |
| Princeton, New Jersey 08542 | (302) 478/4230 |
| (609) 454-3500 | gp@del/iplaw.com |
| tmeagher@meagheremanuel.com | |
| | *Attorneys for Plaintiff Stragent, LLC* |