# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br>　　　　　　Defendants. | Civil Action No.  20-510-LPS |

## CONSENTED MOTION TO AMEND AND [PROPOSED] ORDER

Plaintiff Stragent, LLC ("Stragent") hereby respectfully moves the Honorable Court to file the attached First Supplemental Complaint For Patent Infringement.

Defendants BMW Of North America, LLC, and BMW Manufacturing Co., LLC have consented to the filing of the pleading.

In accordance with Local Rule 15.1(b), also attached is a comparison which indicates in what respect First Supplemental Complaint For Patent Infringement differs from the original Complaint which it amends, by striking through materials to be deleted and underlining materials to be added.

Dated: August 4, 2021

<u>Of Counsel</u>:

Thomas F. Meagher
Meagher Emanuel Laks Goldberg & Liao, LLP
One Palmer Square, Suite 325
Princeton, New Jersey 08542
(609) 454-3500
tmeagher@meagheremanuel.com

Respectfully submitted,

<u>/s/ George Pazuniak</u>
George Pazuniak (DE Bar 478)
O'Kelly & O'Rourke, LLC
824 N. Market St. Suite 1001A
Wilmington, DE 19801
Direct: 207-359-8576
Email: GP@del-iplaw.com

*Counsel for Plaintiff*
*Stragent, LLC.*

**IT IS SO ORDERED** this _____ day of August 2021.

_____
United States District Court Judge