# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and BMW MANUFACTURING CO., LLC,<br><br>Defendants | C.A. No. 20-510-LPS |
| STRAGENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; MERCEDES-BENZ VANS, LLC; DAIMLER TRUCKS NORTH AMERICA LLC; and DAIMLER NORTH AMERICA CORPORATION,<br><br>Defendants | C.A. No. 20-511-LPS |
| STRAGENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CAR NORTH AMERICA, LLC,<br><br>Defendant | C.A. No. 20-512-LPS |

**PARTIES' JOINT CLAIM CHART**

Pursuant to Par. 12 of the Scheduling Order (*See, e.g.*, CA. No. 20-510-LPW, Dkt No. 43), the parties hereby submit their Joint Claim Construction Chart which identifies for the Court the terms/phrases of the claims in issue to which the parties have agreed, and, where disputed, each side's proposed construction of the disputed claim language with citations only to the intrinsic evidence in support of their respective proposed constructions.  A copy of the patents in issue as well as those portions of the intrinsic record relied upon are being contemporaneously submitted with this Joint Claim Construction Chart.

*/s/ George Pazuniak*
George Pazuniak (No. 478)
O'KELLY & O'ROURKE, LLC
824 N. Market St.
Suite 1001A
Wilmington, DE 19801
(302) 478/4230
gp@del/iplaw.com

*Attorneys for Plaintiff Stragent, LLC*

## JOINT CLAIM CHART

*NOTE*: All patents in issue have the same common specification. Therefore, for ease of reference and clarity, the parties cite to U.S. Patent 10,248,477 for specification support (understanding that other intrinsic evidence will be cited separately) even if the claims of the '477 patent do not contain the term in dispute.

|   | **Terms** | **Stragent Construction** | **Defendants' Construction** |
|---|---|---|---|
| 1 | "threshold"<br><br>9,705,765, claims 12, 24<br>10,002,036, claims 1, 102<br>10,031,790, claims 1, 15<br>10,248,477, claims 23, 28 | AGREED:<br><br>"a value above which something is true or will take place, and below which that something is false or will not take place" | |
| 2 | "diagnostic mode"<br><br>10,002,036, claim 72<br>10,248,477, claims 26, 28 | AGREED:<br><br>"a mode, distinct from normal operation, that allows inspection of the system while it is running" | |
| 3 | "debugging mode"<br><br>10,248,477, claims 27, 28 | "a program or module to detect, locate and fix errors in the system while it is running."<br><br>10:25-31<br>11:36-39<br>'477 Patent claims 4-5, 15-16, 26-27 and 28 | "a mode, distinct from normal operation, that allows the network to run in a fail-safe reduced operation mode or in a diagnostic mode that allows inspection of the system, while it is running"<br><br>'477 patent, 11:33-40; *see also id.*, 10:25-37, 9:56-10:3, Fig. 17 |

| | **Terms** | **Stragent Construction** | **Defendants' Construction** |
|---|---|---|---|
| 4 | "protocol"<br><br>9,705,765, claims 12, 24, 31<br>10,002,036, claims 1, 34, 102, 103<br>10,031,790, claims 1, 2, 15, 20, 23<br>10,248,477, claim 23 | AGREED:<br><br>"a standard or specification that specifies the format of data as well as the rules to be followed in transmitting it" | |
| 5 | "issue a storage resource request in connection with a storage resource of the automotive electronic control unit"<br><br>10,002,036, claims 1 and 102;<br>10,031,790, claim 1 and 15;<br>10,248,477, claim 23: | No construction is required.<br><br>If construction is required, "make a request in connection with the storage resource of the automotive electronic control unit"<br><br>7:52-57<br>8:12-16<br>Figure 7<br>Figure 10<br>Figure 11 | "issue a request for storing a message in conjunction with the message being received at the automotive electronic control unit/hardware processor"<br><br>'477 patent, 7:52-58, Fig. 10 |
| 6 | "determining whether a storage resource is available"<br><br>9,705,765, claims 12 and 24 | No construction is required.<br>If construction is required, "ascertain or decide the availability of a storage resource"<br><br>7:52-57<br>8:12-23<br>Figure 7<br>Figure 10<br>Figure 11 | "determine the availability of a storage resource for a message in the automotive electronic control unit in conjunction with the message being received by the automotive electronic control unit"<br><br>'477 patent, 7:52-58, Fig. 10 |

|   | **Terms** | **Stragent Construction** | **Defendants' Construction** |
|---|---|---|---|
| 7 | "re-trying an access in connection with the storage resource"<br><br>9,705,765, claims 12 and 24. | No construction is required.<br>If construction is required, "making another attempt to ascertain or decide the availability of a storage resource"<br><br>7:58-64<br>8:17-23<br>Figure 10 | "again determining whether a storage resource is available after a first determination that a storage resource is not available, for example by issuing another storage resource request in connection with the storage resource"<br><br>'477 patent, Abstract; 5:47-58; 7:52-57; 8:12-16 |
| 8 | "sharing the information"<br><br>9,705,765, claims 12, 24, 28 and 31;<br>10,031,790, claims 1–2, 5, 8–9, 15–16, 20, and 22–24;<br>10,002,036, claims 1 and 102–103 | "permitting the information stored in a storage resource to be used by another process"<br><br>3:15-28<br>4:13-21<br>5:59-6:2<br>7:1-8<br>10:9-16 | "transmitting the information, without requiring storage of the information prior to transmitting"<br><br>'477 patent, 3:8-28, 4:6-25<br><br>IPR2017-00457, Paper 34, 10–11 (Final Written Decision); IPR2017-00458 Paper 31, 10–11 (Final Written Decision); IPR2017-00676, Paper 33, 18–19 (Final Written Decision); IPR2017-00677, Paper 32, 18–21 (Final Written Decision); IPR2017-01502, Paper 24, 11–13 (Final Written Decision); IPR2017-01503, Paper 25, 12–15 (Final Written Decision); ExIPR2017-01504, Paper 25, 12–15 (Final Written Decision); IPR2017-01519, Paper 32, 15–19 (Final Written Decision); IPR2017- |

| | **Terms** | **Stragent Construction** | **Defendants' Construction** |
|---|---|---|---|
| | | | 01520, Paper 32, 17–21 (Final Written Decision); IPR2017-01521, Paper 31, 14–18 (Final Written Decision); IPR2017-01522, Paper 32, 17–21 (Final Written Decision) |
| 9 | "configure the data structure of the non-volatile memory"<br><br>10,248,477, claim 23 | "Allocate memory, and/or implement the relationships between the data elements and/or the allowable functions"<br><br>4:39-49<br>10:17-24<br>Figures 2-6 | "make a change to the data structure of the non-volatile memory"<br><br>'477 patent 4:39-49; 9:56-10:31; 11:28-36; Fig. 17 |
| 10 | "non-transitory memory storage"<br><br>10,031,790, claims 1 and 15;<br>10,002,036, claims 1 and 102 | "storage whose content does not disappear when power is removed"<br><br>3:52-4:2<br>Figure 10<br>Figure 11 | "non-volatile memory storage"<br><br>'477 patent, 3:54-62, Figs. 2-3 |