STRAGENT EXHIBIT 2

# WEBSTER'S NEW WORLD™

# COMPUTER DICTIONARY

## 10TH EDITION

By Bryan Pfaffenberger, Ph.D.



Wiley Publishing, Inc.

Webster's New World™ Computer Dictionary, 10th Edition

Copyright © 2003 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8700. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4447, E-mail: permcoordinator@wiley.com.

Trademarks: Wiley, the Wiley Publishing logo, Webster's New World, and the Webster's New World logo are trademarks or registered trademarks of Wiley Publishing, Inc., in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or to obtain technical support please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Cataloging-in-Publication Data is available from the publisher.

ISBN 0-7645-2478-X

Manufactured in the United States of America

5  4  3

**baud rate**  The maximum number of changes that can occur per second in the electrical state of a communications circuit. Under RS-232C communications protocols, 300 baud is likely to equal 300 bits per second (bps), but at higher baud rates, the number of bits per second transmitted is usually twice the baud rate because 2 bits of data can be sent with each change. Therefore, the transfer rate of modems, for example, is usually stated in bps. See *modem, RS-232C.*

**bay**  See *drive bay.*

**BBS**  Acronym for Bulletin Board Service. A small-scale online service, usually set up by a personal computer hobbyist for the enjoyment of other hobbyists, and based on a single personal computer that is accessed by means of direct-dial modem links. A typical BBS includes topically oriented discussion groups, file downloading, and games. The Internet's explosive popularity has all but eliminated the use of BBSs, most of which have either ceased to exist or have made their resources accessible by means of direct Internet connections.

**BCC**  See *blind carbon copy.*

**BCD**  See *binary-coded decimal.*

**B channel**  In ISDN, a digital communications channel that operates over the twisted-pair wiring common in homes and offices. The B channel can carry digitized voice or data at a transfer rate of 56 Kbps or 64 Kbps. The least expensive ISDN service, Basic Rate Interface (BRI), offers one or two B channels, while the higher-end Primary Rate Interface (PRI) offers 32. See *ISDN.*

**bean**  A reusable object, created with the Java programming language and in conformity to Sun's 100 percent Pure Java specifications, that is packaged according to the JavaBeans specifications. A bean differs from a Java applet in that it has persistence (it remains on the user's system after execution). Additionally, beans are capable of communicating and exchanging data with other JavaBeans by means of interprocess communication. In this sense, a JavaBean is similar to an ActiveX control, but with a very important exception: Unlike ActiveX controls, which execute only on computers that support object linking and embedding (OLE) at the operating system level, a bean will execute on any computer platform that is capable of running a Java interpreter. Users will find that beans seamlessly add functionality to beans-aware applications, while developers can quickly create applications by combining bean components. See *Java, Java applet, JavaBeans.*

**bed**  In multimedia, the instrumental or choral music that provides the enveloping background for a presentation.

**BEDO DRAM**  Acronym for burst EDO (extended data out) DRAM (dynamic random access memory). A type of dynamic RAM memory chip that can send and receive data at the same time. See *random access memory (RAM).*

**Beginner's All-Purpose Symbolic Instruction Code**  See *BASIC.*

**behavior**  In object-oriented programming, a type of method made publicly available by an object; an object's behaviors include all the methods that can be used to obtain information about or from the object (accessors/interrogators) as well as all the methods that can be used to manipulate or alter the object (manipulators/mutators). See *accessor/interrogator, manipulators/mutators, method, object-oriented programming.*

**Bell 103A**  In the United States, an obsolete modulation protocol for computer modems governing sending and receiving data at a speed of 300 bps. See *ITU-TSS, modem, modulation protocol.*

**Bell 212A**  In the United States, an obsolete modulation protocol for computer modems governing sending and receiving data at a speed of 1200 bps. See *ITU-TSS, modem, modulation protocol.*

**Bell Operating Company (BOC)**  See *Regional Bell Operating Companies (RBOC).*

**device name**   An abbreviation, such as COM2, LPT1, or /dev/eth0, that refers to a peripheral device. Some programs will not function correctly unless the user can identify and supply the device name to which a peripheral (such as a modem) is connected.

**device node**   In Microsoft Windows 95 and 98, an object in the hardware tree that represents a piece of hardware. Synonymous with Plug and Play object.

**DHCP**   Acronym for Dynamic Host Configuration Protocol. An Internet protocol that assigns temporary IP addresses to workstations on a local area network (LAN). When a workstation logs on to the network, the workstation's DHCP client requests a temporary IP number, which is used until the workstation logs off the network. Most Internet users who access the network by means of dialup, ISDN, DSL, or cable connections receive temporary IP numbers by the Internet service provider's DCHP server. See *fixed IP address*.

