STRAGENT EXHIBIT 3

*Microsoft*

# Microsoft Computer Dictionary
## Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number: 2002019714

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**D**

the parts of the system work in harmony so that data is stored safely and accurately. Application programs manage data by receiving and processing input according to the user's commands, and sending results to an output device or to disk storage. The user also is responsible for data management by acquiring data, labeling and organizing disks, backing up data, archiving files, and removing unneeded material from the hard disk.

**data manipulation** *n.* The processing of data by means of programs that accept user commands, offer ways to handle data, and tell the hardware what to do with the data.

**data manipulation language** *n.* In database management systems, a language that is used to insert data in, update, and query a database. Data manipulation languages are often capable of performing mathematical and statistical calculations that facilitate generating reports. *Acronym:* DML. *See also* structured query language.

**data mart** *n.* A scaled-down version of a data warehouse that is tailored to contain only information likely to be used by the target group. *See also* data warehouse.

**data medium** *n.* The physical material on which computer data is stored.

**data migration** *n.* **1.** The process of moving data from one repository or source, such as a database, to another, usually via automated scripts or programs. Often data migration involves transferring data from one type of computer system to another. **2.** In supercomputing applications, the process of storing large amounts of data off line while making them appear to be on line as disk-resident files.

**data mining** *n.* The process of identifying commercially useful patterns, problems, or relationships in a database, a Web server, or other computer repository through the use of advanced statistical tools. Some Web sites use data mining to monitor the efficiency of site navigation and to determine changes in the Web site's design based on how consumers are using the site.

**data model** *n.* A collection of related object types, operators, and integrity rules that form the abstract entity supported by a database management system (DBMS). Thus, one speaks of a relational DBMS, a network DBMS, and so on, depending on the type of data model a DBMS supports. In general, a DBMS supports only one data model as a practical rather than a theoretical restriction.

**data network** *n.* A network designed for transferring data encoded as digital signals, as opposed to a voice network, which transmits analog signals.

**Data Over Cable Service Interface Specification** *n.* *See* DOCSIS.

**data-overrun error** *n.* An error that occurs when more data is being acquired than can be processed. *See also* bps.

**data packet** *n. See* packet.

**data path** *n.* The route that a signal follows as it travels through a computer network.

**data point** *n.* Any pair of numeric values plotted on a chart.

**data processing** *n.* **1.** The general work performed by computers. **2.** More specifically, the manipulation of data to transform it into some desired result. *Acronym:* DP. *Also called:* ADP, automatic data processing, EDP, electronic data processing. *See also* centralized processing, decentralized processing, distributed processing.

**Data Processing Management Association** *n. See* DPMA.

**data projector** *n.* A device, similar to a slide projector, that projects the video monitor output of a computer onto a screen.

**data protection** *n.* The process of ensuring the preservation, integrity, and reliability of data. *See also* data integrity.

**data rate** *n.* The speed at which a circuit or communications line can transfer information, usually measured in bits per second (bps).

**data record** *n. See* record[1].

**data reduction** *n.* The process of converting raw data to a more useful form by scaling, smoothing, ordering, or other editing procedures.

**data segment** *n.* The portion of memory or auxiliary storage that contains the data used by a program.

**Data Service Unit** *n. See* DDS.

**data set** *n.* **1.** A collection of related information made up of separate elements that can be treated as a unit in data handling. **2.** In communications, a modem. *See also* modem.

**Data Set Ready** *n. See* DSR.

**data sharing** *n.* The use of a single file by more than one person or computer. Data sharing can be done by physically transferring a file from one computer to another, or more commonly, by networking and computer-to-computer communications.

144

**data signal** *n.* The information transmitted over a line or circuit. It consists of binary digits and can include actual information or messages and other elements such as control characters or error-checking codes.

**data sink** *n.* **1.** Any recording medium where data can be stored until needed. **2.** In communications, the portion of a Data Terminal Equipment (DTE) device that receives transmitted data.

**data source** *n.* **1.** The originator of computer data, frequently an analog or digital data collection device. **2.** In communications, the portion of a Data Terminal Equipment (DTE) device that sends data.

**data stream** *n.* An undifferentiated, byte-by-byte flow of data.

**data structure** *n.* An organizational scheme, such as a record or array, that can be applied to data to facilitate interpreting the data or performing operations on it.

**data switch** *n.* A device in a computer system that routes incoming data to various locations.

**Data Terminal Equipment** *n.* *See* DTE.

**Data Terminal Ready** *n.* *See* DTR.

**data traffic** *n.* The exchange of electronic messages—control and data—across a network. Traffic capacity is measured in bandwidth; traffic speed is measured in bits per unit of time.

