# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## Stragent, LLC's TUTORIAL

STRAGENT, LLC

v.

BMW OF NORTH AMERICA et. al,. C.A. No. 20-510-LPS
MERCEDES-BENZ USA et. al., C.A. No. 20-511-LPS
VOLVO CAR NORTH AMERICA, C.A. No. 20-512-LPS

# Patents and Claims In Suit

- Patent 9,705,765 claims 12, 24, 26, 27, 28, 31

- Patent 10,002,036 claims 1, 9, 18, 19, 34, 38, 72, 79, 82, 98, 102-14, 117, 121, 122

- Patent 10,031,790 claims 1, 2, 4-6, 8, 9, 15, 16, 18-20, 22-24

- Patent 10,248,477 claims 23, 26, 27, 28

- All four patents share common specification

# Background

- Cars now have about 150 Electronic Control Units ("ECUs")
- Each ECU is connected to multiple sensors (e.g., speed sensor) or actuators (e.g., wiper motor)
- ECUs communicate via buses (electronic links to which nodes such as sensors and actuators are attached)
    - CAN, LIN, FlexRay and MOST are now common automobile network buses
    - Each uses a different protocol





3

# Background

- The various communication protocols each have a different bus structure and message frame

- In the prior art, information from one network could not be shared with another network because of those differences

- Prior art did not provide a solution for sharing automotive information



4

# The Stragent Claims

- Claims of Stragent's patents are directed to ECUs that may share information between networks
- One aspect is a storage resource shown as the Bulletin Board in Fig. 7
- The system can fetch data from the storage resource and send it to another device. The device and the corresponding storage resource do not know, and do not care where that data came from.



5

# Technical Objectives of the Stragent Claimed Systems

- Prior to invention, automobile hardware components could generally exchange information only with networks sharing a common protocol (software)

- Stragent claims are directed to sharing information between networks even where all use different protocols

- Complexity of storage resource is linear as opposed to as N(N-1) for the prior art approach



6

# Infringement Is Alleged Based on AUTOSAR Standard

▸ Defendants utilize AUTOSAR (Automotive Open System Architecture) standard for ECU architecture in all automotive vehicles



7

# AUTOSAR

- Stragent alleges that ECUs with Autosar implement the Stragent inventions
- Autosar standard separates the hardware and software so that hardware components can share information with any network (software) unlike prior art where automobile hardware components could exchange information only with networks sharing a common protocol (software)



8

# AUTOSAR

▸ Autosar is layered architecture as depicted here

▸ Stragent's invention is implemented in, *inter alia*, the Basic Software component, which provides ECU abstraction, microcontroller abstraction, and services, including memory and diagnostics

▸ Autosar has all the components specified in the Stragent claims

▸ Infringement detailed in claim charts



9

# Detail of Autosar Basic Software



10

## Detail of Autosar Basic Software



The Autosar BSW includes, for example, the operating system, the network interfaces, storage resource management (including configuring the data structure of the non-volatile memory) and diagnostic elements of the Stragent inventions

# Autosar BSW Example



Data mapping; abstract protocol data unit ("PDU") from physical network bus

Communication stacks for CAN, LIN, FlexRay; includes management and interfaces

Diagnostics

Debugging

Flash and non-volatile memory ("storage resource") management

12

# Example of Autosar Implementation

- Multiple components or applications in a car may need to know the speed of the vehicle, such as, for example, the instrument cluster, the door locking system which will automatically lock the car doors once a given speed is attained, and the car radio which increases volume with greater speed.

- The speed is calculated by one component (such as by counting the revolutions of car tires). The speed information is provided by one network to the BSW which accepts the information and renders it usable by other systems. The Run Time Environment ("RTE") then permits the most up-to-date speed data in the BSW to be shared by the various application software (dashboard, door locks, radio). The applications do not know, and do not care, how speed data was generated or from where it came.

13

# Example of Autosar Implementation-2

- Further, Autosar allows ECUs to be function-oriented
- For example, in prior art the speed sensor may have required its own ECU
- With Autosar, a single ECU can include, as for example, inputs from speed sensor, tire pressure monitor and brake management regardless of whether inputs are CAN, LIN, FlexRay or MOST, and share information with other functions within ECU or other ECUs who need the information
- Autosar functions as an imaginary virtual function bus with any number of application or software component (SWCs) nodes of any protocol

14