Case 1:20-cv-00510-JDW    Document 74-1    Filed 02/15/22    Page 1 of 2 PageID #: 7426

EXHIBIT 4

# Microsoft Press Computer Dictionary

## Third Edition

**Microsoft Press**

**MMX** \M`M-X´\ *n.* Short for **M**ulti**m**edia E**x**tensions. An enhancement to the architecture of Intel Pentium processors that improves the performance of multimedia and communications applications.

**.mn** \dot`M-N´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Mongolia.

**mnemonic** \nē-mon´ik`\ *n.* A word, rhyme, or other memory aid used to associate a complex or lengthy set of information with something that is simple and easy to remember. Mnemonics are widely used in computing. Programming languages other than machine language, for example, are known as *symbolic languages* because they use short mnemonics, such as *ADD* (for *addition*) and *def* (for *define*) to represent instructions and operations. Similarly, operating systems and applications based on typed commands use mnemonics to represent instructions to the program. MS-DOS, for example, uses *dir* (for *directory*) to request a list of files.

**MNP10** \M`N-P-ten´\ *n.* Short for **M**icrocom **N**etworking **P**rotocol, Class **10**. An industry-standard communication protocol used for modem connections over analog cellular telephone connections. The most recent version of MNP10 is MNP 10EC (EC stands for Enhanced Cellular). *See also* communications protocol.

**.mn.us** \dot-M-N`dot-U-S´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Minnesota, United States.

**.mo** \dot`M-O´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Macau.

**mobile computing** \mō`bəl kəm-pyōō´tēng\ *n.* The process of using a computer while traveling. Mobile computing usually requires a portable computer that is battery powered, rather than a desktop system.

**mode** \mōd\ *n.* The operational state of a computer or a program. For example, edit mode is the state in which a program accepts changes to a file. *See also* address mode, compatibility mode, safe mode, video mode, virtual real mode.

**modec** \mō´dek\ *n.* In telecommunications, a device that generates analog modem signals digitally. The term *modec* is a combination of the terms *modem* and *codec*. *See also* codec (definition 1), modem.

**model** \mod´əl\ *n.* A mathematical or graphical representation of a real-world situation or object—for example, a mathematical model of the distribution of matter in the universe, a spreadsheet (numeric) model of business operations, or a graphical model of a molecule. Models can generally be changed or manipulated so that their creators can see how the real version might be affected by modifications or varying conditions. *See also* modeling, simulation.

**modeling** \mod´əl-ēng`\ *n.* **1.** The use of computers to describe the behavior of a system. Spreadsheet programs, for example, can be used to manipulate financial data, representing the health and activity of a company; to develop business plans and projections; or to evaluate the impact of proposed changes on the company's operations and financial status. *See also* simulation, spreadsheet program. **2.** The use of computers to describe physical objects and the spatial relationships among them mathematically. CAD programs, for example, are used to create on-screen representations of such physical objects as tools, office buildings, complex molecules, and automobiles. These models use equations to create lines, curves, and other shapes and to place those shapes accurately in relation to each other and to the two-dimensional or three-dimensional space in which they are drawn. *See also* CAD, rendering, solid model, surface modeling, three-dimensional model, two-dimensional model, wire-frame model.

**modem** \mō´dəm\ *n.* Short for **mo**dulator/**dem**odulator. A communications device that enables a computer to transmit information over a standard telephone line. Because a computer is digital (works with discrete electrical signals representing binary 1 and binary 0) and a telephone line is analog (carries a signal that can have any of a large number of variations), modems are needed to convert digital to analog and vice versa. When transmitting, modems impose (modulate) a computer's digital signals onto a continuous carrier frequency on the telephone line. When receiving, modems sift out (demodulate) the information from the carrier and transfer it in digital form to the