EXHIBIT 5

# WEBSTER'S NEW WORLD™

# COMPUTER DICTIONARY

## 10TH EDITION

*By Bryan Pfaffenberger, Ph.D.*



**WILEY**

Wiley Publishing, Inc.

Webster's New World™ Computer Dictionary, 10th Edition

Copyright © 2003 by Wiley Publishing, Inc., Indianapolis, Indiana

Published by Wiley Publishing, Inc., Indianapolis, Indiana
Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8700. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4447, E-mail: permcoordinator@wiley.com.

Trademarks: Wiley, the Wiley Publishing logo, Webster's New World, and the Webster's New World logo are trademarks or registered trademarks of Wiley Publishing, Inc., in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or to obtain technical support please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Library of Congress Cataloging-in-Publication Data is available from the publisher.

ISBN 0-7645-2478-X

Manufactured in the United States of America

5   4   3

## Dedication

## Acknowledg

No work of this scop
book is no exception
Inc. in Indianapolis,
M. Faunette Johnston
bring to fruition th
Ultimately, though, th
mine alone, so please
contribution reflected

## About the au

**Bryan Pfaffenberg**
at the University of
the public, he is the a
technology.

## Trademarks

All terms in this boo
priately capitalized. W
Use of a term in this
or service mark.

## MOD

**MOD** See *magneto-optical (MO) drive.*

**mode** The operating state in which one places a program by choosing among a set of exclusive operating options. Within a given mode, certain commands and keystrokes are available, but one may need to change modes to use other commands or keystrokes.

**mode indicator** An onscreen message that displays the program's current operating mode. In Lotus 1-2-3, for example, the mode indicator appears in the upper-right corner of the screen.

**model** A simulation of a system that exists in the real world, such as an aircraft fuselage or a business's cash flow. The purpose of constructing a model is to gain a better understanding of the prototype, the system being modeled. By examining or changing the characteristics of the model, one can draw inferences about the prototype's behavior.

**modem** A device that converts the digital signals generated by the serial port to the modulated analog signals required for transmission over a telephone line and that, likewise, transforms incoming analog signals to their digital equivalents. The speed at which a modem (short for modulator/demodulator) transmits data is measured in units called bits per second (technically not the same as baud, although the terms are often and erroneously used interchangeably). Modems come in various speeds and use various modulation protocols. The most recent standard, called V.90, enables communication at 56 Kbps. See *ADSL modem, cable modem, digital modem.*

**moderated** Supervised by a human being rather than a computer. See *moderated newsgroup.*

**moderated newsgroup** In a distributed bulletin board system (BBS), such as Usenet, a topical conference in which one or more moderators screen contributions before the post appears. The moderator's job, often mistaken for censorship, is to ensure that postings adhere to the group's

stated topic. A moderator also may rule out discussion on certain subtopics if postings on such subjects turn out to be flame bait (postings likely to cause an unproductive and bitter debate with low information content).

**moderator** In Usenet and mailing lists, a volunteer who takes on the task of screening messages submitted to a moderated newsgroup or moderated mailing list.

**Modified Frequency Modulation** See *MFM.*

**MO drive** See *magneto-optical (MO) drive.*

**Modula-2** A high-level programming language that extends Pascal so that the language can execute program modules independently. Developed in 1980 by computer wizard and Pascal creator Niklaus Wirth, Modula-2 supports the separate compilation of program modules and overcomes many other shortcomings of Pascal. A programmer working as part of a team can write and compile the module he has been assigned and then test the module extensively before integrating it with other modules. Although Modula-2 is increasingly popular as a teaching language at colleges and universities, C++ dominates professional software development. See *modular programming, structured programming.*

**modular accounting package** A collection of accounting programs—one for each chief accounting function (general ledger, accounts payable, accounts receivable, payroll, and inventory, for example)—designed to work together, even though they are not integrated into one program. Modular packages require one to follow special procedures to make sure that all the modules work together. These programs have not found a large market in personal computing for two reasons: They rarely mimic the way small-businesses operators keep their books, and they are often hard to use.

**modularity** 1. In computer programming generally, a characteristic or quality of a programming language such that it favors