# EXHIBIT 1



**Open Systems and the Corresponding Interfaces
for Automotive Electronics**

# OSEK/VDX

## Network Management

## Concept and Application Programming Interface

Version 2.51

31st of May 2000

This document is an official release and replaces all previously distributed documents. The OSEK group retains the right to make changes to this document without notice and does not accept liability for errors. All rights reserved. No part of this document may be reproduced, in any form or by any means, without permission in writing from the OSEK/VDX steering committee.



**Open Systems and the Corresponding Interfaces**
**for Automotive Electronics**

# Table of Contents

Summary.................................................................................................................... 5

1.   Scope of the OSEK Network Management ...................................................... 6

2.   Direct Network Management.......................................................................... 8

   2.1.   Concept ................................................................................................. 8
      2.1.1.   Node Monitoring ........................................................................... 8
      2.1.2.   Addressing.................................................................................... 10
      2.1.3.   NM Infrastructure for Data Exchange ............................................. 11
      2.1.4.   Standard Functionality .................................................................. 11
      2.1.5.   Configuration Management ............................................................ 12
         2.1.5.1.   Network Configurations ......................................................... 12
         2.1.5.2.   Detection of a Node in Fault Condition .................................. 12
         2.1.5.3.   Internal Network Management States...................................... 13
      2.1.6.   Operating Modes .......................................................................... 15
      2.1.7.   Network Error Detection and Treatment.......................................... 15
      2.1.8.   Support of Diagnostic Application .................................................. 16
   2.2.   Algorithms and Behaviour .................................................................... 16
      2.2.1.   Communication of the Network Management System ....................... 16
         2.2.1.1.   Network Management Protocol Data Unit................................. 16
         2.2.1.2.   Addressing Mechanisms used by the Network Management...... 18
      2.2.2.   NM Infrastructure for Data Exchange ............................................. 20
      2.2.3.   Standard Tasks ............................................................................ 21
         2.2.3.1.   Network Management Parameters ........................................... 21
         2.2.3.2.   Network Status ..................................................................... 22
         2.2.3.3.   Extended Network Status....................................................... 23
      2.2.4.   Configuration Management ............................................................ 24
         2.2.4.1.   Timing Reference .................................................................. 24
         2.2.4.2.   Monitoring Counter ............................................................... 25
         2.2.4.3.   State transition diagram ........................................................ 25
         2.2.4.4.   Particularities Regarding Implementation................................ 29
      2.2.5.   Example: Skipped in the logical ring.............................................. 32
      2.2.6.   Example: Logical Successor........................................................... 34
      2.2.7.   Operating Mode............................................................................ 35
         2.2.7.1.   NMActive - NMPassive ......................................................... 35
         2.2.7.2.   NMBusSleep - NMAwake....................................................... 36
      2.2.8.   Fusion of Configuration Management and Operating Modes ............ 40



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

2.2.8.1.   State Diagrams ................................................................................ 40
2.2.8.2.   SDL Diagrams ................................................................................. 46
2.2.9.   Alarms inside the Network Management ............................................... 57
2.2.9.1.   Rules to design the alarms $T_{Typ}$ and $T_{Max}$.................................... 57
2.2.9.2.   Rules to design the alarm $T_{Error}$ .................................................. 59
2.2.9.3.   Rules to design the alarm $T_{WaitBusSleep}$ ...................................... 59
2.2.9.4.   Design of a system ........................................................................ 59
2.2.9.4.1.   Worst case ................................................................................ 60
2.2.9.4.2.   Example .................................................................................... 60

3.   Indirect Network Management ........................................................................ 61

3.1.   Concept ...................................................................................................... 61
3.1.1.   Node Monitoring .................................................................................... 61
3.1.1.1.   Node states ................................................................................... 61
3.1.1.2.   Extended Node states ..................................................................... 62
3.1.2.   Configuration-Management ..................................................................... 62
3.1.2.1.   Configuration ................................................................................ 62
3.1.2.2.   Extended Configuration .................................................................. 63
3.1.3.   Standard Task ....................................................................................... 63
3.1.3.1.   Network status .............................................................................. 63
3.1.3.2.   Extended network status ................................................................. 63
3.1.4.   Monitoring Mechanisms ......................................................................... 64
3.1.5.   Monitoring time-outs ............................................................................. 65
3.1.5.1.   One global time-out ....................................................................... 65
3.1.5.2.   One monitoring time-out per message ............................................. 66
3.1.5.3.   Internal Network Management States................................................ 66
3.1.6.   Operating Modes ................................................................................... 68
3.2.   Algorithms and behaviour ............................................................................ 68
3.2.1.   Configuration Management ..................................................................... 68
3.2.1.1.   Counter management ...................................................................... 68
3.2.2.   Operating Mode .................................................................................... 72
3.2.2.1.   User Guide to handle BusSleep ....................................................... 72
3.2.3.   State Machine in SDL ............................................................................ 74
3.2.3.1.   SDL Model for one global time-out TOB ........................................ 74
3.2.3.2.   SDL Model for one monitoring time-out per message........................ 79

4.   System generation and API............................................................................. 86

4.1.   Overview .................................................................................................... 86
4.2.   Conventions for Service Description ............................................................. 87
4.2.1.   System Generation ................................................................................ 87
4.2.2.   Type of Calls ........................................................................................ 88
4.2.3.   Error Characteristics .............................................................................. 88
4.2.4.   Structure of the Description .................................................................... 88
4.2.4.1.   System Generation Support ............................................................. 89
4.2.4.2.   Service Descriptions ...................................................................... 89
4.3.   General Data Types ..................................................................................... 90



**OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

4.4.     Common services .................................................................................90
4.4.1.  Standard Functionality .........................................................................90
4.4.1.1.  System Generation Support .............................................................90
4.4.2.  Configuration Management ...................................................................92
4.4.2.1.  Data Types ......................................................................................92
4.4.2.2.  System Generation Support .............................................................92
4.4.2.3.  Services ...........................................................................................95
4.4.3.  Operating Modes and Operating Mode Management .........................98
4.4.3.1.  Data Types ......................................................................................98
4.4.3.2.  System Generation Support .............................................................99
4.4.3.3.  Services ...........................................................................................99
4.5.     Services for direct NM .........................................................................102
4.5.1.  Standard Functionality .......................................................................102
4.5.1.1.  System Generation Support ...........................................................102
4.5.2.  Operating Modes and Operating Mode Management .......................103
4.5.2.1.  Services .........................................................................................103
4.5.3.  Data Field Management .....................................................................104
4.5.3.1.  Data Types ....................................................................................104
4.5.3.2.  System Generation Support ...........................................................104
4.5.3.3.  Services .........................................................................................105
4.6.     Services for indirect NM ......................................................................106
4.6.1.  Standard functionality ........................................................................106
4.6.1.1.  System Generation Support ...........................................................106
4.6.2.  Configuration Mangement ..................................................................107
4.6.2.1.  System Generation Support ...........................................................107

5.   Impacts to OS and to COM ..........................................................................107

5.1.     Error Codes ..........................................................................................107
5.2.     Common impacts ..................................................................................108
5.2.1.  Requirements to OSEK Communication (OSEK COM) ...................108
5.2.2.  Requirements to OSEK Operating System (OSEK OS)....................110
5.3.     Impacts from direct NM ........................................................................111
5.3.1.  Interface to OSEK Communication (OSEK-COM) .........................111
5.4.     Impacts from indirect NM.....................................................................113
5.4.1.  Interface to OSEK Communication (OSEK-COM) .........................113
5.4.1.1.  Mapping NodeId, NetId ⇔ Sender .............................................114

6.   History .........................................................................................................115

7.   Annex ...........................................................................................................115

7.1.     Implementation proposal (direct NM) ...................................................115
7.1.1.  Overview of Internal Activities............................................................116
7.1.2.  Specification of Internal Activities......................................................118
7.1.3.  NMPDU ..............................................................................................123
7.1.3.1.  OpCode ..........................................................................................124
7.1.3.2.  Encoding and decoding .................................................................125

 **OSEK/VDX**

Network Management
**Concept and Application Programming Interface**

| | | |
|---|---|---|
| 7.1.3.2.1. | Addressing Mechanisms | 125 |
| 7.1.3.2.2. | Coherent Allocation of NM message Headers | 126 |
| 7.1.3.2.3. | Non-coherent Allocation of NM message Headers | 128 |
| 7.1.3.2.4. | Node Identifications | 128 |
| 7.1.4. | Scalability | 128 |
| 7.2. | Implementation proposal (indirect NM) | 130 |
| 7.2.1. | Scalability | 130 |
| 7.2.2. | Implementation hints | 131 |
| 7.2.2.1. | Choice one global time-out / one monitoring time-out per message | 131 |
| 7.2.2.2. | Configuration of extended states detection algorithm | 131 |
| 7.2.3. | Summary of SDL state diagram graphical notation | 133 |
| 7.3. | Outlook | 134 |
| 8. | Index | 135 |

# Introduction

There is an increasing tendency for electronic control units (ECUs) made by different manufacturers to be networked within vehicles by serial data communication links.
Therefore, standardisation of basic and non-competitive infrastructure in ECUs aims at avoiding the design of unnecessary variants and saving development time.

In the scope of the OSEK/VDX co-operation, the **N**etwork **M**anagement system (NM) provides standardised features which ensure the functionality of inter-networking by standardised interfaces.

The essential task of NM is to ensure the safety and the reliability of a communication network for ECUs.

In a vehicle a networked ECU is expected to provide certain features:

### each node must be accessible for authorised entities

### maximum tolerance with regard to temporary failures

### support of network related diagnostic features.

At a basic configuration stage, NM implementations complying with OSEK specifications must be implemented in all networked nodes. This implies a solution for NM which can be implemented throughout the broad range of available hardware offered in today's ECUs.
Therefore, the status of the network must be recorded and evaluated uniformly at all ECUs at intervals. Thus each node features a determined behaviour as regards the network and the application concerned.

OSEK-NM offers two alternative mechanisms for network monitoring

### indirect monitoring by monitored application messages, and

### direct monitoring by dedicated NM communication using token principle.

*### by OSEK/VDX*                    NM Concept & API 2.51



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

However, the use of these mechanisms is up to the system responsible. Processing of information collected by these mechanisms must be in accordance to requirements as regards the entire networked system.

**System status**

In view of the application, NM comprises two standardised interfaces:

    ###   Software:                Application program ### NM

    ###   Network behaviour:       Station ### Communication medium

The resulting entire system is open. Thus, it can adapt to new requirements within the restrictions defined by the system design.

**Remarks by the authors**

This document describes the concept and the API of a network management, which can be used for ECUs in vehicles. It is not a product description which relates to a specific implementation.

General conventions, explanations of terms and abbreviations have been compiled in the additional inter project "OSEK Overall Glossary".

# Summary

In order to achieve the essential task of a network monitoring, i.e.

    ###   ensure safety and reliability of a communication network for ECUs,

OSEK-NM describes node-related (local) and network-related (global) management methods. The global NM component is optional. However, it requires a minimum local component to be operational.

Therefore, the following services are provided:

    ###   Initialisation of ECU resources, e.g. network interface.

    ###   Start-up of network

    ###   Providing network configuration

    ###   Management of different mechanisms for node monitoring

    ###   Detecting, processing and signalling of operating states for network and node

    ###   Reading and setting of network- and node-specific parameters

    ###   Co-ordination of global operation modes (e.g. network wide sleep mode)

**OSEK/VDX**

### ### Support of diagnosis

There are two main parts within the document: *Direct Network Management* described by Chapter 2 and *Indirect Network Management* described by Chapter 3. Both chapters describe the concepts, the algorithms and behaviour.

The Subsections *Concept* describe the fundamental aspects of the configuration management, the operating states and operating state management.

The Subsections *Algorithms and Behaviour* describe the protocol used for communication between nodes.

Chapter 4 describes the *Application Programming Interface* comprising the pure specification of the services offered by NM for both direct and indirect. Input and output data, the functional description, particularities, etc. are described for each service. Furthermore *System Generation* services are described within this chapter.

Chapter 5 describes *Impacts on OSEK Infrastructure* and gives a brief description of all requirements to OSEK Communication and OSEK Operating System for both direct and indirect NM.

# 1.    Scope of the OSEK Network Management

**Embedding of the Network Management**

OSEK NM defines a set of services for node monitoring. The next figure  shows how the NM is embedded into a system. It is also shown that the NM has to be adapted to specific requirements of the bus system used or to the resources of the nodes.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 1      interface and algorithms responsibility
1) API, fixed by OSEK
2)  several busses connected to one µController
3) interface to DLL - COM specific, protocol specific
4) interface to COM Interaction Layer
5) station management (outside OSEK, see text below)

6) OSEK algorithms
7) protocol specific management algorithms

**OSEK NM**

- interface to interact with the application (API)

- algorithm for node monitoring

- OSEK internal interfaces (NM <-> COM, ...)

- algorithm for transition into sleep mode

- NM protocol data unit (NMPDU)

**adaptation to bus protocol specific requirements**

- CAN, VAN, J1850, K-BUS, D2B, ...

- error handling, e.g. bus-off handling in a CAN, transmission line error handling

**OSEK/VDX**

- interpretation of the status information, e.g. overrun or error active/passive in a CAN

**adaptation to node resources**

- scaling of the NM as a requirement of the node

- application specific usage of the NM services

**adaptation to hardware specific requirements**

- adaptation to a protocol circuit and a physical layer circuit
e.g. switching the bus hardware to one of the possible physically power save modes

**station management (system specific algorithms)**

There are a variety of additional tasks to co-ordinate a network. Those are not described by OSEK, since they are system dependent. Hence these tasks are done by the application, e.g. by a module called station management.

**Philosophy of Node Monitoring**

Node Monitoring is used to inform the application about the nodes on the network. Thus the application can check with the appropriate service if all stations required for operation are present on the network.

# 2. Direct Network Management

## 2.1. Concept

### 2.1.1. Node Monitoring

OSEK-NM supports the direct node monitoring by dedicated NM communication. A node is a logical whole to which a communication access is possible. A micro processor with two communication modules connected to two different communication media (e.g. low speed CAN and a high speed CAN) represents two nodes from the OSEK point of view.

The rate of the NM communication is controlled across the network (minimisation of bus load and consumption of resources) and the messages are synchronised (avoiding negative effects on application data by message bursts).

Every node is actively monitored by every other node in the network. For this purpose the monitored node sends a NM message according to a dedicated and uniform algorithm.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Direct node monitoring requires a network-wide synchronisation of NM messages. For this purpose a logical ring is used.

**Logical ring**

In a logical ring the communication sequence is defined independent from the network structure. Therefore each node is assigned a logical successor. The logically first node is the successor of the logically last node in the ring.

Thus the decentralised control of the overall amount of NM messages is ensured and the bus load due to these messages is determined. The communication sequence of the logical ring synchronises NM communication. Any node must be able to send NM messages to all other nodes and receive messages from them.



