

Andrew E. Russell
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

March 14, 2022

**BY CM/ECF**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
601 Market Street, Room 3809
Philadelphia, PA 19106

Re:   *Stragent, LLC v. BMW of North America, LLC*, C.A. No. 20-510-JDW (D. Del.)

Dear Judge Wolson:

Pursuant to the Scheduling Order entered in the above cases, Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW")[1] write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel per party, participated in a meet-and-confer by telephone on March 1, 2022:

        Counsel for Stragent
        Delaware Counsel:   George Pazuniak, O'Kelly & O'Rourke LLC

        Counsel for BMW
        Delaware Counsel:   Andrew Russell, Shaw Keller LLP
        Lead Counsel:          Lionel Lavenue, Joseph Myles, and Deanna Smiley,
                                  Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

The disputes requiring judicial attention are listed below:

1.   Stragent's production of a privilege log regarding pre-complaint materials.

We respectfully request that the Court set a discovery teleconference for resolution of these issues.

                                      Respectfully,

                                        */s/ Andrew E. Russell*

                                        Andrew E. Russell (No. 5382)

cc:   Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and email)

---

[1] Plaintiff Stragent LLC agreed during the parties' meet-and-confer that it is time to present this dispute to the Court, but declined to join the discovery dispute letter at this time.