# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,**  *Plaintiff*,  v.  **BMW OF NORTH AMERICA, LLC, et al.,**  *Defendants*. | Case No. 1:20-cv-00510-JDW |

## ORDER

**AND NOW**, this 17th day of March, 2022, it is **ORDERED** that the *Markman* hearing, currently scheduled in this matter for March 21, 2022 at 9:00 a.m., is **CANCELED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.