

Andrew E. Russell
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

March 25, 2022

**BY CM/ECF**
The Honorable Joshua D. Wolson
United States District Court for the Eastern District of Pennsylvania
601 Market Street, Room 3809
Philadelphia, PA 19106

      Re: *Stragent, LLC v. BMW of North America, LLC, et al.,*
            C.A. No. 20-510-JDW (D. Del.)

Dear Judge Wolson:

    Pursuant to the Scheduling Order entered in the above cases, Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW") writes to request the scheduling of a discovery teleconference in the above-referenced matter.

    The following attorneys, including at least one Delaware Counsel per party, participated in a meet-and-confer by telephone on March 23, 2022:

        <u>Counsel for Stragent</u>
        Delaware Counsel:   George Pazuniak, O'Kelly & O'Rourke LLC

        <u>Counsel for BMW</u>
        Delaware Counsel:   Andrew Russell, Shaw Keller LLP
        Lead Counsel:          Lionel Lavenue, Joseph Myles, and Deanna Smiley,
                                 Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

The disputes requiring judicial attention are listed below:

    1.    Stragent's refusal to produce documents requested in BMW's First Set of Requests for Production.

    We respectfully request that the Court set a discovery teleconference for resolution of this issue.[1]

---

[1] BMW filed a previous discovery dispute letter on March 14, 2022, requesting that the Court set a hearing on a separate discovery dispute relating to privilege logs, which remains pending. Both issues could be combined into a single discovery dispute teleconference if that would be more convenient for the Court.

SHAW KELLER LLP
The Honorable Joshua D. Wolson
Page 2

                                           Respectfully,

                                           */s/ Andrew E. Russell*

                                           Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and email)