**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **STRAGENT, LLC,** | |
| *Plaintiff,* | **Case No. 1:20-cv-00510-JDW** |
| v. | |
| **BMW OF NORTH AMERICA, LLC, et al.,** | |
| *Defendants.* | |
| **STRAGENT, LLC,** | |
| *Plaintiff,* | **Case No. 1:20-cv-00511-JDW** |
| v. | |
| **MERCEDES-BENZ USA, LLC, et al.,** | |
| *Defendants.* | |
| **STRAGENT, LLC,** | |
| *Plaintiff,* | **Case No. 1:22-cv-00293-JDW** |
| v. | |
| **VOLVO CAR USA, LLC,** | |
| *Defendant.* | |

**ORDER**

**AND NOW**, this 28th day of March, 2022, following a conference call with counsel for the Parties, it is **ORDERED** as follows:

1.       On or before April 1, 2022, Plaintiff Stragent, LLC shall resubmit its technology tutorial to the Court via email to chambers_of_judge_wolson@paed.uscourts.gov;

2.      The Parties shall meet and confer regarding the need for a revised schedule in this matter.  On or before April 1, 2022, Stragent, BMW of North America, LLC, BMW Manufacturing Co., LLC, Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America, LLC, and Daimler North America Corporation shall submit to the Court via email, a proposed, revised schedule for this matter.  If the Parties cannot agree on a revised schedule, then they shall each set forth their competing proposals to the Court for resolution.  At the same time, Defendant Volvo Car USA, LLC shall either (a) join the Parties' proposed schedule or (b) submit a separate letter to Chambers via email, explaining why the case against Volvo should proceed on an alternate case management schedule;

3.      On or before April 15, 2022, Stragent shall produce a privilege log to BMW for any documents that it has withheld based on privilege;

4.      On or before April 15, 2022, Stragent shall serve amended answers to BMW's document request nos. 30, 54, & 55; and

5.      A brief technology tutorial and the *Markman* hearing will be held on June 29, 2022, at 9:30 a.m. in Courtroom 3B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.