**DHTML**   Acronym for dynamic HTML. Any of several technologies for adding interactivity to Web pages, including ActiveX, JavaScript, and Java. Unlike previous methods for creating interactive Web pages, such as forms processed with CGI scripts, Dynamic HTML does not require communication with a Web server. Dynamic HTML is supported by the Document Object Model (DOM), a World Wide Consortium (W3C) standard that defines how Web browsers define the properties of Web pages as objects that can be accessed and manipulated by scripts.

**diagnostic program**   A utility program that tests computer hardware and software to determine whether they are operating properly.

**dialer program**   In SLIP and PPP, a program that dials an Internet service provider's number and establishes the connection. A dialer program is unlike a communications program, which transforms a computer into a terminal of a remote computer. Instead, the dialer program establishes the connection that fully integrates a computer into the Internet. Many service providers distribute preconfigured dialer programs that enable users to connect to their service without configuring or programming the dialer; if a person cannot obtain a preconfigured dialer, he or she may have to write his or her own login script, which can be tedious for people who lack programming experience.

**dialog**   Synonymous with dialog box.

**dialog box**   In a graphical user interface (GUI), an onscreen message box that conveys or requests information from the user.

**dial-up access**   A means of connecting to another computer or a network such as the Internet with a modem-equipped computer. Amercia Online is the leading provider of dial-up Internet access for consumers in the United States. See *ISP*.

**dial-up IP**   A dial-up access method that gives one full access to the Internet. By means of dial-up IP (in conjunction with Point-to-Point Protocol [PPP] or Serial Line Internet Protocol [SLIP]), one can use graphical programs such as Netscape Navigator to browse the World Wide Web (WWW) and collect e-mail. See *ISP*.

**dial-up modem**   In contrast to a modem designed for use with a leased line (such as digital cable service), a modem that can dial a telephone number, establish a connection, and close the connection when it is no longer needed. Most personal computer modems are dial-up modems. See *ADSL modem, cable modem*.

**DIB**   1. Acronym for Dual Independent Bus. An Intel-developed standard for plugging microprocessors into the computer's motherboard. The device contains a data bus (called the front side bus) that connects the processor to the computer's RAM. It also contains a bus called the backside bus that connects the microprocessor to an external L2 cache unit. See *back-side bus, frontside bus*. 2. Acronym for Device

**DCE speed** The speed, measured in bits per second (bps), at which Data Communications Equipment (DCE) devices can communicate over a telephone line.

**DCOM** Acronym for Distributed Component Object Model. A middleware standard developed by Microsoft that extends the company's OLE-based Component Object Model (COM) to the network level. DCOM was Microsoft's answer to CORBA; Microsoft has since replaced DCOM with .Net. See *CORBA*, *middleware*.

**DDE** Acronym for Dynamic Data Exchange. A Microsoft-specified interprocess communication channel (IPC) based on the client/server model through which programs can exchange data and control other applications. To be capable of DDE, programs must conform to Microsoft Corporation's specifications. DDE enables simultaneously running programs to exchange data as the information changes. Through the use of object linking and embedding, which makes using DDE easier, a DDE-capable spreadsheet program can receive real-time data from an online information service, record changes in the price of key stocks and bonds, and recalculate the entire worksheet as the change occurs. DDE was renamed ActiveX, which in turn has become .Net. See *.Net*, *server application*.

**DDR-SDRAM** Acronym for double data rate synchronous dynamic random access memory. A type of high-speed RAM for cutting-edge microprocessors that supports data transfers on both margins of a clock cycle. This design effectively doubles the chip's data transfer rate. It is also less expensive and much more popular than its nearest competitor, RDRAM. DDR-II SDRAM is the newest specification, functioning at twice the speed of standard DDR. See *random access memory (RAM)*, *SDRAM*.

**DDS** Acronym for Digital Data Storage, a tape backup format for digital audio tape (DAT) cartridges.

**debug** In programming, to detect, locate, and fix errors in a program's source code.

**debugger** A utility program often included in compilers or interpreters that helps programmers find and fix errors in source code.

**debugging** The process of locating and correcting errors in a program.

**decimal notation** The numbering system in use throughout the industrialized world, with a base or radix of 10. See *binary notation*, *hexadecimal notation*, *octal notation*.

**decimal tab** In a word processing or page layout program, a tab stop configured so that values align at the decimal point.

**decision support system** See *DSS*.

**declaration** In a high-level programming language, a statement that binds a given value with a constant or that links a variable to a specific memory location or data type.

**declarative markup language (DML)** In text processing, a markup language—a system of codes for marking the format of a unit of text—that indicates only that a particular unit of text is a certain part of the document, such as an abstract, a title, or an author's name and affiliation. The actual formatting of the document part is left up to another program, called a parser, which displays the marked document and gives each document part a distinctive format (fonts, spacing, and so on). An international standard DML is the Standard Generalized Markup Language (SGML), which was little-known until a subset of SGML, the Hypertext Markup Language (HTML), came into widespread use on the World Wide Web (WWW). HTML is a declarative markup language, and the Web browsers in use by millions today are parsers for HTML.

**declarative programming language** A programming language that frees the programmer from specifying a sequence of