**data transfer** *n.* The movement of information from one location to another, either within a computer (as from a disk drive to memory), between a computer and an external device (as between a file server and a computer on a network), or between separate computers.

**data transfer rate** *n.* *See* data rate.

**data transmission** *n.* The electronic transfer of information from a sending device to a receiving device.

**data type** *n.* In programming, a definition of a set of data that specifies the possible range of values of the set, the operations that can be performed on the values, and the way in which the values are stored in memory. Defining the data type allows a computer to manipulate the data appropriately. Data types are most often supported in high-level languages and often include types such as real, integer, floating point, character, Boolean, and pointer. How a language handles data typing is one of its major characteristics. *See also* cast, constant, enumerated data type, strong typing, type checking, user-defined data type, variable, weak typing.

**data validation** *n.* The process of testing the accuracy of data.

**data value** *n.* The literal or interpreted meaning of a data item, such as an entry in a database, or a type, such as an integer, that can be used for a variable.

**data warehouse**[1] *n.* A database, frequently very large, that can access all of a company's information. While the warehouse can be distributed over several computers and may contain several databases and information from numerous sources in a variety of formats, it should be accessible through a server. Thus, access to the warehouse is transparent to the user, who can use simple commands to retrieve and analyze all the information. The data warehouse also contains data about how the warehouse is organized, where the information can be found, and any connections between data. Frequently used for decision support within an organization, the data warehouse also allows the organization to organize its data, coordinate updates, and see relationships between information gathered from different parts of the organization. *See also* database, decision support system, server (definition 1), transparent (definition 1).

**data warehouse**[2] *vb.* To acquire, collect, manage, and disseminate information gathered from various sources into a single location; or to implement an informational database used to store sharable data. Data warehousing is a four-step process: gathering data; managing the data in a centralized location; providing access to the data along with tools for interpreting, analyzing, and reporting on the data; and producing reports on the data to be used for decision making. *See also* downflow, inflow, metaflow, upflow.

**date and time stamp** *n.* *See* time stamp.

**date counter overflow** *n.* A problem that may occur in systems or programs when the value in a date variable exceeds allowable values. A date counter overflow can occur when an incremental date produces a number that the system interprets as zero or a negative number. This is likely to cause the system or program to post an error message in turn or to revert to the original starting point. Although this was largely considered a Year 2000 problem, such an error is not necessarily confined to the year 2000.

**date dependency** *n.* In terms of the Year 2000 problem, the need many programs have for date-related input or output data and the way dates are represented in that data. This dependency affects whether the program can run correctly when the turn of the century is reached.

**D**

145

**dead code** *n.* Program code that never gets executed, possibly because the programmer has eliminated all references to it, or possibly because the program is written in such a way that the instruction(s) will never be needed—for example, an ELSE statement would never be needed in an IF condition that always proved to be true. Dead code can slow program execution and increase the size of the program in memory. *Also called:* grunge, software rot.

**dead halt** *n.* A machine stop with no hope of recovery by either the program or the operating system. The only choice after a dead halt is to reboot. *Also called:* drop-dead halt. *See also* hang. *Compare* reboot.

**dead key** *n.* A key used with another key to create an accented character. When pressed, a dead key produces no visible character (hence its name) but indicates that the accent mark it represents is to be combined with the next key pressed. *See also* key (definition 1).

**dead-letter box** *n.* In e-mail or message systems, a file to which undeliverable messages are sent.

**deadlock** *n.* **1.** A situation that occurs when two programs or devices are each waiting for a response from the other before continuing. *Also called:* deadly embrace. **2.** In operating systems, a situation in which two or more processes are prevented from continuing while each waits for resources to be freed by the continuation of the other. **3.** In computer games, a deadlock occurs when the resources needed to continue the game become unavailable to the player. The deadlock condition could be intentional, such as a loss condition, or a design error on the part of the game developer. *See also* computer games.

**deadly embrace** *n. See* deadlock.

**deallocate** *vb.* To free previously allocated memory. *See also* pointer. *Compare* allocate.

**deblock** *vb.* To remove one or more logical records (units of stored information) from a block. Application or database systems must often deblock information to make specific units of information available for processing. *Compare* block² (definition 1).

**debounce algorithm** *n.* A set of instructions that makes an assumption about how fast a user can press and release a switch and then ensures that only one press is registered in the time specified.