Figure 2        Infrastructure of the NM (logical ring), example with two busses

*Principle*

The direct NM transmits and receives two types of messages to build the logical ring. An alive message introduces a new transmitter to the logical ring. A ring message is responsible for the synchronised running of the logical ring. It will be passed from one node to another (successor) node.

| | |
|---|---|
| Receive alive message | Interpretation as transmitter related registration to the logical ring. |
| Receive ring message | Interpretation as transmitter specific alive signal and synchronisation to initiate transmission of own NM message according to the logical ring algorithm. |
| Time-out on ring message | Interpretation as transmitter specific break down |

*State of a node*

A monitoring node is able to distinguish 2 states of a monitored node.

| | | |
|---|---|---|
| node present | → | specific NM message received (alive or ring) |

**OSEK/VDX**

node absent          →     specific NM message not received during time-out

A monitoring node is able to distinguish 2 states of itself.

present or not mute    →     specific NM message transmitted (alive or ring)

absent or mute       →     specific NM message not transmitted during time-out

## 2.1.2. Addressing

The status of nodes and of the network has to be acquired and evaluated uniformly at intervals. For this purpose, all nodes must communicate via their NM.

The NM communication is independent of the underlying bus protocol. Each node can communicate unidirectional and address related with any other node of the network. Therefore individual and group addressing of nodes is required.

**Node addressing**

Address related communication has to take into account receiver and emitter. Each node has a unique identification which is known in the network.

Each address related communication message contains certain data, the emitter identification and the receiver identification. OSEK NM does not specify the encoding of these components into selected bus protocols.



Figure 3      Exemplary representation of encoding of a NM communication message onto a general protocol format.

Individual addressing is implemented by node addressing using 1:1 connections. Group addressing is implemented by node addressing using 1:k connections (k < number of nodes in the network). For this purpose groups of receivers join group addresses.

**OSEK/VDX**

*Features of node addressing*

> ### Each node is assigned a unique identification known within the whole network.

> ### Emitter and receiver identifications are explicitly included in the message.

> ### 1:k connections are implemented using group addresses.

> ### all messages are broadcasted

> ### Integrating a new node in an existing network does not require notification of the existing nodes.

## 2.1.3. NM Infrastructure for Data Exchange

The NM supports the transfer of application data via its infrastructure (the logical ring). During the time delay between the reception and the transmission of the ring message the application is able to modify the data.

The possibility is given to the application to specify and implement management algorithms which are not provided by OSEK.



Figure 4      Mechanism to transfer application data via the logical ring

## 2.1.4. 2.1.4.Standard Functionality

> ### Initialisations are performed with any system start ("cold start"), e. g. timer services required from the operating system or communication hardware via the data link layer interface.

> ### Before the system is switched off - or switches off automatically - NM can be "shutdown", so that it can restore e.g. to the previously known network history when the system is started up again.

**OSEK/VDX**

### The NM handles individual parameters, e.g. time outs and node identifications and, if necessary, version numbers to identify hardware and software versions.

## 2.1.5.  Configuration Management

### 2.1.5.1.      Network Configurations

In the absence of any faults, the networked nodes are activated at different times, e. g.:

- Stations on terminal 30 (permanent power): Wakeup via external event

- Stations on terminal 15 (ignition): Switch ON via ignition key

- Stations with switch in supply line: switching ON and OFF at random, by driver

However, the actual configuration is also altered by faulty nodes and by defects in the communication network. Consequently, different actual configurations can result for the individual nodes in the course of time, which are additionally subject to external influences, e.g. actions by the driver.

As a rule, each node wants to start its application as quickly as possible. In view of NM, this means that an actual configuration is made available to the applications as soon as possible. Finally, it is up to the application to decide whether to start communication immediately after it has become operable, or whether to wait until a minimum configuration is detected by NM.

OSEK-NM distinguishes between

### actual configuration:
set of nodes to which access is possible

### limp home configuration:
set of nodes which due to failure cannot participate in the logical ring

Therefore NM provides the following services:

### supply of the actual configuration

### comparison of a configuration with a target configuration

### indication of changed configuration

### 2.1.5.2.      Detection of a Node in Fault Condition

**Operability of a node**

A node is considered operable in terms of NM, if the node participates in the logical ring.



**OSEK/VDX**

Network Management
Concept and Application Programming Interface

**Detection of failures**

Only a node which is expected operable on the network can be recognised failed. The application recognises node failures by comparison to the previous knowledge regarding the target configuration. There are several ways possible by which the application can acquire this knowledge.

    ### the last stable state of the actual configuration

    ### one or several programmed target configuration(s)

    ### the target/actual configuration determined by NM since system start up

The NM recognises its own node failed if it cannot send via the bus or it cannot receive any messages from the bus, i.e. it is no longer operable.

Another node is considered failed, if its NM message is not received or a NM message is received signalling an error state.

**Reaction to a node failure**

The NM of a node detecting a failure cannot distinguish whether the failed node is no longer able to communicate due to a line fault or due to a complete failure, without additional support. Any possible reactions, e.g. change over to redundant physical paths, must be specified together with entire system requirements.

## 2.1.5.3.     Internal Network Management States

The OSEK NM is specified in a hierarchical way. The OSEK-NM can enter the internal **states** listed hereafter:

    ### NMOff           NM is shut off

    ### NMOn           NM is switched on

    ### NMShutDown     Selective shut off of NM entity

**NMOn:**

      ### NMInit          NM initialisation

      ### NMAwake      Active state of the NM

      ### NMBusSleep   NM is in sleep mode

      ### NMActive      NM communication enabled

      ### NMPassive    NM communication disabled

**NMAwake:**

        ### NMReset       The operability of the own node is
                             determined

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### NMNormal — Processing of direct node monitoring
### NMLimpHome — Handling of failure in own node



Figure 5        Simplified state transition diagram of the direct NM.

**Page 15 of 139**

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

## 2.1.6. Operating Modes

The NM does not manage application modes, but exclusively manages NM operating modes. NM distinguishes two main operating modes. The modes of the NM are directly mapped to internal NM states.

**NMAwake (NMActive)**

In NMAwake the node participates in NM communication (logical ring) and monitors all nodes with a NM in NMAwake.

**NMBusSleep**

If a node is in NMBusSleep, it does not participate in NM communication. Depending on the hardware integrated in the networks, nodes can switch into NMBusSleep simultaneously.

The NM provides services for:

### adjustment of NM operation modes, and

### indication of NM operating modes.


## 2.1.7. Network Error Detection and Treatment

Only a limited part of the network activities is "visible" for the NM to detect errors. The status of OSEK-COM can be interrogated.

The problem with error detection is that many errors appear identical from the node's point of view:

### The fact that a node on the network is not transmitting messages may be due to various reasons: it may due to be a control unit which has failed completely, or which has not been installed, the communication module or the bus driver may be defective, bus lines may have been disconnected or the connector may be defective.

### Great interest is attributed to any information which helps detect the cause of an error clearly, so as to enable replacement or repair of the faulty component or to initiate an NMLimpHome.

### Most errors occur in the course of assembly of the network during production and after repairs. If connectors are interchanged or contacts are pushed back, this will have fatal consequences for the network. Lines which are laid incorrectly, e.g. directly along components with sharp edges, can also cause operating malfunctions within the network.

**OSEK/VDX**

### 2.1.8. Support of Diagnostic Application

The NM supports the diagnostic application in the ECU by providing on request:

    ###    status information of OSEK-NM

    ###    configuration information acquired

The NM is not responsible for recording the error history.

## 2.2.  Algorithms and Behaviour

### 2.2.1. Communication of the Network Management System

#### 2.2.1.1.      Network Management Protocol Data Unit

Any NM message contains the NM protocol data unit (NMPDU). The NMPDU defined hereafter represents the OSEK-NM data to be communicated in order to control NM performance.

In order to fulfil all requirements in regard to communication and NM the NMPDU contains the following elements

    ###    NM address field

         -   source Id

         -   destination Id

    ###    NM control field

         -   OpCode

    ###    NM data field [optional]

         -   application specific data

The definition of network addresses is not dealt within OSEK. This parameter is dedicated to specific system design and therefore in the responsibility of the respective system developer.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Address Field | | Control Field | Data Field |
|---|---|---|---|
| Source Id | Dest. Id | OpCode | Data |
| mandatory | | | optional |

|  | res | Ring Message (4 types) |
|---|---|---|
|  |  | Alive Message (2 types) |
|  |  | Limp Home Message (2 types) |

Table 1        NMPDU - the representation of the data is not fixed
               To guarantee the interoperability the data representation and the NMPDU
               encoding and decoding algorithms have to be fixed.

It is necessary to initialise the reserved area of the OpCode for future expansions. Whenever a network management message is received and transmitted after $T_{Typ}$, the reserved part of the OpCode is copied to the transmitted message.



Figure 6        NM actions with the reserved area of the OpCode
                XXX        encoding of NM message types

***Data consistency***

The NM guarantees the data consistency of the NMPDU, e.g. during the reception of a burst of NMPDUs. The overrun of complete NMPDUs is possible.

***NMPDU length***

OSEK does neither fix the length of the NMPDU nor determine whether the data length is static or dynamic. Dynamic means that the length of the user data may change from NM message to NM message without affecting the specified algorithms.

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

## 2.2.1.2. Addressing Mechanisms used by the Network Management

Each node in the network is assigned a global identification known by all nodes within the entire network.

NM communication is performed by directional communication of NM messages using 1:1-connections. The communication sequence complies with the definition of the logical ring in the respective network.

Therefore node addressing mechanisms are used for NM communication. NM protocol data units must include global identifications of source and destination among other data.

These identifications are transferred into address related NM messages. Each node transmits NM messages with its global node identification and addresses the receiver by specifying its global node identification, e.g. in the message header or in the data field.



Figure 7       Encoding/decoding of the NMPDU to/from a message on the bus.

Examples for mapping node identifiers into address-related NM messages are given in the annex.

In order to simplify the handling of that amount of similar communication objects for NM communication OSEK-COM provides the interface of a window communication mechanism at the data link layer interface. The window mechanism is defined by a WindowMask and an IdBase. However, the window mechanism has to be implemented by the respective NM system responsible.



**OSEK/VDX**

Network Management
**Concept and Application Programming Interface**



Figure 8        Transmission and reception of NM protocol data units (NMPDU).

***Hint***

It depends on the system generation functionality whether the parameter DataLength is static and located inside the DLL or whether it is dynamic and located inside NM.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 9      CAN-Example for the transmission and reception mechanisms of a
NMPDU
The CAN identifier consists of two parts:
1) a fixed IdBase
2) some bits of the address field, chosen by a mask

## 2.2.2. NM Infrastructure for Data Exchange

The NM does not monitor the contents of the NMPDU data field. Every received ring message
will be indicated to the application. The data field will be copied immediately into the buffer.
The buffer will be copied into the data field, when the ring message has to be passed to the
logical successor.

*Data consistency*

The NM uses several mechanisms to guarantee the data consistency:

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

- the application can modify the ring data only between the reception of a ring message from the logical predecessor and the emission of the ring message to the logical successor

- The NM allows the access to the ring data only, if the logical ring runs in a stable state. The logical ring runs stable, if the configuration does not change and there is no NM message during the allowed access time of the application to the ring data.



Figure 10     Handling of data exchange between NM and Application

### 2.2.3.  Standard Tasks

#### 2.2.3.1.      Network Management Parameters

All NM parameters introduced in the concept description are known at compile time for a specific implementation and stored in the ROM of all ECUs.



**OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

| NM Parameter | | Definition | Valid Area |
|---|---|---|---|
| ### | NodeId | Relative identification of the node-specific NM messages | local for each node specific |
| ### | $T_{Typ}$ | Typical time interval between two ring messages | global for all nodes |
| ### | $T_{Max}$ | Maximum time interval between two ring messages | global for all nodes |
| ### | $T_{Error}$ | Time interval between two ring messages with NMLimpHome identification | global all nodes |
| ### | $T_{WaitBusSleep}$ | Time the NM waits before transmission in NMBusSleep | global all nodes |
| ### | $T_{Tx}$ | Delay to repeat the transmission request of a NM message if the request was rejected by the DLL | local for each node specific |

Table 2        NM parameters

To ensure the implementation of open and adaptive systems, all parameters of each node should be stored in a non-volatile, however erasable and writeable memory. Thus these can be adapted whenever required, e.g. by a diagnostic node. As regards transfer of parameters, reference is made to a specific download mode which is not dealt with in implementation specific system definitions.

### 2.2.3.2.    Network Status

The NM informs the application on request about the network status it has acquired. The interpretation of these data is system specific and therefore with the application.

OSEK-NM implementation should comply with minimum requirements to memory size which enables representation and storage of the network state, can appear as shown in the next table.

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Network Status | Interpretation | |
|---|---|---|
| ### Present network configuration stable[1] | 0 | No |
| | 1 | Yes |
| ### Operating mode of network interface | 0 | No error[2] |
| | 1 | Error, bus blocked[3] |
| ### Operation modes | 0 | NMPassive |
| | 1 | NMActive |
| | 0 | NMOn |
| | 1 | NMOff |
| | 0 | no NMLimpHome |
| | 1 | NMLimpHome |
| | 0 | no NMBusSleep |
| | 1 | NMBusSleep |
| | 0 | no NMTwbsNormal and no NMTwbsLimpHome |
| | 1 | NMTwbsNormal or NMTwbsLimpHome |
| | 0 | using of Ring Data allowed |
| | 1 | using of Ring Data not allowed |
| | 0 | Service GotoMode(Awake) called |
| | 1 | Service GotoMode(BusSleep) called |

Table 3    Encoding of the network status.
[1] Configuration did not change during the last loop of the NM message in the logical ring
[2] Reception and transmission of NM messages successful
[3] e.g. CAN-busoff

### 2.2.3.3. Extended Network Status

The extended Network status is specific to the user.

 **OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

| Extended Network Status | Interpretation |
|---|---|
| ###   Operating mode of network interface | 00   No error[1]<br>01   Error, communication possible[2]<br>10   Error, Communication not possible[3]<br>11   reserved |
| ###   Number of nodes which participate in the monitoring algorithm "logical ring" | up to the user |
| ###   Number of nodes which signal its limp home | up to the user |
| ###   time since the logical ring is in a stable state | up to the user |
| ###   time since the logical ring is in a dynamic state | up to the user |
| ###   ... | |

Table 4       Example for the encoding of the extended network status.
[1] Reception and transmission of NM messages successful
[2] communication via one wire
[3] e.g. CAN-busoff for a "long" time

## 2.2.4. Configuration Management

Direct node monitoring is based on decentralised configuration management. The respective procedures are described by one state transition diagram. This OSEK algorithm for decentralised configuration management can be used for:

###   regular NM communication, i.e. transmission of ring messages according to the communication sequence

###   exceptional NM communication, i.e. start up and limp home/failure modes

## 2.2.4.1.       Timing Reference

Implementation of decentralised communication management requires several timing criteria to be respected. To the resulting time intervals a relatively high jitter may be applied in the individual nodes.

In order to minimise the negative effect on user software NM must not require any sharp timing criteria in general. The following timing criteria apply with OSEK-NM implementations:

$T_{Typ}$                typical interval between two ring messages on the bus

$T_{Max}$                maximum admissible interval between two ring messages on the bus

---



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| $T_{Error}$ | cycle time in which a node signals that an error has occurred |
| $T_{Tx}$ | delay to repeat the transmission request of a NM message if the preceding request was rejected |

### 2.2.4.2. Monitoring Counter

To determine if a node is operational, the writing path and the reading path of the node should be checked explicitly by the NM.

This is accomplished most easily by indirect mechanisms, using monitoring counters which are incremented or decremented by different events. Their states - contents greater or lesser than the predefined limits - are considered as information pertaining to the node's readiness for operation.

### 2.2.4.3. State transition diagram

From the point of view of the application the basic states of OSEK-NM are

   ###   NMReset

   ###   NMNormal

   ###   NMLimpHome

**NMReset**

In NMReset, the node notifies its presence once in the network. For that purpose the alive message is transmitted. The NM then changes immediately over to NMNormal.