**debug** *vb.* To detect, locate, and correct logical or syntactical errors in a program or malfunctions in hardware. In hardware contexts, the term *troubleshoot* is the term more often used, especially when the problem is a major one. *See also* bug, debugger.

**debugger** *n.* A program designed to aid in debugging another program by allowing the programmer to step through the program, examine the data, and monitor conditions such as the values of variables. *See also* bug (definition 1), debug.

**deca-** *prefix* Metric prefix meaning 10—that is, 10 to the first power, or $10^1$.

**decay** *n.* A decrease in the amplitude of a signal over time.

**DECchip 21064** *n.* A Digital Equipment Corporation microprocessor introduced in February 1992. The DECchip 21064 is a 64-bit, RISC-based, superscalar, superpipelined chip with 64-bit registers, a 64-bit data bus, a 64-bit address bus, and a 128-bit data path between the microprocessor and memory. It also has a built-in 8-KB instruction cache, a built-in 8-KB data cache, and a floating-point processor. The DECchip 21064 contains 1.7 million transistors and operates at 3.3 volts. The 200-MHz version runs at a peak rate of 400 MPS. The chip's architecture is SMP compliant, so that several chips can be used in a parallel (multiprocessor) configuration. *See also* floating-point processor, MIPS, pipelining (definition 1), RISC, superpipelining, superscalar.

**deceleration time** *n.* The time required for an access arm to come to a stop as it approaches the desired portion of a disk. The faster the arm moves, the more momentum it gains and the greater the deceleration time.

**decentralized processing** *n.* The distribution of computer processing facilities in more than one location. Decentralized processing is not the same as distributed processing, which assigns multiple computers to the same task to increase efficiency.

**deci-** *prefix* Metric prefix meaning $10^{-1}$ (one-tenth).

**decibel** *n.* One tenth of a bel (named after Alexander Graham Bell), a unit used in electronics and other fields to measure the strength of a sound or signal. Decibel measurements fall on a logarithmic scale and compare the measured quantity against a known reference. The following formula gives the number of decibels between

**noise** *n.* **1.** Any interference that affects the operation of a device. **2.** Unwanted electrical signals, produced either naturally or by the circuitry, that distort or degrade the quality or performance of a communications channel. *See also* distortion.

**nonbreaking space** *n.* A character that replaces the standard space character in order to keep two words together on one line rather than allowing a line to break between them.

**noncompetes** *n.* An agreement between employer and employee that states that the employee will not accept work with a competing company for a specified length of time after leaving the employer's company. Noncompete agreements are common in high-tech companies and are typically requested to help maintain company secrets and retain valuable employees.

**nonconductor** *n. See* insulator.

**noncontiguous data structure** *n.* In programming, a data structure whose elements are not stored contiguously in memory. Data structures such as graphs and trees, whose elements are connected by pointers, are noncontiguous data structures. *Compare* contiguous data structure.

**nondedicated server** *n.* A computer on a network that can function as both a client and a server; typically, a desktop machine on a peer-to-peer network. *Compare* dedicated server.

**nondestructive readout** *n.* A reading operation that does not destroy the data read, either because the storage technology is capable of retaining the data or because the reading operation is accompanied by a data refresh (update) function. *Acronym:* NDR, NDRO. *Compare* destructive read.

**nonexecutable statement** *n.* **1.** A program statement that cannot be executed because it lies outside the flow of execution through the program. For example, a statement immediately following a *return()* statement but before the end of the block in C is nonexecutable. **2.** A type definition, variable declaration, preprocessor command, comment, or other statement in a program that is not translated into executable machine code.

**nonimpact printer** *n.* Any printer that makes marks on the paper without striking it mechanically. The most common types are ink-jet, thermal, and laser printers. *See also* ink-jet printer, laser printer, thermal printer. *Compare* impact printer.

**noninterlaced** *adj.* Pertaining to a display method on raster-scan monitors in which the electron beam scans each line of the screen once during each refresh cycle. *Compare* interlaced.

**nonmaskable interrupt** *n.* A hardware interrupt that bypasses and takes priority over interrupt requests generated by software and by the keyboard and other such devices. A nonmaskable interrupt cannot be overruled (masked) by another service request and is issued to the microprocessor only in disastrous circumstances, such as severe memory errors or impending power failures. *Acronym:* NMI. *Compare* maskable interrupt.

**nonprocedural language** *n.* A programming language that does not follow the procedural paradigm of executing statements, subroutine calls, and control structures sequentially but instead describes a set of facts and relationships and then is queried for specific results. *Compare* procedural language.