**NMNormal**

In NMNormal the NM tries to pass one ring message cyclically with $T_{Typ}$ from one node to another one. If a node is unable to receive or to transmit any NM messages, it switches over into NMLimpHome.

**NMLimpHome**

In NMLimpHome the NM signals its limp home status by a limp home message cyclically with $T_{Error}$ and repetitively until it is able to transmit its own ring message to the bus and until it is able to receive NM messages of other nodes correctly.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 11      State transition diagram of the NM algorithms for initialisation, start up and monitoring of a network (logical ring and limp home)

*Hints*

-      Time-out $T_{Max}$ in case of ring messages
       **###**      another node in the logical ring has disappeared

-      NMrxcount
       This counter is used to detect a failure at the receive functionality of the NM.

-      NMtxcount
       This counter is used to detect a failure at the transmit functionality of the NM.

-      enter NMLimpHome
       This state is entered, if NMtxcount or NMrxcount is greater than system specific

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

limits (rx_limit, tx_limit). Typical value for rx_limit is 4 and a typical value for tx_limit is 8.

- leave NMLimpHome
  This state is left, if the receive functionality and the transmit functionality is always available for the NM.

- node skipped
  If a node is skipped it transmits asynchronously an alive message.



Figure 12     skipped in the logical ring

- system specific default configuration
  *"I am present at the network and I am my own logical successor"*

- start up of the logical ring
  By entering the state NMNormal every node starts the alarm $T_{Typ}$.

- registration of a node
  Alive messages and ring messages are used to introduce a node in the network.

- delay $T_{Tx}$
  A transmit request can be rejected by the lower communication layer and has to be repeated with a delay.

**OSEK/VDX**

**Network Management
Concept and Application Programming Interface**



Figure 13     Actions during NMNormal in case a NM messages is received "at a time"

During the establishment of the logical ring NM transmits and receives alive messages and ring messages from the network interface.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Starting with a stable NM communication in the logical ring the management of two configuration failures

### dynamic introduction of a "new" node in the NM communication (here: node no. 3)

### failure condition of a node leading to its disappearance from the logical ring (here: node no. 1)

are shown in the figure below.



Figure 14     Regeneration principle of decentralised configuration management as a basis for NM communication in the logical ring

## 2.2.4.4.     Particularities Regarding Implementation

**The emitting of a message is not interruptible**

During normal operation, a ring message must be transmitted or passed with a delay unless another ring message has been received during the delay.

Due to particularities of some asynchronous protocol implementations, this task cannot be executed directly in line with the verbal statement.

In view of node i, there is no way to prevent an external ring message being received which really prohibits the transmission of the node's own ring message between the decision to send the ring message of its own and the actual transmission.

This effect is only critical if the external ring message received is destinated to node i. In this case, two ring messages can be maintained permanently, as exactly the same constellation may occur at the logical successor.

The figure below shows a constellation of ring messages which enables the simultaneous occurrence of two ring messages without specific measures.

# OSEK/VDX

**Network Management**
**Concept and Application Programming Interface**



Figure 15    ring messages from the nodes i and k on an asynchronous bus

$t_1$    The timer $T_{Typ}$ in node i has elapsed and the ring message of node i is released for transmission.
As the bus is busy, this ring message cannot be transferred.

$t_2$    Node i receives the respective ring message from node k.

$t_3$    The ring message of node i is transmitted to the bus.

$t_4$    The ring message of node i was transmitted to the bus successfully.

Node i would really pass the ring message received at $t_2$ with a delay of $T_{Typ}$. However in this case, it would have to terminate the ring message requested at $t_1$ which has not yet been emitted. This is not possible in most cases.

To avoid two simultaneous ring messages occurring at the same time, each node must ignore a ring message addressed to it between the moments $t_1$ and $t_4$.

**Timer Structure in the State "NMNormal"**

The timers $T_{Typ}$ and $T_{Max}$ are started, reset and cancelled for supervision of the NM communication.

The applicability of alarm services SetAlarm and CancelAlarm is assumed (see also section *Requirements to OSEK Operating System*).

|  | $T_{Typ}$ | | $T_{Max}$ | |
|---|---|---|---|---|
|  | **SetAlarm** | **CancelAlarm** | **SetAlarm** | **CancelAlarm** |
| ring message received | - | ✓ | ✓ | ✓ |
| Addressed by ring message or source equal destination | ✓ | | - | |
| ring message transmitted | - | ✓ [1] | ✓ | ✓ |
| Transition from NMReset to NMNormal | ✓ | - | - | - |

Table 5    Timer actions in NMNormal, during various bus actions.
[1] a duplicated ring is avoided (see text below)

**Page 31 of 139**

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

This application fulfils the bus-specific requirement to avoid several ring messages. The table shows the activities of the timers in NMNormal. Individual timer requests are terminated abnormally and/or set as required by the bus activities detected. In this context, [1] is of particular interest. Between the moment when the decision to pass the node's own ring message is made and the moment when it is actually transmitted, any additional request to pass the ring message must be ignored. So, if the request $T_{Typ}$ is cancelled as a precautionary measure whenever its own ring message is transmitted, this task is accomplished with minimum effort.

Processing a timer request only necessitates triggering two actions in NMNormal. Timer $T_{Typ}$ is responsible for passing the ring message, whereas timer $T_{Max}$ monitors the cyclic occurrence of the ring messages; it serves to detect a general configuration error.

|  | $T_{Typ}$ elapses | $T_{Max}$ elapses |
|---|---|---|
| send ring message | ✓ | - |
| go to NMReset | - | ✓ |

Table 6        Main actions which are triggered by an expired timer in NMNormal.

**How are two ring messages prevented**

The NM was specified on the base of a broadcast channel and a serial bus protocol. Therefore every node receives every NM message nearly the same time. NM adjustments are overwritten by a received NM message - NM messages are handled with time priority.

One of the basic principals of the NM is the synonym between a elapsed $T_{Typ}$ alarm and the emission of a regular ring message to a logical successor. The specified algorithms guarantee, that a running $T_{Typ}$ alarm exists always in only one node inside the whole network. A received regular ring message re-triggers in the addressed node (destination of the message) the $T_{Typ}$ alarm and cancels in all other nodes the $T_{Typ}$ alarms.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Node 1 received an regular ring message and set a $T_{Typ}$ Alarm to pass the ring message.

When $T_{Typ}$ elapses, the alarm TMax is set and the regular ring message is prepared to transmit.

After emitting the prepared regular ring message on the bus, the running alarm $T_{Max}$ is re-triggered.



Node 1 received an regular ring message and set a $T_{Typ}$ Alarm to pass the ring message.

When $T_{Typ}$ elapses, the alarm $T_{Max}$ is set and the regular ring message is prepared to transmit.

A regular ring message was received and a $T_{Typ}$ alarm was set while preparing the emission of the regular ring message. The emitted regular ring message retriggers now the $T_{Typ}$ alarm.



Every received regular ring message re-triggers an set $T_{Max}$ alarm.

Figure 16    Examples for mechanisms to synchronise the NM alarms and their effects to the behaviour of the NM

    top       Passing of a ring message during the fixed state of the logical ring.

    middle   Passing of a ring message during the dynamic state of the logical ring - mechanism to avoid two ring messages.

    bottom   Monitoring of ring messages during the fixed state of the logical ring.

## 2.2.5.  Example: Skipped in the logical ring



# OSEK/VDX

**Network Management**
**Concept and Application Programming Interface**

Every node is able to define a temporary logical ring in case of the reception of a ring message to any node in the network. The ring is given by the identifications of the receiver node, the source node of the message and the addressed destination node.



Figure 17

temporary logical ring for the test, whether the receiver node has been skipped

**S**ource ID          Transmitter of the ring message

**D**estination ID     addressed node

**R**eceiver ID        Receiver of the ring message

By arranging the node identifications in a numerical order, one will get:

| | | | | | | |
|---|---|---|---|---|---|---|
| **SDR** | (**S**ource###) | < | (###**D**estination) | < | (**R**eceiver) | ### |
| **RSD** | (**R**eceiver) | < | (**S**ource ###) | < | (###**D**estination) | ### |
| **DRS** | (###**D**estination) | < | (**R**eceiver) | < | (**S**ource ###) | ### |
| **DSR** | (###**D**estination) | < | (**S**ource ###) | < | (**R**eceiver) | skipped |
| **RDS** | (**R**eceiver) | < | (###**D**estination) | < | (**S**ource ###) | skipped |
| **SRD** | (**S**ource ###) | < | (**R**eceiver) | < | (###**D**estination) | skipped |

The receiver node has been skipped in the lower three combinations. An alive message has to be emitted asynchronously by the receiver node.

*Note*

Sometimes it is not necessary to look for skipping at the reception of a ring message.

     S=D          The source node do not know anything about other nodes.

     D=R          The receiver node of the ring message itself was addressed.

     S=R          The receiver node was the sender of the message

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 18

IF-conditions for the test "Was a receiver node skipped by a ring message on the logical ring?"

S  node identification of the source

R  node identification of the receiver

D  node identification of the destination

From two to three IF conditions are necessary.

### 2.2.6.  Example: Logical Successor

The source node of any received NM message could turn to the logical successor of the received node. To find a decision whether the source node is the new logical successor of the receiver node, the receiver node has to look to the receiver identification, the source identification and to the identification of the logical successor.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SLR** | (**S**ource) | < | (**L**og. successor) | < | (**R**eceiver) | new | logical successor |
| **RSL** | (**R**eceiver) | < | (**S**ource) | < | (**L**og. successor) | new | logical successor |
| **LRS** | (**L**og. successor) | < | (**R**eceiver) | < | (**S**ource) | new | logical successor |
| **LSR** | (**L**og. successor) | < | (**S**ource) | < | (**R**eceiver) | ### | |
| **RLS** | (**R**eceiver) | < | (**L**og. successor) | < | (**S**ource) | ### | |
| **SRL** | (**S**ource) | < | (**R**eceiver) | < | (**L**og. successor) | ### | |

The state NMReset initialises the system-related basic configuration. Therefore the values L (Log. successor identification) and R (Receiver identification) are equal. The algorithm has to be initialised: the source of the first received NM message will be the logical successor.

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



igure 19

IF conditions to determine a logical successor

S   node identification of the source

R   node identification of the receiver

L   node identification of the logical successor in the receiver node

From three to four IF conditions are necessary.

***Note***

Of course it is possible to determine the logical successor from the stored present configuration when a ring message has to be emitted.

## 2.2.7. Operating Mode

### 2.2.7.1.      NMActive - NMPassive

In heterogeneous networks, individual nodes can suspend their network communication due to their specific requirements.

Each node owns a *silent mark* which can be set and reset by the application.

| | | | |
|---|---|---|---|
| ### | silent mark set | NMPassive desired | = "1" |
| ### | silent mark cleared | NMActive desired | = "0" |

**OSEK/VDX**

Network Management
Concept and Application Programming Interface



Figure 20      Toggling between NMActive and NMPassive

## 2.2.7.2.      NMBusSleep - NMAwake

The NM controls the access to the communication media on demand of the application. If the application in all nodes do not require the communication media, then the NM changes to the state NMBusSleep.

### Principle for Transition into BusSleep Mode

Each node owns a sleep mark, which can be set and cleared by the application.

| Service | Description | sleep mark |
|---------|-------------|------------|
| GotoMode(BusSleep) | NMBusSleep desired | set |
| GotoMode(Awake) | NMBusSleep not desired | cleared |

Table 7        Services to change between the states NMBusSleep and NMAwake.

The NM maps this sleep mark (e.g. represented by a sleep bit) into each ring message ($\rightarrow$ bit sleep.ind). If a set bit sleep.ind is transmitted, the NM internally changes to the state *NM~PrepBusSleep* (~: Normal or LimpHome).

When the sleep mark is set NM prepares for notified and network wide confirmed sleep mode.

The request for global NMBusSleep is set in a ring message. At each node participating in the logical ring this request for global sleep must be confirmed. The sleep mode initiating node must wait for network-wide confirmation of his request.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

If the NM message has completely looped in the logical ring then the request is confirmed by a ring message with a set bit sleep.ack. The signalling specified by InitIndDeltaStatus is carried out and the transition is performed after a global delay $T_{WaitBusSleep}$. After the successful transmission of the ring message with a set bit sleep.ack, there still can be user messages in the transmit queues. Nodes in the state LimpHome are transmitting limp-home messages delayed by $T_{Error}$. Several limp-home messages can be received in this time period thus a transition in the state NMBusSleep is possible without trouble.

If the NM message has completely looped in the logical ring and the request is not confirmed, a NM message with different content is received or a NM message did not loop completely, the signalling specified by InitIndDeltaStatus cannot be carried out.



Figure 21       Algorithm of the transition: NMNormal ### NMBusSleep

**Note:**
**All nodes are ready to change over into NMBusSleep only if the signalling specified by InitIndDeltaStatus is carried out.**
**Up to that moment, application and NM must operate in its normal mode (i.e. NMNormal). The application still continues with its communication in the network, thus preventing error messages by the asynchronous transition of the nodes into NMBusSleep.**

For transition into *network-wide sleep mode* the following cases are dealt with differently:

    ###   transition from NMNormal into NMBusSleep

    ###   transition form NMLimpHome into NMBusSleep

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

**Transition from NMNormal into Network-wide BusSleep Mode**

The NM is informed about the mode requested by the local function GotoMode(BusSleep). The figures below show the respective definitions.



Figure 22      Algorithm for transition NMNormal ### NMBusSleep

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

**Transition from NMLimpHome into network wide BusSleep Mode**

The function GotoMode(BusSleep) can also be called while NM operates in the mode NMLimpHome. The figure below shows the respective definitions.



Figure 23      Algorithm for transition NMLimpHome ### NMBusSleep

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

**Transition from Network-wide BusSleep Mode to NMAwake**

The state NMBusSleep is left if the service GotoMode(Awake) is called or if any NM message is received, i.e. a communication request exists.

## 2.2.8.  Fusion of Configuration Management and Operating Modes

### 2.2.8.1.    State Diagrams



Figure 24      Simplified state transition diagram of the direct NM
configuration management and operation modes are summarised

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 25    State transition diagram of NMInit

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 26      State transition diagram of NMBusSleep

**Page 43 of 139**

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 27      State transition diagram of NMReset

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 28      State transition diagram of NMNormal

**Page 45 of 139**



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 29    State transition diagram of NMLimpHome

---

 **OSEK/VDX**

## 2.2.8.2.    SDL Diagrams

The specified behaviour is represented by the state transition diagrams. This chapter describes a proposed SDL realisation.

### Hints

The following abbreviations are used:

| | |
|---|---|
| sleep.ind | the bit "sleep.ind" from the actual received or transmitted NM message |
| sleep.ack | the bit "sleep.ack" from the actual received or transmitted NM message |
| networkstatus.bussleep | the bit of the network status<br>"service GotoMode(Awake) called"<br>or<br>"service GoToMode(BusSleep) called" |

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### Start-up of the network



Figure 30      Start-up of the network

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*State NMOn*



Figure 31     Transitions between NMActive and NMPassive, wake up from
NMBusSleep, and bus off event.