**nonreturn to zero** *n.* **1.** In data transmission, a method of encoding data in which the signal representing binary digits alternates between positive and negative voltage when there is a change in digits from 1 to 0 or vice versa. In other words, the signal does not return to a zero, or neutral, level after transmission of each bit. Timing is used to distinguish one bit from the next. **2.** In the recording of data on a magnetic surface, a method in which one magnetic state represents a 1 and, usually, the opposite state represents a 0. *Acronym:* NRZ.

**nontrivial** *adj.* Being either difficult or particularly meaningful. For example, a complicated programmed procedure to handle a difficult problem would represent a nontrivial solution.

**Non-Uniform Memory Access** *n. See* NUMA.

**nonuniform memory architecture** *n.* A system architecture designed for Sequent's Non-Uniform Access Memory, a type of distributed shared memory using a number of shared memory segments instead of a single centralized physical memory. *Acronym:* NUMA.

**nonvolatile memory** *n.* A storage system that does not lose data when power is removed from it. Intended to refer to core memory, ROM, EPROM, flash memory, bubble memory, or battery-backed CMOS RAM, the term is occasionally used in reference to disk subsystems as well. *See also* bubble memory, CMOS RAM, core, EPROM, flash memory, ROM.

**NO-OP** *n. See* no-operation instruction.



sheet

uments and the tags they will use to denote the
in individual documents. *See also* ISO.

*n. See* synchronous graphics RAM.

Bourne shell.

Acronym for **S**ecure **H**ash **A**lgorithm. A tech-
at computes a 160-bit condensed representation of
ge or data file, called a *message digest*. The SHA
y the sender and the receiver of a message in
ng and verifying a digital signature, for security
*See also* algorithm, digital signature.

*n.* A particular color variation produced by mix-
with a pure color. *See also* brightness, IRGB.

*vb.* To give added dimension to an image by
g changes in appearance caused by light and
*See also* color model.

**mask** *n.* A type of mask used in cathode ray tube
onitors in which an opaque sheet perforated by
oles ensures that the electron beam for a particu-
strikes only the phosphor it is supposed to illumi-
e the aperture grill, which relies on vertical
d the slot mask, which is based on elliptical
, a shadow mask helps create a clear, sharp image
wly focusing the electron beam. *See also* CRT,
finition 2). *Compare* aperture grill, slot mask.

**memory** *n.* A technique employed by the BIOS
80x86-based computers to copy the system's ROM
tines into an unused section of RAM during the
's startup process. This helps boost system perfor-
diverting system requests for the BIOS routines to
dow" copies. *Also called:* shadow RAM, shadow

**print** *n.* A style applied to text in which a dupli-
ach character is shifted, typically down and to the
create a shadow effect. See the illustration.

hadows

hadows

print.

RAM *n. See* shadow memory.

**shadow ROM** *n. See* shadow memory.

**share** *vb.* To make files, directories, or folders accessible to other users over a network.

**shared assembly** *n.* An assembly that can be referenced by more than one application. An assembly must be explicitly built to be shared by giving it a cryptographically strong name. *See also* private assembly, strong name.

**shared directory** *n. See* network directory.

**shared folder** *n.* On a Macintosh computer connected to a network and running System 6.0 or higher, a folder that a user has made available to others on the network. A shared folder is analogous to a network directory on a PC. *See also* network directory.

**shared logic** *n.* The use, by multiple circuits or software routines, of common circuits or routines to implement an operation.

**shared medium** *n.* The communications medium shared by network nodes; essentially, the network bandwidth.

**shared memory** *n.* **1.** Memory accessed by more than one program in a multitasking environment. **2.** A portion of memory used by parallel-processor computer systems to exchange information. *See also* parallel processing.

**shared name** *n. See* strong name.

**shared network directory** *n. See* network directory.

**shared printer** *n.* A printer that receives input from more than one computer.

**shared resource** *n.* **1.** Any device, data, or program used by more than one device or program. **2.** On a network, any resource made available to network users, such as directories, files, and printers.

**SharePoint team Web site** *n.* A customizable Web site with features that help a team work together. The default site has pages for document libraries, announcements, and team events. Only members, specified by the site creator, can use the site.

**shareware** *n.* Copyrighted software that is distributed on a try-before-you-buy basis. Users who want to continue using the program after the trial period are encouraged to send a payment to the program's author. *Compare* free software, freeware, public-domain software.

**sharpness** *n. See* resolution (definition 1).

**sheet** *n.* A feature for handling dialog boxes included in the Mac OS X Aqua interface. When the user chooses to

S

477