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

*State NMNormal*



Figure 32    Actions during the state NMNormal and transitions to leave the state NMNormal

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*State NMNormalPrepSleep*



Figure 33     Actions during the state NMNormalPrepSleep and transitions to leave the
state NMNormalPrepSleep

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*State NMTwbsNormal*



Figure 34      Transitions to leave state NMTwbsNormal

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

*State NMLimpHome*



Figure 35    Actions during the state NMLimpHome and transitions to leave the state
NMLimpHome

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*State NMLimpHomePrepSleep*



Figure 36      NMLimpHomePrepSleep

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*State NMTwbsLimpHome*



Figure 37      Transmissions to leave the state NMTwbsLimpHome

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

*Procedure NormalStandardNM*



Figure 38     Actions during NMNormalStandard

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*DLL transmit rejection, GotoMode(Awake) and GotoMode(BusSleep)*



Figure 39      DLL transmit rejection and GotoMode(Awake/BusSleep)

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

*Indication of Ring Data, Configuration and Status*



Figure 40      Indication of ring date, configuration and network status

### 2.2.9. Alarms inside the Network Management

### 2.2.9.1.      Rules to design the alarms $T_{Typ}$ and $T_{Max}$

The definition of the logical ring requires, that not any alarm $T_{Max}$ may run down, if a ring message is passed delayed with $T_{Typ}$. This derives a requirement to the precision of the alarms inside a networked system (the transmission time of a message and the runtime of the software are not taken into consideration):

$$\left(T_{Max}\right)\Big|_{K} \quad > \quad \left(T_{Typ}\right)\Big|_{J} \qquad K,J \in [0;N-1]$$

## OSEK/VDX

**Network Management**
**Concept and Application Programming Interface**



Figure 41

Effect of the condition

$$\left(T_{Max}\right)\big|_K \quad > \quad \left(T_{Typ}\right)\big|_J$$
$$K,J \in \left[0, N-1\right].$$

condition TRUE:
The Node D recognises the correct running of the logical ring.

condition FALSE:
The node E recognises the failure of another node although the ring is running perfectly.

The failure of a monitored node has to be recognised by all the other nodes inside the logical ring. All nodes have to be in NMNormal again, when the 1st ring message is transmitted after NMReset. This derives a requirement to the precision of the alarms inside a networked system (the transmission time of a message and the runtime of the software are not taken into consideration):



$$\left(T_{Max} + T_{Typ}\right)\big|_K \quad > \quad \left(T_{Max}\right)\big|_J \qquad K,J \in \left[0; N-1\right]$$



Figure 42

Effect of the condition

$$\left(T_{Max} + T_{Typ}\right)\big|_K \quad \overset{!}{>} \quad \left(T_{Max}\right)\big|_J$$
$$K,J \in \left[0, N-1\right].$$

condition FALSE:
The node D does not recognise the failure of the node B.

condition TRUE:
The node C recognises the failure of the node B.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Each of this alarms has to be provided with a tolerance (...$|_{min}$ and ...$|_{max}$) for every node. Inside a network all nodes must meet both requirements:

$$\left(T_{Max}\big|_{min} + T_{Typ}\big|_{min}\right)\Big|_K \quad > \quad \left(T_{Max}\big|_{max}\right)\Big|_J \qquad K,J \in [0; N-1]$$

$$\left(T_{Max}\big|_{min}\right)\Big|_K \quad > \quad \left(T_{Typ}\big|_{max}\right)\Big|_J \qquad K,J \in [0; N-1]$$

### 2.2.9.2.     Rules to design the alarm T$_{Error}$

There does not exist any important requirement for the alarm T$_{Error}$, which should be taken into consideration. A useful value of the alarm T$_{Error}$ is the value of T$_{Typ}$ multiplied by 10. Tolerance calculations are insignificant.

### 2.2.9.3.     Rules to design the alarm T$_{WaitBusSleep}$

After the successful transmission of the ring message with a set bit sleep.ack, there still can be user messages in the transmit queues. Nodes in the state limp-home are transmitting limp-home messages delayed by T$_{Error}$. Several limp-home messages can be received in this time period thus a transition in the state NMBusSleep is possible without trouble.

The timer T$_{WaitBusSleep}$ is defined in addiction to the timer T$_{Error}$. T$_{WaitBusSleep}\big|_{min} \geq$ T$_{Error}\big|_{max}$ should be valid network wide. T$_{WaitBusSleep}$ is selected typically to 1.5 times of T$_{Error}$.

### 2.2.9.4.     Design of a system

System requirements result from the requirements to the single alarms.

recognising a node failure: $\qquad \Delta T_{Max} \quad = T_{Typ}\big|_{min} \; f_S \qquad 0 < f_S < 1$

recognising the logical ring: $\qquad T_{Typ}\big|_{max} = T_{Max}\big|_{min} \; f_R \qquad 0 < f_R < 1$

The tolerances of both alarms should be adapted to each other.

precision: $\qquad \Delta T_{Typ} = \Delta T_{Max} \; f_\Delta$

**OSEK/VDX**

The solution to determine the system requirements is:

$$T_{Typ}\big|_{\max} = T_{Typ}\big|_{\min} \left(1 + f_S f_\Delta\right)$$

$$T_{Max}\big|_{\min} = T_{Typ}\big|_{\min} \frac{1 + f_S f_\Delta}{f_R}$$

$$T_{Max}\big|_{\max} = T_{Typ}\big|_{\min} \left(f_S + \frac{1 + f_S f_\Delta}{f_R}\right)$$

The designer of a system has to fix the values $T_{Typ}\big|_{\min}, f_S, f_R, f_\Delta$ inside the whole network.

### 2.2.9.4.1.   Worst case

The worst case design points out the limit of the logical ring. The tolerances are selected for the perfect running of the logical ring in case of ideal communication system (e.g. the transmission time of a message and the runtime of the software disappears).

recognising a node failure:  $\qquad \Delta T_{Max} = T_{Typ}\big|_{\min} \qquad\qquad \Rightarrow f_S = 1$

recognising the logical ring:  $\qquad T_{Typ}\big|_{\max} = T_{Max}\big|_{\min} \qquad\qquad \Rightarrow f_R = 1$

precision:  $\qquad\qquad\qquad\qquad \Delta T_{Typ} = \Delta T_{Max}\ f_\Delta$

worst case system requirements:  $\qquad T_{Typ}\big|_{\max} = T_{Typ}\big|_{\min} \left(1 + f_\Delta\right)$

$$T_{Max}\big|_{\min} = T_{Typ}\big|_{\min} \left(1 + f_\Delta\right)$$

$$T_{Max}\big|_{\max} = T_{Typ}\big|_{\min} \left(2 + f_\Delta\right)$$



Figure 43

Worst case system design of the alarms inside the NM.

### 2.2.9.4.2.   Example

The designer of the system fixed the values $T_{Typ}\big|_{\min}, f_S, f_R, f_\Delta$ exemplary.

$T_{Typ}\big|_{\min} = 70 ms$  $\qquad\qquad f_S = 0.92$  $\qquad\qquad f_R = 0.5$  $\qquad\qquad f_\Delta = 0.62$

The system wide minimum and maximum values of the alarms $T_{Typ}$ and $T_{Max}$ result from the fixed values $T_{Typ}\big|_{\min}, f_S, f_R, f_\Delta$:

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

$$T_{Typ}\big|_{\max} =110ms \qquad T_{Max}\big|_{\min} =220ms \qquad T_{Max}\big|_{\max} =284ms$$

Every node has to guarantee that their alarms remain inside the fixed limits.

---

**Example: System design**

**TTyp = 70ms ... 110ms**
**TMax = 220ms ... 284ms**

**TError = ... 1s ...**
**TWaitBusSleep = ... 1.5s ...**

---

# 3.    Indirect Network Management

According to system design aspects, direct monitoring of the nodes may be impossible or non-desirable. This could be the case for example for very simple or time-critical applications.

Therefore mechanism of indirect monitoring is introduced. This network management is based on the use of monitored application messages. Therefore indirect monitoring is limited to nodes that periodically send messages in the course of normal operation.

In this case, a node emitting such a periodical message is monitored by one or more other nodes receiving that message. Nodes whose normal functionality is limited to receiving must send a dedicated periodic message in order to be monitored.

## 3.1.  Concept

### 3.1.1. Node Monitoring

Indirect network management uses monitoring of periodic application messages to determine states of nodes connected to the network. It does not make use of dedicated network management messages.

#### 3.1.1.1.        Node states

*Emitter states*

For a given node i, emitter states are used to check that node i, which is supposed to emit information on the bus, is indeed able to transmit.

-    node is not mute    →    specific application message transmitted

---

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

-   node is mute           →     specific application message not transmitted during a
                                  time-out

Node state "mute" can be extended to several state types (see "Extended node states").

*Receiver states*

A given node i monitors a subset of k nodes on the network: node i monitors only **source nodes**, from which it receives cyclic application messages. Therefore, node i will maintain a set of k receivers states, where k is the number of source nodes monitored by node i. Receiver states are used to check that node i, which is supposed to receive information from its k other source nodes, indeed receives information from each of its sources.

-   node is present         →     specific application message received
-   node is absent          →     specific application message not received during a time-
                                   out

Node state "absent" can be extended to several state types (see "Extended node states").


### 3.1.1.2.      Extended Node states

*Extended Emitter states*

-   node is not mute statically      →     specific application message transmitted
-   node is mute statically          →     specific application message not transmitted
                                            during a "long" time (several time-outs)

*Extended Receiver states*

-   node is present statically       →     specific application message received
-   node is absent statically        →     specific application message not received
                                            during a "long" time (several time-outs)


## 3.1.2. Configuration-Management


### 3.1.2.1.      Configuration

The configuration puts together the node states of all the monitored nodes determined by the NM.

*Target Configuration*

The application recognises node failures by comparison of the configuration (determined by the NM) with a target configuration. This target configuration may normally change depending on vehicle operation (e.g. nodes can appear and disappear from the network depending on ignition switch position).



**OSEK/VDX**

Network Management
Concept and Application Programming Interface

*Remark*

The target configuration is not located inside NM. Several target configurations and several masks can be pre-programmed in the application. By using these masks depending on vehicle operation, the application is then able to filter by itself information provided by NM and recognise node failures.

### 3.1.2.2. Extended Configuration

The extended configuration puts together the extended node states of all the monitored nodes determined by the NM.

### 3.1.3. Standard Task

### 3.1.3.1. Network status

The Network status is a set of information relating to local node hardware interface operation and local NM internal operating states.

| Network Status | | Interpretation |
|---|---|---|
| Operating mode of network interface | 0 | No error[1] |
| | 1 | Error, Bus blocked[2] |
| Operation modes | 0 | NMOn |
| | 1 | NMOff |
| | 0 | no NMLimpHome |
| | 1 | NMLimpHome |
| | 0 | no NMBusSleep |
| | 1 | NMBusSleep |
| | 0 | no NMWaitBusSleep |
| | 1 | NMWaitBusSleep |

Table 8       Encoding of the network status
[1] Reception and transmission of application messages successful
[2] e.g. CAN-busoff

### 3.1.3.2. Extended network status

The extended Network status is specific to the user.

 **OSEK/VDX** | **Network Management**
**Concept and Application Programming Interface**

| Network Status | Interpretation |
|---|---|
| Operating mode of network interface | 00  No error[1] |
|  | 01  Error, Communication possible[2] |
|  | 10  Error, Communication not possible[3] |
|  | 11  reserved |
| ... |  |

Table 9     Example of encoding of the extended network status.
[1] Reception and transmission of application messages successful
[2] communication via one wire
[3] e.g. CAN-busoff for a "long" time

## 3.1.4. Monitoring Mechanisms

In order to evaluate node states and network status, Indirect Network Management provides three non-exclusive mechanisms of monitoring.

### A) transmission

Determination of the emitter states by using transmission monitoring scheme: transmission problems are detected by checking local confirmations related to transmissions of a unique periodic application frame chosen among those to be sent. This local confirmation is used to set the emitter states accordingly.

> *Example*
> If a message is correctly transmitted in case of CAN, it is then acknowledged on the bus. If the transmission fails, there is no acknowledgement and after a time-out, node i is considered "mute" by the NM.

### B) reception

Determination of the set of receiver states by using reception monitoring scheme : node i checks the presence of all its source nodes by monitoring the reception of a chosen cyclic frame per each remote source.

If the supervised message of node k is not received at least once by node i before a configurable time-out, node k is then considered absent.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 44      Reception monitoring

*C) status signal*

Determination of Network Interface status by using controller indications from communication Data Link Layer, which itself uses low level controller or driver information.

> *Example*
> If the bus is blocked in case of CAN, controller indicates a "bus off" error to upper layers.

### 3.1.5. Monitoring time-outs

OSEK Indirect NM transmission and reception monitoring is based on two possible time-out monitoring mechanisms.

- all messages are monitored by one global time-out TOB (time-out for observation)

- each message is monitored by its own dedicated time-out.

#### 3.1.5.1.      One global time-out

The global monitoring time-out is located inside NM and is used as a time-window observation.

node present/not mute    at least one message has been transmitted or received from node k during the global time-out (time window observation)

 **OSEK/VDX** | **Network Management**
**Concept and Application Programming Interface**

node absent/ mute        not any message has been transmitted or received from node k
                         during the global time-out (time window observation)

The monitoring time-out has to be adapted to the longest time requirement among all the monitored application messages.

*Hint*

The global time-window observation is handled in the SDL diagrams by a private configuration and a public configuration.

### 3.1.5.2. One monitoring time-out per message

In this case, Indirect NM uses "COM Deadline Monitoring"[1] mechanisms to monitor dedicated application messages. Time-outs are located at Interaction Layer level. NM is informed dynamically by COM each time a message has been correctly transmitted or received, or a time-out has expired for this message.

Each monitoring time-out can be adapted to the time requirements of each monitored application message.

### 3.1.5.3. Internal Network Management States

The OSEK-NM can enter the internal states listed hereafter:

> ###   NMOff                    NM is switched off
>
> ###   NMOn                     NM is switched on

**NMOn:**

> ###   NMBusSleep               NM is in sleep mode
>
> ###   NMAwake                  Active state of the NM

**NMAwake:**

> ###   NMNormal                 Processing of indirect node monitoring
>
> ###   NMLimpHome               Handling of failure in own node
>
> ###   NMWaitBusSleep           Synchronising the network wide jump to the
>                                state BusSleep

---

[1] see paper OSEK/VDX COM current version

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 45      Simplified state transition diagram of the indirect NM.

### NMLimpHome

This state is entered after a failure of the network communication interface, communication not being operational (e.g. Bus-Off failure for CAN).

Node states values (e.g. "node absent") do not switch NM to the state NMLimphome. NM only performs monitoring actions but has no knowledge about the expected target configuration - NM does not know if a missing node is a failure or not.

### NMWaitBusSleep

This state is entered after the demand of the application for entering the BusSleep mode. It is a waiting state preparing for BusSleep mode. During this time, all other nodes have to receive as well the SleepMode command via their application[2].

---

[2] see chapter "User guide"



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### 3.1.6. Operating Modes

The NM does not manage application modes, but exclusively manages NM operating modes. NM distinguishes two main operating modes. The modes of the NM are directly mapped to internal NM states.

**NMAwake**

    In NMAwake the node monitors the selected application messages.

**NMBusSleep**

    If a node is in NMBusSleep, it does not monitor application messages. Depending on the hardware integrated in the networks, nodes can switch into some low power mode.

The NM provides services for:

    ###   selection of NM operation modes, and

    ###   indication of NM operating modes.


## 3.2.   Algorithms and behaviour


### 3.2.1. Configuration Management

The NM supports the configuration and the optional extended configuration management. The extended configuration is specified by monitoring application messages with a "long" time. This "long" time is realised by using counters.

### 3.2.1.1.      Counter management

The states of the extended configuration are determined by decremeting and incrementing[3] specific counters and by comparing the counters with a threshold.

From the point of view of the functionality one of the values is redundant and can be selected statically. Therefore OSEK NM sets the threshold to a constant value.

---

[3] The functions used to increment and decrement shall avoid any overflow and underflow.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 46     Extended configuration illustrated at node k.

Counter behaviour and corresponding states are illustrated by the three following figures.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 47    Extended configuration illustrated at node k in the case of a very transient state of the node - the state "static absent" will not be reached.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 48      Extended configuration illustrated at node k in the case of a permanent state of the node.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 49    Extended configuration illustrated at node k in case of a repetitive state of the node.

OSEK Indirect NM static state detection algorithm is flexible and scaleable. It allows choosing different kinds of detection for static states by setting the parameters DeltaInc and DeltaDec at system generation time.

## 3.2.2. Operating Mode

### 3.2.2.1.    User Guide to handle BusSleep

The NM handles power down modes on demand of the user. Net-wide negotiations are not supported. Master slave and multi master behaviour can be realised by using the given services - GotoMode(Awake) and GotoMode(BusSleep).

*Example: Master - Slave*

The user does reserve one bit in a application message which does the master broadcast to the slaves.

| | |
|---|---|
| bit is set | the master requires the mode NMBusSleep from all slaves |
| bit is cleared | the master does not require the mode NMBusSleep from any slave |

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| application | NMAwake | NMBusSleep |
|---|---|---|
| **in the master** | set the reserved bit and send the corresponding message<br>call GoToMode(BusSleep) after the message has been sent via the bus | call GoToMode(Awake)<br>clear the reserved bit and send the corresponding message |
| **in the slave** | call GoToMode(BusSleep) when receiving the set bit<br>call GoToMode(Awake) when receiving the cleared bit | - |

Table 10      Example of the application behaviour to handle NMAwake and
                      NMBusSleep according to a master slave approach.

***Hint***

The master and the slave behaviours can be supported by a single implementation of the indirect NM.

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### 3.2.3. State Machine in SDL

#### 3.2.3.1.    SDL Model for one global time-out TOB



Figure 50      Handling of the services StartNM and StopNM

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 51     Handling of the events "TOB" and "message received" during state NMNormal

**OSEK/VDX**



Figure 52    Handling of the events "TOB" and "message received" during NMLimpHome



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 53      Handling of a fatal bus error

Figure 54      Initialisation of the configuration

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 55      Initialisation of the NM status

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### 3.2.3.2. SDL Model for one monitoring time-out per message



Figure 56    Handling of the services StartNM, StopNM and InitConfig

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 57    Handling of the events "timeout for message" and "message received"
during state NMNormal

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 58     Handling of the events "timeout for message" and "message received"
during state NMLimpHome

# OSEK/VDX

**Network Management
Concept and Application Programming Interface**



Figure 59      Handling of a fatal bus error

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 60     Handle the transition to the state NMBusSleep

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 61      Handle the transition from NMBusSleep into NMNormal



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 62     Initialisation of the configuration



Figure 63     Initialisation of the NM status

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 64     Decrement and increment procedures for the extended configuration



Figure 65     Decrement and increment procedures for the extended network status

# 4.    System generation and API

## 4.1.   Overview



Figure 66

Syntax of a NM service.

Example:
GetConfig

---



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Service Call | Service Call | dir. NM | ind. NM | ISL ISR | Error Hook | Pre Task Hook | Post Task Hook | Startup Hook | Shutdown Hook | Task Level T a s k | Core or Optional Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Configuration management** | | | | | | | | | | | |
| - Initialisation of static parameter | InitDirectNMParams InitIndirectNMParams | ✓ | ✓ | | | | | | | | OPT |
| - Initialisation of individual configurations masks | InitCMaskTable | ✓ | ✓ | | | | | | | | OPT |
| - Initialisation of individual target configurations | InitTargetConfigTable | ✓ | ✓ | | | | | | | | OPT |
| - Indication of Configuration change | InitIndDeltaConfig | ✓ | ✓ | | | | | | | | OPT |
| - select the indication sensitivity | SelectDeltaConfig | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| - start or restart the configuration management | InitConfig | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| - Make current configuration available | GetConfig | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| - Comparison of two configurations | CmpConfig | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| **Operating mode management** | | | | | | | | | | | |
| - Initialisation of individual status masks | InitSMaskTable | ✓ | ✓ | | | | | | | | OPT |
| - Initialisation of individual target states | InitTargetStatusTable | ✓ | ✓ | | | | | | | | OPT |
| - Indication of Status change | InitIndDeltaStatus | ✓ | ✓ | | | | | | | | OPT |
| - Start of NM, i.e. transition to NM mode 'NMON'. | StartNM | ✓ | ✓ | ✓ | | | | | | ✓ | CORE |
| - Stop of NM, i.e. transition to NM mode 'NMShutDown' and finally to 'NMOff' | StopNM | ✓ | ✓ | ✓ | | | | | | ✓ | CORE |
| - Transition to NM mode 'NMPassive' without network-wide notification | SilentNM | ✓ | | ✓ | | | | | ✓ | ✓ | OPT |
| - Transition to NM mode 'NMActive' after a previous call of SilentNM | TalkNM | ✓ | | ✓ | | | | | ✓ | ✓ | OPT |
| - Transition to a new operating mode (e.g. BusSleep, Awake) | GotoMode | ✓ | ✓ | ✓ | | | | | ✓ | ✓ | OPT |
| - select the indication sensitivity | SelectDeltaStatus | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| - Get status information (network, node) | GetStatus | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| - Comparison of two states | CmpStatus | ✓ | ✓ | ✓ | | | | | | ✓ | OPT |
| **Data Field management** | | | | | | | | | | | |
| - Indication of received data | InitIndRingData | ✓ | | | | | | | | | OPT |
| - Transmit data | TransmitRingData | ✓ | | ✓ | | | | | | ✓ | OPT |
| - Read received data | ReadRingData | ✓ | | ✓ | | | | | | ✓ | OPT |

Table 11   Breakdown of NM API-services into core services and optional services.
✓ Call to the NM service is allowed in this level (Interrupt level ISL, Hook level and Task level)


## 4.2. Conventions for Service Description


### 4.2.1. System Generation

Within OSEK-NM all system objects have to be determined statically by the user (fixed at compile time). There are no system services available to dynamically create system objects.

System objects have to be defined or declared for usage in the application programs' source using specific calls.

 **OSEK/VDX**                    **Network Management**
**Concept and Application Programming Interface**

The design of system objects may require additional specific tools. They enable the user to add or to modify values which have been specified. Consequently, the system generation and the tools are also implementation specific.

### 4.2.2. Type of Calls

System services are called according to the ANSI-C syntax. The implementation is normally a function call, but may also be solved differently, as required by the implementation - for example by C-pre-processor macros.

### 4.2.3. Error Characteristics

All system services return a status to the user. The return status is E_OK if it has been possible to execute the system service without any restrictions. If the system recognises an exceptional condition which restricts execution of any system service, a different status is returned.

If it is possible to exclude some real errors before run time, the run time version may omit checking of these errors. If the only possible return status is E_OK, the implementation is free not to return a status.

To keep the system efficient and fast, OSEK NM does not prevent to test all real errors. OSEK-NM assumes debugged applications, and the correct usage of the system services. It must be expected that undetected errors in the application result in undefined system behaviour.

All return values of a system service are listed under the individual descriptions. The return status distinguishes between the "Standard" and "Extended" status. The "Standard" version fulfils the requirements of a debugged application system as described before. The "Extended" version is considered to support testing of not yet fully debugged applications. It comprises extended error checking compared to the standard version.

The sequence of error checking within the NM module is not specified. If multiple errors occur, the status returned depends on the implementation.

In case of fatal errors, the system service does not return to the application. Fatal error treatment is performed by the operating system.

### 4.2.4. Structure of the Description

The descriptions of NM services are logically grouped. A coherent description is provided for all services of the configuration management, the management of operating modes and data field management.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

The description of each of these logical groups starts with a description of the data types defined for the group. That section is followed by a description of the group specific system generation support and subsequently the run time services are described.

### 4.2.4.1. System Generation Support

The description of system generation actions comprises the following fields:

Name:                        Name of system generation action

Syntax:                      Call interface in C syntax

Parameter (In):              List of all input parameters

Description:                 Explanation of the function

Particularities:             Explanation of restrictions relating to the utilisation

### 4.2.4.2. Service Descriptions

A service description comprises the following fields:

Service name:                Name of NM service

Syntax:                      Interface in ANSI-C syntax. The return value of the service is always of data type StatusType.

Parameter (In):              List of all input parameters.

Parameter (Out):             List of all output parameters. Strictly speaking, transfers via the memory use the memory reference as input parameter and the memory contents as output parameter. To clarify the description, the reference is already specified with the output parameters.

Description:                 Explanation of the functionality of NM service.

Particularities:             Explanation of restrictions related to the use of NM service.

Status:                      List of possible return values.
   Standard:       • List of return values provided in NM standard version.

   Extended:       • List of additional return values in NM extended version.

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

## 4.3.  General Data Types

| General Data Types | Remark |
|---|---|
| NodeIdType | Type for references to several nodes. |
| NetIdType | Type for references to several communication networks. |
| RoutineRefType | Type for references to low level routines |
| EventMaskType | Type for references to event masks. |
| SignallingMode | Unique name defining the mode of signalling. Legal names are: "Activation", "Event". |
| StatusType | Type[4] of returned status information. |
| TaskRefType | References to tasks. |
| TickType | This type represents count values in ticks. |

Table 12      General data types

## 4.4.  Common services

### 4.4.1. Standard Functionality

#### 4.4.1.1.      System Generation Support

In general the system designer has to select a NM which fits to his needs. The selected NM can be scaled and has to be parameterised.

*Example*

The system designer selects an special implementation of the direct NM which guarantees a minimal calculating power demand. He decides to do it without using any scaling features. He concludes by fixing the parameter of the NM.

The services to support the system designer are the reflection of the know-how of a software vendor. The following proposals should give an idea how system generation could be handled.

Name:                    **InitNMType**

Syntax:            InitNMType (       NetIdType <NetId>,
                                       NMType <NMType>

Parameter (In):
     NetId            Addressed communication network

---

[4]      common definition OS, NM and COM - see document "binding" - unsigned char proposed



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| NMType | selected NM (e.g. direct or indirect) |
|---|---|

Description:      *InitNMType* is a directive to select a NM from a given set of NM implementations.

Particularities:      none

Name:      **InitNMScaling**

Syntax:      InitNMScaling (     NetIdType <NetId>,
                       ScalingParamType <ScalingParams>

Parameter (In):
     NetId           Addressed communication network

     ScalingParams    Set of parameter to scale the given NM

Description:      *InitNMScaling* is a directive for scaling the given NM of the referenced net (e.g. the state NMBusSleep is supported or the state NMBusSleep ist not supported).

Particularities:      none

Name:      **SelectHWRoutines**

Syntax:      SelectHWRoutines (     NetIdType <NetId>,
                       RoutineRefType <BusInit>,
                       RoutineRefType <BusAwake>,
                       RoutineRefType <BusSleep>
                       RoutineRefType <BusRestart>
                       RoutineRefType <BusShutDown>

Parameter (In):
     NetId           Addressed communication network

     BusInit         Referenced routine to initialise the bus hardware once at the start of the network.

     BusAwake      Referenced routine to reinitialise the bus hardware to leave the power down mode.

     BusSleep      Referenced routine to initialise the power down mode of the bus hardware.

     BusRestart    Referenced routine to restart the bus hardware in the case of a fatal bus error

**OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

BusShutDown       Referenced routine to shut down the bus hardware

Description:        *SelectHWRoutines* is a directive to select routines from a given set of routines to drive the bus hardware.

Particularities:    none



Figure 67

Routines to initialise, restart and shut down the bus hardware.

The routines depend on the given hardware design and on the behaviour of the NM which the application does require.

## 4.4.2.  Configuration Management

### 4.4.2.1.      Data Types

| NM Data Types | Remark |
|---|---|
| ConfigRefType | This data type represents the reference of a configuration. |
| ConfigKindName | Unique name defining the requested kind of configuration:<br>    "Normal"                        supported by direct and indirect NM<br>    "Normal extended"          only supported by indirect NM<br>    "LimpHome"                  only supported by direct NM. |
| ConfigHandleType | This data type represents a handle to reference values of the type ConfigRefType. |

Table 13       Special data types of the configuration management

### 4.4.2.2.      System Generation Support

Name:                **InitCMaskTable**

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Syntax:          InitCMaskTable (  NetIdType <NetId>,
                                   ConfigKindName <ConfigKind>,
                                   ConfigRefType <CMask>

Parameter (In):
    NetId          Addressed communication network
    ConfigKind     Kind of configuration
    CMask          Configuration mask (list of relevant nodes)

Description:      *InitCMaskTable* is a directive for initialising an element of a
                  table of relevant configuration masks to be used by the
                  signalling of changed configurations.

Particularities:  none

Name:             **InitTargetConfigTable**

Syntax:           InitTargetConfigTable ( NetIdType <NetId>,
                                   ConfigKindName <ConfigKind>,
                                   ConfigRefType <TargetConfig>

Parameter (In):
    NetId          Addressed communication network
    ConfigKind     Kind of configuration
    TargetConfig   Target Configuration

Description:      *InitTargetConfigTable* is a directive for initialising an element of
                  a table of relevant target configurations to be used by the
                  signalling of changed configurations.

Particularities:  none

Name:             **InitIndDeltaConfig**

Syntax:           InitIndDeltaConfig (   NetIdType <NetId>
                                   ConfigKindName <ConfigKind>,
                                   SignallingMode <SMode>,
                                   TaskRefType <TaskId>,
                                   EventMaskType <EMask>)

Parameter (In):
    NetId          Addressed communication network

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| ConfigKind | Kind of configuration |
| SMode | Mode of signalling |
| TaskId | Reference to the task to be signalled |
| EMask | Mask of the events to be set |

Description: *InitIndDeltaConfig* is a directive for specifying the indication of configuration changes. The concerned configuration is specified by <ConfigKind>.

The parameter <SMode> specifies whether task activation (SMode = Activation) or event signalling (SMode = Event) is used for indication.
In case of task activation, <TaskId> contains a reference of the task to be activated if the configuration <ConfigKind> has changed.
In case of event signalling <EMask> specified the event to be set for task <TaskId>, if the configuration <ConfigKind> has changed.

Particularities: none

Name: **InitSMaskTable**

Syntax: InitSMaskTable (   NetIdType <NetId>,
                           StatusRefType <SMask>

Parameter (In):
   NetId      Addressed communication network
   SMask      status mask (list of relevant network states)

Description: *InitSMaskTable* is a directive for initialising an element of a table of relevant status masks to be used by the signalling of changed network states.

Particularities: none

Name: **InitTargetStatusTable**

Syntax: InitTargetStatusTable ( NetIdType <NetId>,
                                StatusRefType <TargetStatus>

Parameter (In):

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

|          |                                          |
|----------|------------------------------------------|
| NetId    | Addressed communication network          |
| TargetStatus | Target network status                |

Description:    *InitTargetStatusTable* is a directive for initialising an element of a table of relevant target network states to be used by the signalling of changed network states.

Particularities:    none

Name:    **InitIndDeltaStatus**

Syntax:    InitIndDeltaStatus (    NetIdType <NetId>
SignallingMode <SMode>,
TaskRefType <TaskId>,
EventMaskType <EMask>)

Parameter (In):
| NetId | Addressed communication network |
|-------|--------------------------------|
| SMode | Mode of signalling |
| TaskId | Reference to the task to be signalled |
| EMask | Mask of the events to be set |

Description:    *InitIndDeltaStatus* is a directive for specifying the indication of status changes.

The parameter <SMode> specifies whether task activation (SMode = Activation) or event signalling (SMode = Event) is used for indication.
In case of task activation, <TaskId> contains a reference of the task to be activated if the status has changed.
In case of event signalling <EMask> specified the event to be set for task <TaskId>, if the status has changed.

Particularities:    none

The extended network status is not supported by the proposed system generation.

### 4.4.2.3.    Services

Service name:    **InitConfig**

Syntax:    StatusType InitConfig ( NetIdType <NetId> )

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

Parameter (In):
    NetId               Addressed communication network

Parameter (Out):

Description:         This service makes the NM to start or restart the configuration management. The service does only work if the NM is in the state NMNormal. The service makes the NM to leave the state NMNormal.

Particularities:

Status:
    Standard:      •  E_OK, no error.
    Extended:      none

Service name:     **GetConfig**

Syntax:           StatusType GetConfig (NetIdType <NetId>
                               ConfigRefType <Config>,
                               ConfigKindName <ConfigKind>)

Parameter (In):
    NetId               Addressed communication network
    ConfigKind     Kind of configuration

Parameter (Out):
    Config           Configuration inquired

Description:         This service provides the actual configuration of the kind specified by <ConfigKind>.

Particularities:     The application must provide the memory to transfer the configuration.

Status:
    Standard:      •  E_OK, no error.
    Extended:      none

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Service name: | **CmpConfig** |
|---|---|

Syntax:  StatusType CmpConfig (    NetIdType <NetId>
ConfigRefType <TestConfig>,
ConfigRefType <RefConfig>,
ConfigRefType <CMask>)

Parameter(In):
    NetId            Addressed communication network

    TestConfig      Test configuration

    RefConfig      Reference configuration

    CMask        List of relevant nodes

Parameter (Out):  none

Description:  The test configuration <TestConfig> is compared to the specified reference configuration <RefConfig> taking account of the mask <CMask>.

The presence of a node in the network is identified within the test configuration and the reference configuration by TRUE. The relevance of the result of the comparison (<TestConfig> EXOR <RefConfig>) of the node within the network is identified within the <CMask> by TRUE.

Status = NOT ( <CMask> AND
              (<TestConfig> EXOR <RefConfig>) )

Example





**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Status:
    Standard:        • TRUE, test condition for specified mask exists.
                     • FALSE, else.
    Extended:        none

Service name:        **SelectDeltaConfig**

Syntax:              StatusType SelectDeltaConfig (  NetIdType <NetId>,
                                 ConfigKindName <ConfigKind>),
                                 ConfigHandleType <ConfigHandle>,
                                 ConfigHandleType <CMaskHandle>

Parameter(In):
    NetId            Addressed communication network
    ConfigKind       Kind of configuration
    ConfigHandle     Referenced target configuration
    CMaskHandle      Referenced configuration mask

Parameter (Out):     none

Description:         A set of predefined parameter is selectable to drive the
                     signalling of changed configurations.

Status:              none

### 4.4.3. Operating Modes and Operating Mode Management

#### 4.4.3.1.        Data Types

| NM Data Types | Remark |
|---|---|
| NMModeName | Unique name defining the NM operational modes. Legal names are: "BusSleep" and "Awake" |
| NetworkStatusType | Type of Network status. |
| StatusHandleType | This data type represents a handle to reference values of the type StatusRefType. |

Table 14       Special data types of the operating mode management



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

### 4.4.3.2.    System Generation Support


### 4.4.3.3.    Services

Service name:          **StartNM**

Syntax:                StatusType StartNM (NetIdType <NetId>)

Parameter (In):
    NetId              Addressed communication network

Parameter (Out):       none

Description:           *StartNM* starts the local network management. This causes the
                       state transition from NMOff to NMOn.

Particularities:       none

Status:
    Standard:       •  E_OK, no error.

    Extended:       •  none


Service name:          **StopNM**

Syntax:                StatusType StopNM (NetIdType <NetId>)

Parameter (In):
    NetId              Addressed communication network

Parameter (Out):       none

Description:           *StopNM* stops the local network management. This causes the
                       state transition from NMOn to NMShutDown and after
                       processing of the shutdown activities to NMOff.

Particularities:       none

Status:
    Standard:       •  E_OK, no error.

    Extended:       •  none


Service name:          **GotoMode**



**OSEK/VDX**

| | |
|---|---|
| Syntax: | StatusType GotoMode ( NetIdType <NetId> NMModeName <NewMode>) |

Parameter (In):

NetId          Addressed communication network

NewMode        NM operating mode to be set (only BusSleep, Awake).

Parameter (Out):   none

Description:    *GotoMode* serves to set the NM operating mode specified by <NewMode>. Operating modes to be set globally are recognised by the local NM and treated accordingly.

> *Note:*
>
> *If a global operating mode has been set, the application - depending on the task specified by InitIndDeltaStatus - is informed accordingly.*

Particularities:   none

Status:
  Standard:   • E_OK, no error

            • Extended:              •              none


Service name:    **GetStatus**

Syntax:        StatusType GetStatus ( NetIdType <NetId>
                      NetworkStatusType <NetworkStatus>)

Parameter (In):
  NetId        Addressed communication network

Parameter (Out):
  NetworkStatus  requested Status of the node

Description:    This service provides the current status of the network.

Particularities:   none

Status:
  Standard:   E_OK, no error.

  Extended:   none

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| Service name: | **CmpStatus** |
| | |
| Syntax: | StatusType CmpStatus ( NetIdType <NetId> StatusRefType <TestStatus>, StatusRefType <RefStatus>, StatusRefType <SMask>) |

Parameter(In):

| | |
|---|---|
| NetId | Addressed communication network |
| TestStatus | Test status |
| RefStatus | Reference status |
| SMask | List of relevant states |

Parameter (Out):   none

Description:   The test status <TestStatus> is compared to the specified reference status <RefStatus> taking account of the mask <SMask>.

Status = NOT ( <SMask> AND
                (<TestStatus> EXOR <RefStatus>) )





Status:

Standard:   • TRUE, test condition for specified mask exists.

• FALSE, else.

Extended:   none



**OSEK/VDX**

Network Management
Concept and Application Programming Interface

Service name:        **SelectDeltaStatus**

Syntax:              StatusType SelectDeltaStatus (   NetIdType <NetId>,
                                              StatusHandleType <StatusHandle>,
                                              StatusHandleType <SMaskHandle>

Parameter(In):
    NetId        Addressed communication network

    StatusHandle    Referenced target network status

    SMaskHandle    Referenced network status mask

Parameter (Out):    none

Description:        A set of predefined parameter is selectable to drive the
                   signalling of changed states.
    Status:        none

## 4.5.  Services for direct NM

### 4.5.1. Standard Functionality

#### 4.5.1.1.       System Generation Support

Name:              **InitDirectNMParams**

Syntax:            InitDirectNMParams (     NetIdType <NetId>,
                                      NodeIdType <NodeId>,
                                      TickType <TimerTyp>,
                                      TickType <TimerMax>,
                                      TickType <TimerError>,
                                      TickType <TimerWaitBusSleep>
                                      TickType <TimerTx>

Parameter (In):
    NetId                Addressed communication network

    NodeId              Relative identification of the node-specific NM messages

    TimerTyp            Typical time interval between two ring messages

    TimerMax            Maximum time interval between two ring messages



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | | |
|---|---|---|
| TimerError | Time interval between two ring messages with NMLimpHome identification |
| TimerWaitBusSleep | Time the NM waits before transmission into the state NMBusSleep |
| TimerTx | Delay to repeat transmission requests |

Description:     *InitDirectNMParams* is a directive for initialising the parameters of the direct NM.

Particularities:     none

### 4.5.2. Operating Modes and Operating Mode Management

### 4.5.2.1.     Services

Service name:          **SilentNM**

Syntax:                    StatusType SilentNM (NetIdType <NetId>)

Parameter (In):
    NetId              Addressed communication network

Parameter (Out):     none

Description:            *SilentNM* disables the communication of the NM. This causes the state transition from NMActive to NMPassive.

Particularities:        none

Status:
    Standard:     • E_OK, no error.
    Extended:     • none

Service name:          **TalkNM**

Syntax:                    StatusType TalkNM (NetIdType <NetId>)

Parameter (In):
    NetId              Addressed communication network

Parameter (Out):     none



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

Description:         *TalkNM* enables the communication of the NM again, after a previous call of *SilentNM*. This causes the state transition from NMPassive to NMActive.

Particularities:      After a call of *StartNM* the NM is always in state NMActive.

Status:
    Standard:    • E_OK, no error.

    Extended:    • none

### 4.5.3. Data Field Management

#### 4.5.3.1.      Data Types

| NM Data Types | Remark |
|---|---|
| RingDataType | Type of the data field in the NMPDU |

Table 15      Special data types of the data field management

#### 4.5.3.2.      System Generation Support

Service name:        **InitIndRingData**

Syntax:         InitIndRingData (      NetIdType <NetId>
                    SignallingMode <SMode>,
                    TaskRefType <TaskId>,
                    EventMaskType <EMask>)

Parameter (In):
    NetId         Addressed communication network

    SMode         Mode of signalling

    TaskId         Reference to the task to be signalled

    EMask         Mask of the events to be set

Description:         *InitIndRingData* is a directive for specifying the indication of received data in the data field of a ring message, which is addressed to this node.

                The parameter <SMode> specifies whether task activation (SMode = Activation) or event signalling (SMode = Event) is used for indication.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

In case of task activation, <TaskId> contains a reference of the task to be activated if the NM received ring data.
In case of event signalling, <EMask> specified the event to be set for task <TaskId> if the NM received ring data.

Particularities:     none

### 4.5.3.3.     Services

Service name:          **ReadRingData**

Syntax:                StatusType ReadRingData ( NetIdType <NetId>
                                               RingDataType <RingData>)

Parameter (In):
    NetId              Addressed communication network

Parameter (Out):
    RingData           Contents of the data field within the Network management that contains the data either received by the last NM message or written to by TransmitRingData

Description:           *ReadRingData* enables the application to read the data that has been received by a ring message.

Particularities:       none.

Status:
    Standard:          • E_OK, no error.

                       • E_NotOK
                         - the NM does not pass a ring message currently
                         - the logical ring does not run in a stable state.

Service name:          **TransmitRingData**

Syntax:                StatusType TransmitRingData (NetIdType <NetId>
                                               RingDataType <RingData>)

Parameter (In):
    RingData           Data which is written to the data field to be transmitted with the next ring message.

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

NetId              Addressed communication network

Parameter (Out):   none

Description:       This service enables the application to transmit data via the
                   ring message.

Particularities:   none

Status:
    Standard:      • E_OK, no error.

                   • E_NotOK
                     - the NM does not pass a ring message currently
                     - the logical ring does not run in a stable state.

## 4.6.  Services for indirect NM

### 4.6.1. Standard functionality

#### 4.6.1.1.    System Generation Support

Name:              **InitIndirectNMParams**

Syntax:            InitIndirectNMParams (   NetIdType <NetId>,
                                 NodeIdType <NodeId>,
                                 TickType <TOB>,
                                 TickType <TimerError>,
                                 TickType <TimerWaitBusSleep>

Parameter (In):
    NetId              Addressed communication network

    NodeId             Relative identification of the node-specific NM messages

    TOB                Time to monitor a subset of nodes.

    TimerError         Time interval before reinitialising the bus hardware after
                       an error which makes the NM shift to LimpHome

    TimerWaitBusSleep  Time the NM waits before transmission in NMBusSleep

Description:       *InitIndirectNMParams* is a directive for initialising the
                   parameters of the indirect NM.



**OSEK/VDX**

Network Management
Concept and Application Programming Interface

Particularities:        none

### 4.6.2. Configuration Mangement

#### 4.6.2.1.        System Generation Support

The determination of the monitored messages which are used by the indirect NM is located and described by the system generation of COM.

Name:                **InitExtNodeMonitoring**

Syntax:              InitExtNodeMonitiring (    NetIdType <NetId>,
                                              NodeIdType <NodeId>,
                                              Int < DeltaInc>
                                              Int < DeltaDec>

Parameter (In):
    NetId            Addressed communication network

    NodeId           Relative identification of the node-specific NM messages

    DeltaInc         Value to increment the node status counter when a message is
                     not received during a given time.

    DeltaDec         Value to decrement the node status counter when a message is
                     received.

Description:         *InitExtNodeMonitoring* is a directive for initialising a set of
                     parameters to monitor one node with an individual time-out.
                     The (redundant) parameter "threshold" is hidden.

Particularities:     none

# 5.    Impacts to OS and to COM

## 5.1.  Error Codes

The NM supports several mechanisms to pass errors inside the NM to the application:

---



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

- return value[5] of the API-services

- indications which are activated by the NM if required configurations or network states are not recognised by the NM

The NM does not support centralised error handling by the application:

- not any error-hook specific to NM

- not a common error-hook used by OS, COM and NM

- services to pass kernel errors to the application are not supported

- the handling of NM kernel errors are up to the implementers

## 5.2.   Common impacts

### 5.2.1.  Requirements to OSEK Communication (OSEK COM)

**D_Init**

From the NM point of view five services to initialise the DLL are needed in general. Parameter are adjusted according to the following examples:

- baud rate

- sample point

- sample algorithm

- synchronisation mechanism

- bit timing

- Sleep Mode of the protocol circuit

- Sleep Mode of the physical layer

- Standby Mode of the physical layer

- operation modes of the protocol circuit

*example*

parameter (in)      NetId              connected bus (not necessary when just one bus is connected)

---

[5] see "Error Codes" inside the document "binding"



**OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

| InitRoutine | BusInit | initialise the bus hardware once at the start of the network |
|---|---|---|
| | BusShutDown | shut down the bus hardware |
| | BusRestart | restart the bus hardware in the case of a fatal bus error |
| | BusSleep | initialise the power down mode of the bus hardware |
| | BusAwake | reinitialise the bus hardware to leave the power down mode |

**D_Status.ind**

Indication of states of the data link layer (software and hardware) according to the following examples:

- errors from the physical layer

- errors from bus monitoring circuits

- errors from the protocol circuit (CAN e.g.: bus off or error active/passive)

- errors from the DLL

- wake-up signal

*example*

| parameter (out) | NetId | connected bus (not necessary when just one bus is connected) |
|---|---|---|
| | status | hardware specific status data |

**D_GetLayerStatus**

Reading the status information of the data link layer according to the following examples:

- interrupt acknowledge to the protocol circuit

- get the status of the protocol circuit, e.g. transmit, receive, overrun, bus off

- get the status of the physical layer, e.g. transmission line error

*example*

| parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
|---|---|---|
| parameter (out) | status | hardware specific status data |

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

## D_Offline

This service allows to block the user transmission via the data link layer at least.

> ***example***
>
> | parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
> |---|---|---|

## D_Online

This service enables the user communication on the data link layer, e.g. after a call of D_Offline.

> ***example***
>
> | parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
> |---|---|---|

The NM calls DLL services at the transition from one state to another state.



Figure 68    Using of DLL services by the NM
left        indirect NM
right      direct NM

## 5.2.2.  Requirements to OSEK Operating System (OSEK OS)

The operating system requirements for implementation of OSEK NM are listed below. The standard services for configuration management, management of operating modes and data field management are available at the lowest conformance class BCC1 of OSEK-OS. This allows the implementation of NM on the basis of OSEK OS class BCC1. Additional features partly require higher conformance classes.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

If NM uses the event triggering mechanism, then this feature is required from the operating system.

The implementation can also be based on a non OSEK OS, which provides at least the functionality of OSEK OS services listed below.

### Alarm services: SetRelAlarm and CancelAlarm

### Task management: GetTaskState, DeclareTask, ActivateTask, TerminateTask and ChainTask.

## 5.3.  Impacts from direct NM

### 5.3.1.  Interface to OSEK Communication (OSEK-COM)

From the NM point of view the NM in a node has to transmit a NMPDU to the bus and has to receive every NMPDU from the NMs in all networked nodes. The structure of the NMPDU is fixed by the NM. However the data representation inside a NMPDU and how to code/decode a NMPDU to a message is out of the scope of the NM. The annex contents proposals to handle these tasks.

| topic | responsible |
|---|---|
| structure of the NMPDU<br><br>*example*<br><br>Address-Field (source and destination)<br>Control-Field (12 message types)<br>optional Data-Field | OSEK NM |
| data representation inside the NMPDU | out of the scope of OSEK NM |
| coding and decoding of a NMPDU to a message | out of the scope of OSEK NM |

Table 16      NMPDU - responsible

In general the interface between NM and the DLL to transmit and receive NMPDUs will be directly influenced by the agreement to fix the data representation inside a NMPDU and the coding/decoding to a message.

Based on the experiences according to the state of the art and the proposals given in the annex an interface between NM and the DLL can be suggested.

**D_DefineWindow**

 **OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

Definition of the encoding/decoding algorithm to broadcast/receive the NMPDU via the bus. This action will be handled by a system generation tool. The system generator is responsible for the selected algorithm.

*example*

| static parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
|---|---|---|
| | WindowMask | mask for filtering NM messages |
| | IdBase | base identification of an NM message |
| | SourceId | identification of the source of the NMPDU |
| | DataLengthTx | number of bytes of the NMPDU to transmit (if data length is static) |
| | DataLengthRx | number of bytes of the NMPDUs to receive (if data length is static) |

## D_Window_Data_req

Service to transmit a NMPDU to the network.

*example*

| parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
|---|---|---|
| | NMPDU | except the source (static see the example D_Define_Window, DataLengthTx) |
| | DataLengthTx | number of bytes of the NMPDU to transmit (if data length is dynamic) |

## D_Window_Data_ind

Service to receive a NMPDU to the network.

*example*

| parameter (in) | NetId | connected bus (not necessary when just one bus is connected) |
|---|---|---|
| parameter (out) | NMPDU | number of bytes referenced by the value DataLengthRx (static see the example D_Define_Window) |
| | DataLengthRx | number of bytes of the NMPDUs to receive (if data length is dynamic) |

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

## 5.4.  Impacts from indirect NM

### 5.4.1.  Interface to OSEK Communication (OSEK-COM)

When a monitored application message is received/transmitted by COM, indirect NM has to be informed. In case of using one dedicated time-out per message monitored, indirect NM has to be informed when a monitoring time-out expires.

For each of these situations the indirect NM needs to know to which NetId and NodeId the monitored message refers. OSEK COM provides this information to NM via a parameter called "Sender", corresponding to a combination of both NetId and NodeId.

Services needed between indirect OSEK-NM and OSEK-COM IAL depend on the selected monitoring scheme (one global time-out / one dedicated time-out per monitored message).

| Interface to OSEK-COM IL | Options | |
|---|---|---|
| | **One global time-out** | **One dedicated time-out per monitored message** |
| I_MessageTransfer.ind | core | core |
| I_MessageTimeOut.ind | | core |

Table 17      Interface of indirect OSEK-NM with OSEK-IAL

**I_MessageTransfer.ind**

Indication from COM that a monitored message has been received from a remote node or that the local monitored message has been transmitted.

parameter (out)          Sender                    combination of NodeId and NetId

**I_MessageTimeOut.ind**

Indication from COM that a time-out at monitoring a message from a remote node has expired or that the time-out at monitoring the local message transmission has expired.

parameter (out)          Sender                    combination of NodeId and NetId

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

## 5.4.1.1.   Mapping NodeId, NetId ⇔ Sender



Figure 69     Encoding and decoding of sender to a NodeId and a NetId by using a
mechanism with a Mask.
(x = don't care, take Message bit; ! = do not take this bit)

**NMDefineNetNodeMapping**

Definition of the algorithm to map a sender to a node and to a net. This action will be handled
by a system generation tool. The system generator is responsible for the selected algorithm.

> *example*

| | | |
|---|---|---|
| static parameter (in) | NetMask | mask for filtering NM messages |
| | NodeMask | mask for filtering NM messages |

**NMNetNodeMapping**

Mapping of a given sender to the corresponding node and the corresponding net.

> *example*

| | | |
|---|---|---|
| parameter (in) | sender | |
| parameter (out) | NodeId | node which corresponds to the referenced identification |
| | NetId | connected bus (not necessary when just one bus is connected) |

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

# 6.    History

| Version | Date | Remarks |
|---------|------|---------|
| 1.00 | 11th Sept. 1995 | initial release |
| | | Authors involved in version 1.00 |
| | | Christoph Hoffmann — Volkswagen AG |
| | | Jürgen Minuth — Daimler-Benz AG |
| | | Josef Krammer — BMW AG |
| | | Jörg Graf — Adam Opel AG |
| | | Karl Joachim Neumann — IIIT, Univ. of Karlsruhe |
| | | François Kaag — PSA Peugeot Citroën |
| 2.00 | 24th Dec. 1996 | |
| 2.10 | 4th April 1997 | Authors involved in Version 2.0 and 2.1 |
| | | Josef Krammer — BMW AG |
| | | Jürgen Minuth — Daimler-Benz AG |
| | | Ansgar Maisch — IIIT, University of Karlsruhe |
| | | Willy Roche — IIIT, University of Karlsruhe |
| | | Christoph Hoffmann — Volkswagen AG |
| | | Olivier Quelenis — Magneti Marelli |
| | | Eric Farges — Renault |
| | | Peter Aberl — Texas Instruments |
| 2.50 preliminary | 31st March 1998 | Authors involved in Version 2.5 |
| | | Josef Krammer — BMW AG |
| | | Dirk John — IIIT, University of Karlsruhe |
| | | Christoph Hoffmann — Volkswagen AG |
| | | Lise Mathieu — Renault |
| | | Jürgen Minuth — Daimler-Benz AG |
| | | Olivier Quelenis — Magneti Marelli |
| | | summary of modifications since Version 2.1 |
| | | - indirect NM: individual time outs per monitored message |
| | | - update system generation services |
| | | - update structure of the document |
| | | - harmonisation of NM services |
| | | - harmonisation interface to COM |
| | | - update state transition diagrams and SDL diagrams |
| 2.50 | 31st May 1998 | editorial overworking of the preliminary version 2.50 |
| 2.51 | 31st May 2000 | Results of the harmonisation |
| | | Authors involved in version 2.51 |
| | | Jürgen Minuth — DaimlerChrysler |
| | | Martin Schütze — Robert Bosch AG |
| | | Dirk Gronemann — Siemens |

# 7.    Annex

## 7.1.   Implementation proposal (direct NM)

| | **OSEK/VDX** | Network Management<br>Concept and Application Programming Interface |
|---|---|---|

## 7.1.1. Overview of Internal Activities

All the internal services of the NM begin with NM. All words of the service name begin with a capital letter.



Figure 70

Syntax of the names of internal NM services.

Example:
NMShutDown

| | | **Activity** | **Core or Optional** |
|---|---|---|---|
| - | Shut-off of NM | **NMOff** | CORE |
| - | Save parameters, store history and shutdown NM | **NMShutDown** | CORE |
| - | Initialise NM and the resources pertaining to it | **NMInit** | CORE |
| - | NM in the state NMBusSleep | **NMBusSleep** | CORE |
| - | NM in the state NMActive | **NMActive** | CORE |
| - | NM in the state NMPassive | **NMPassive** | CORE |
| - | NM in the state NM~Standard | **NM~Standard** | CORE |
| - | NM in the state NM~Active | **NM~Active** | CORE |
| - | NM in the state NM~Passive | **NM~Passive** | CORE |
| - | NM in the state NM~ActivePrepBusSleep | **NM~ActivePrepBusSleep** | CORE |
| - | NM in the state NM~PassivePrepBusSleep | **NM~PassivePrepBusSleep** | CORE |

Table 18    Breakdown of internal NM activities into core services and optional services.
~  Reset, Normal or LimpHome

The state transition diagrams (STD) listed hereafter define system hierarchy and general transition rules for the NM behaviour.

NM activities are performed by calls of the internal activities in the respective states of the STD and identified by the names of these dedicated internal activity. Internal activities are defined verbally in the referenced chapters according to the description of their characteristics.

Consequently, they can be considered as macros which are generated at compile time, using (elementary) services which are defined otherwise.

Thus, there is neither an appropriate C syntax, nor specifications about input / output parameters or status of the internal activity.



Figure 71      Simplified state transition diagram of the direct NM.

# OSEK/VDX

**Network Management
Concept and Application Programming Interface**



Figure 72     NM internal states "NMNormal" or "NMReset" or "NMLimpHome"

## 7.1.2. Specification of Internal Activities

Service name:          **NMOff**

Description:            NM of the node is shut-off.

Particularities:        none

Service name:          **NMShutDown**

Description:            Service for selective shut-off of NM entity. This includes all "clearing-up work" (see below) to be effected by NM.

This service is effected without confirmation throughout the whole network. (see Figure 71)

The tasks of this service comprise:

- Saving NM state incl. the last valid network configuration, operating state, version number (optional, depending on system design).

- Releasing all resources assigned for NM.

- Reset interface module.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMInit** |
| Description: | Service for initialising NM according to NM STD: |
| | - Initialisation of network interface. |
| | - Assignment and initialisation of NM resources. |
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMBusSleep** |
| Description: | The NM module of the node is mode NMBusSleep according to the NM STD  (level 1). |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMActive** |
| Description: | The NM module of the node is mode NMActive according to the NM STD  (level 1). |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMPassive** |
| Description: | The NM module of the node is mode NMPassive according to the NM STD  (level 1). |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |



**OSEK/VDX**

Network Management
Concept and Application Programming Interface

| | |
|---|---|
| Service name: | **NMNormalActivePrepBusSleep** |
| Description: | The NM module of the node is mode NMNormalActivePrepBusSleep according to the NM STD (level 3). |
| | The activities performed are according to the concept of OSEK-NM the notification of a sleep request for the whole network to all nodes in the network and pending for confirmation. |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMLimpHomeActivePrepBusSleep** |
| Description: | The NM module of the node is mode NMLimpHomeActivePrepBusSleep according to the NM STD (level 3). |
| | The activities performed are according to the concept of OSEK-NM the notification of a sleep request for the whole network to all nodes in the network and pending for confirmation. |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMResetActivePrepBusSleep** |
| Description: | The NM module of the node is mode NMResetActivePrepBusSleep according to the NM STD (level 3). |
| | The activities performed are according to the concept of OSEK-NM the notification of a sleep request for the whole network to all nodes in the network and pending for confirmation. |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| Service name: | **NMNormalPassivePrepBusSleep** |
| Description: | The NM module of the node is mode NMNormalPassivePrepBusSleep according to the NM STD (level 3). |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMLimpHomePassivePrepBusSleep** |
| Description: | The NM module of the node is mode NMLimpHomePassivePrepBusSleep according to the NM STD (level 3) |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMResetPassivePrepBusSleep** |
| Description: | The NM module of the node is mode NMResetPassivePrepBusSleep according to the NM STD (level 3) |
| Particularities: | Concrete procedures must be specified by the respective system responsible. |

| | |
|---|---|
| Service name: | **NMNormalActive** |
| Description: | The NM module of the node is mode NMNormalActive according to the NM STD  (level 3). |
| | The procedure performed is to participate in the NM communication according to the logical ring concept and to assess the NMPDU. |
| Particularities: | none |

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| | |
|---|---|
| Service name: | **NMLimpHomeActive** |
| Description: | The NM module of the node is mode NMLimpHomeActive according to the NM STD  (level 3). |
| | The procedure performed is to participate in the NM communication according to the logical ring concept and to assess the NMPDU. |
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMResetActive** |
| Description: | The NM module of the node is mode NMResetActive according to the NM STD  (level 3). |
| | The procedure performed is to participate in the NM communication according to the logical ring concept and to assess the NMPDU. |
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMNormalPassive** |
| Description: | The NM module of the node is mode NMNormalPassive according to the NM STD  (level 3). |
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMLimpHomePassive** |
| Description: | The NM module of the node is mode NMLimpHomePassive according to the NM STD  (level 3). |
| Particularities: | none |

| | |
|---|---|
| Service name: | **NMResetPassive** |
| Description: | The NM module of the node is mode NMResetPassive according to the NM STD  (level 3). |
| Particularities: | none |

**Page 123 of 139**



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Service name: | **NMNormalStandard** |
|---|---|
| Description: | The NM module of the node is mode NMNormalStandard according to the NM STD  (level 3). |
| Particularities: | none |

| Service name: | **NMLimpHomeStandard** |
|---|---|
| Description: | The NM module of the node is mode NMLimpHomeStandard according to the NM STD  (level 3). |
| Particularities: | none |

| Service name: | **NMResetStandard** |
|---|---|
| Description: | The NM module of the node is mode NMResetStandard according to the NM STD  (level 3). |
| Particularities: | none |

### 7.1.3. NMPDU

OSEK implementation of direct node monitoring supports the implementation of NMPDU as listed hereafter.

Additional information for extended NM features, e.g. dedicated enhanced diagnosis support, could be mapped into the data field of the NM message. This is an optional feature in the responsibility of the respective system developer and it depends on the used bus protocol.

**Implementation**

The implementation features

    ###   support of a maximum number of 256 nodes

    ###   demand of 3 Bytes

 **OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

| Addressing Field | | Control Field | Data Field (optional) |
|---|---|---|---|
| 8 bit | 8 bit | 8 bit | specific to the protocol (e.g. CAN) |
| Source Id | Destination Id | OpCode | Data |

Figure 73     Implementation of NMPDU

### 7.1.3.1.     OpCode

| Address Field | | Control Field | Data Field |
|---|---|---|---|
| Source Id | Dest. Id | OpCode | Data |
| mandatory | | | optional |

| Coding Example | Interpretation | |
|---|---|---|
| 0 0 0 0 0 **0 0 1** | Ring Message, cleared Bussleep.ack, cleared Bussleep.ind | 0 |
| 0 0 0 0 0 **1 0 1** | Ring Message, cleared Bussleep.ack, set Bussleep.ind | |
| 0 0 0 0 0 **x 1 1** | Ring Message, set Bussleep.ack | |
| 0 0 0 0 0 **0 1 0** | Alive Message, cleared Bussleep.ind | |
| 0 0 0 0 0 **1 1 0** | Alive Message, set Bussleep.ind | |
| 0 0 0 0 0 **0 0 0** | Limp Home Message, cleared Bussleep.ind | |
| 0 0 0 0 0 **1 0 0** | Limp Home Message, set Bussleep.ind | |

Table 19     NMPDU
The 1st 5 bits of the OpCode are reserved for future extensions. They should be initialised to logical zero. The data field should be initialised to logical zero

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

### 7.1.3.2.    Encoding and decoding

### 7.1.3.2.1.    Addressing Mechanisms

The following set-up is required **for each node** to implement the window mechanism with a broadcast behaviour:

    ###   one node-specific transmit object

    ###   one or more global receive objects (windows) for all node-specific NM messages

Under worst case condition NM has to use a range of message headers for network-wide communication. Such a range of messages can be mapped to one or more window objects. Each window object is identified by the values:

    IdBase                 Base identification of any NM message header.

    WindowMask       Mask for filtering NM messages (acceptance).

***Example for Acceptance Filtering***

    Reception is OK:      IF( Id_of_Frame & WindowMask = = IdBase )

***Example for encoding and decoding of a NMPDU***



Figure 74    Encoding and decoding of the NMPDU to a message by using the window mechanism with IdBase and WindowMask.
(x = don't care, take NMPDU bit; ! = take original bit of IdBase)

The example shows, that the receiving node can determine parts of the NMPDU, e.g. the identification of the transmitting node, from the transmitted frame.

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

### 7.1.3.2.2.    Coherent Allocation of NM message Headers

A simple implementation results if the message headers for NM are selected in a coherent numeric range.

Two integers  n  and  k  must be selected in order to enable straightforward acceptance filtering of NM messages.

Using the constant  n,  $2^n$ (WindowSize) directly addressable nodes are made available. The constant  k  defines the Base of the message header as an integer multiple of the maximum number of directly addressable nodes.

| Node identification | $0 ... 2^n - 1$ |
|---|---|
| IdBase | $k \cdot 2^n$ |
| least message header | $k \cdot 2^n + 0$ |
| greatest message header | $k \cdot 2^n + 2^n - 1$ |

Table 20        Selection of message headers and NodeNumbers

*General Example*

Addressing of 32 separate nodes shall be enabled. The NM message headers have to start with message identifier 600hex. This implies:

| | | | |
|---|---|---|---|
| ### | Selected parameters: | $32 = (2^5)$      ### | n = 5 |
| | 600hex = (48*32) | ###   k = 48. | |
| ### | Node identification | 0 ... 31 dec | |
| ### | Least header (600hex) | 110 0000 0000   bin, | |
| | 110 000 | bin   corresponds to k | |
| ### | Greatest header (61Fhex) | 110 0001 1111   bin | |
| ### | IdBase | 110 0000 0000   bin | |
| ### | WindowMask | 111 1110 0000   bin | |
| | | "1": target | |
| | | "0": don't care | |

*CAN Example*

A NM message containing the NMPDU has to be mapped into diverse bus protocols. The figures below show a CAN realisation example (i.e. max. 256 nodes can be addressed). Because CAN implementations do not allow unique message identifiers used by more than one transmitter, it is essential that all NM messages differ from each another. This can be achieved by e.g. encoding the NM Source Id into the CAN message Id.



# OSEK/VDX

**Network Management**
**Concept and Application Programming Interface**

| CAN Identifier | | DLC | CAN Data Field | | |
|---|---|---|---|---|---|
| 11 (29) bit | | 4 bit | ≤ 64 bit | | |
| | Addressing Field | | | Control Field | Data Field |
| 3 (21) bit | 8 bit | | 8bit | 8bit | 48bit |
| IdBase | Source Id | | Dest. Id | OpCode | Data |
| x | S | 8 | D | x | x |

Figure 75      Structure of NM message in case of CAN (**6 Byte Data Field**).

| CAN Identifier | | DLC | CAN Data Field | |
|---|---|---|---|---|
| 11 (29) bit | | 4 bit | 16 bit | |
| | Addressing Field | | | Control Field |
| 3 (21) bit | 8 bit | | 8bit | 8bit |
| IdBase | Source Id | | Dest. Id | OpCode |
| x | S | 2 | D | x |

Figure 76      Structure of NM message in case of CAN (**without Data Field**).

| CAN Identifier | | | CAN Data Field | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 (29) bit | | | 3 - 8 byte | | | | | | | | | |
| | Address Field | | Control Field | | | | | | | | | Data Field |
| 3 (21) bit | 8 bit | 1 byte | 1 byte | | | | | | | | 1 byte | ≤ 5 byte |
| | Source Id | Dest. Id | OpCode | | | | | | | | | Data |
| | | | x | D hex | 0 | 0 | x | x | x | x | x | x | Ring Messages |
| | | | x | D hex | 1 | 0 | x | x | x | x | x | x | |
| | | | x | D hex | 0 | 1 | x | x | x | x | x | x | |
| | | | x | D hex | 1 | 1 | x | x | x | x | x | x | |
| | | | x | E hex | 0 | 0 | x | x | x | x | x | x | Alive Messages |
| | | | x | E hex | 1 | 0 | x | x | x | x | x | x | |
| | | | x | C hex | 0 | 0 | x | x | x | x | x | x | Limp-Home |
| | | | x | C hex | 1 | 0 | x | x | x | x | x | x | Messages |

Figure 77      Example of the mapping of the NMPDU to a NM message based on CAN -
comparable to the DaimlerChrysler encoding
x   reserved

> *Important Note:*
>
> *In principle, message headers required to implement the window can obviously be assigned in any order.*
> *Selecting the digits n and k according to the principle introduced above, the choice is automatically limited to powers of two and enables straightforward filtering for acceptance in the destination system.*
>
> *In the case of possible dynamic allocations, the window parameters can be coded using two bytes, and can be transmitted with a message.*

**OSEK/VDX**

### 7.1.3.2.3.     Non-coherent Allocation of NM message Headers

If the system design requires distribution - i.e. numerically separate arrangement - of the message headers, they can remain coherent within the software if an appropriate mask is used.

*Example*

Addressing of 32 separate nodes shall be enabled. The NM message headers 400hex to 40Fhex and 600hex to 60Fhex have to be used This implies:

| | | | | |
|---|---|---|---|---|
| ### | Node identification | 0 ... 31  dec | | |
| ### | Least header (400hex) | 100 0000 0000 bin | | |
| ### | Header 40Fhex | 100 0000 1111 bin | | |
| ### | Header 600hex | 110 0000 0000 bin | | |
| ### | Header 60Fhex | 110 0000 1111 bin | | |
| ### | IdBase | 100 0000 0000 bin | | |
| ### | WindowMask | 101 1111 0000 bin | "1": | target |
| | | | "0": | don't care |

### 7.1.3.2.4.     Node Identifications

The local node identifications of NM, and consequently the global node identifications must be allocated uniquely within the entire network.

In accordance with the determinations, numeric values in the range from  0  to  $(2^n - 1)$  are used for this purpose. Group addresses are provided for special applications by the system responsible. It depends on the selected transformation for node identification into message header, whether the local and global node identifications are equal.

| Node Identification | Interpretation |
|---|---|
| 0 | reserved |
| 1 ... 254 | node no. 1  up to  node no. 254 |
| 255 | Group "all nodes" |

Table 21        Determination of node identifications using the **example n=8**

### 7.1.4. Scalability

In most control unit networks with a centralised structure, three node types are distinguished:

- **Function master**
  Clearly defined node which performs all centralised and co-ordination functions.



**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

- **Potential function master**
  In case of failure of the function master, e.g. node breaks down, each of these back-up masters is capable of performing at least some of the master's functions.

- **Function slaves**

The individual nodes may feature broadly varying available computing power for implementation of NM. The decentralised NM can be scaled to save resources (requirements of RAM/ROM and computer time), resulting in two extreme NM types:

- **Max_NM**
  Set of all NM functions according to direct node monitoring.

- **Min_NM**
  Minimum set of required functionality enabling participation in direct node monitoring.

The choice of functions can be adapted to the nodes' performance.

| Task | Max NM | *scaleable* → | Min NM |
|------|--------|---------------|--------|
| Store the present configuration | ### | | - |
| Time-out monitoring to detect faulty node | ### | | - |
| "Re-login" if skipped | ### | | ### |
| Login | ### | | - |
| Determine logical successor | ### | | ### |
| Delayed transmission of NM message according to sequencing rule of the logical ring | ### | | ### |
| Start up of the logical ring | ### | | - |

Table 22    Functionality of the configuration algorithms of Max NM and Min NM

If necessary, the individual node types (Function master ... Function slave) can be supplied with subsets of the decentralised NM.

In a centrally structured network, the group of nodes consisting of function master and potential function masters, can be considered as decently structured with regard to the configuration adjustment within the NM.

The dynamic concept of configuration determination enables integration of any function slaves performing Min NM and of any potential function master into the network.

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

---

*Important Note:*

*For the sake of clarity, the implementation of identical NM modules is required in each node.*
*In other words: the basic scalability of the decentralised NM should only be used in vital, exceptional cases.*

---

## 7.2.   Implementation proposal (indirect NM)

### 7.2.1.  Scalability

According to system designer needs and to computing power performance of nodes (RAM/ROM and computer time), Indirect NM can be scaled in NM types ranging from :

- **Max_NM**
  Set of all NM functions including all extended features.

down to

- **Min_NM**
  Minimum set of required functionality enabling network communication.

| Function | Max NM | *scalable* → | | | Min NM |
|---|---|---|---|---|---|
| Hardware initialisation, restart of hardware after a failure, bus shutdown | ✓ | ✓ | ✓ | ✓ | ✓ |
| Dynamic states monitoring | ✓ | ✓ | ✓ | ✓ | - |
| Static states monitoring | ✓ | - | ✓ | - | - |
| BusSleep | ✓ | ✓ | - | - | - |

Table 23      Example of functionality for different NM types

---

*Important Note:*

*The implementation of identical indirect NM type is not required in each node. Choice of functions to be implemented is let to system designer.*

---

**OSEK/VDX**

Network Management
Concept and Application Programming Interface

## 7.2.2. Implementation hints

### 7.2.2.1.   Choice one global time-out / one monitoring time-out  per message

Implementing node monitoring functionality, the system designer can choose to monitoring schemes:

-   all messages are monitored by one global time-out TOB (time-out for observation)

-   each message is monitored by its own dedicated time-out.

*One global time-out*

-   **Advantage**
    This solution does no require much micro-controller CPU time resource.

-   **Drawback**
    If monitored messages have very different transmission period (for example, one 10ms message from a node and one 500ms message from another), the user has to choose the biggest value for timer TOB to be sure than each message has arrived before time - out expires. The resulting delay on the 10ms message monitoring may be unacceptable if this message is time-critical for the application.

*One time-out per monitored message*

-   **Advantage**
    Each message can be monitored regarding its time-criticity.

-   **Drawback**
    This solution requires more micro-controller CPU time resource.

### 7.2.2.2.   Configuration of extended states detection algorithm

Extended states detection algorithm has to be configured at system generation time. Parameters to be set are:

-   the Threshold value, which is the same for all counters,

-   a DeltaInc (increment of counter) and a DeltaDec (decrement of counter) values per monitored node.

Threshold value is usually set to 255; its value has no impact on the algorithm behaviour. DeltaInc and DeltaDec modify algorithm behaviour.

*Examples*

• If the system designer needs:

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**

- "static states" corresponding to states during a unique $T_{Static}$ time value for every monitored node, although these nodes have different transmission periods and are monitored by different time,

- counters return directly to 0 when static states are left



Figure 78    Extended state example one

| Parameter of node k | Value |
|---|---|
| **DeltaInc** | $\dfrac{Threshold \times TimeOut_k}{T_{Static}}$ |
| **DeltaDec** | Threshold |

Table 24    Calculation of DeltaInc and DeltaDec according example one
TimeOut$_k$: monitoring time-out for node k

- If the system designer needs :

- "static states" corresponding to states during a unique $T_{Static}$ time value for every monitored node, although these nodes have different transmission periods and are monitored by different time-outs,

- counters keeping track of node states during a $T_{Erase}$ time value after static states are left

**OSEK/VDX**

**Network Management**
**Concept and Application Programming Interface**



Figure 79      Extended state example two

| Parameter for node k | Value |
|:---:|:---:|
| **DeltaInc** | $\dfrac{\text{Threshold} \times \text{TimeOut}_k}{T_{\text{Static}}}$ |
| **DeltaDec** | $\dfrac{\text{Threshold} \cdot T_k}{T_{\text{Erase}}}$ |

Table 25      Calculation of DeltaInc and DeltaDec according example one
$\text{TimeOut}_k$: monitoring time-out for node k
$T_k$: period of the supervised message received from node k

### 7.2.3. Summary of SDL state diagram graphical notation

The SDL graphical symbols used in the specification of the indirect network management state machine are described below:

**OSEK/VDX**

Network Management
Concept and Application Programming Interface



Figure 80        Summary of SDL state diagram graphical notation

## 7.3.  Outlook

The mapping of a NMPDU into a CAN message is on the way to be confirmed among the vehicle manufacturers. Future requirements are visible, first steps to meet them were done:

- *Sub-net operating*
  selective wake-up/go-to sleep via the bus lines
  → a subset of nodes is active
  → a subset of nodes is in a low power mode

- *Gateway support*
  → monitoring of nodes across several networks
  → negotiated operating modes across several networks



**OSEK/VDX**

- *Standardised Data Representation*
  → NMPDU inside a CAN message
  → Network states
  → simple certification

- *API*
  → adding of service-prefix to simplify the readability
  → negotiated operating modes across several networks
  → optimised return value
  → support sub-net operationg e. g. by LogOff and LogOn

- *Station Management*
  → e. g. algorithms specific to the application to handle a CAN bus-off


# 8.   Index

List of all network management services, data types and internal activities.

CmpConfig  97

CmpStatus  101

ConfigHandleType  92

ConfigKindName  92

ConfigRefType  92

EventMaskType  90

GetConfig  96

GetStatus  100

GotoMode  99

InitCMaskTable  92

InitConfig  95

InitDirectNMParams  102, 106

InitExtNodeMonitoring  107

InitIndDeltaConfig  93

InitIndDeltaStatus  95

InitIndRingData  104

InitNMScaling  91

InitNMType  90

InitSMaskTable  94

InitTargetConfigTable  93

InitTargetStatusTable  94

NetIdType  90

NetworkStatusType  98

NMActive  119

NMBusSleep  119

NMInit  119

NMLimpHomeActive  122

NMLimpHomeActivePrepBusSleep  120

NMLimpHomePassive  122

NMLimpHomePassivePrepBusSleep  121

NMLimpHomeStandard  123

NMModeName  98

NMNormalActive  121

NMNormalActivePrepBusSleep  120

NMNormalPassive  122

NMNormalPassivePrepBusSleep  121

NMNormalStandard  123

NMOff  118

NMPassive  119

NMResetActive  122

NMResetActivePrepBusSleep  120

NMResetPassive  122

NMResetPassivePrepBusSleep  121

NMResetStandard  123

NMShutDown  118

NodeIdType  90

ReadRingData  105

RingDataType  104

 **OSEK/VDX**

**Network Management
Concept and Application Programming Interface**

RoutineRefType  90

SelectDeltaConfig  98

SelectDeltaStatus  102

SelectHWRoutines  91

SignallingMode  90

SilentNM  103

StartNM  99

StatusHandleType  98

StatusType  90

StopNM  99

TalkNM  103

TaskRefType  90

TickType  90

TransmitRingData  105