IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-510-JDW |
| | ) |
| BMW OF NORTH AMERICA, LLC and | ) |
| BMW MANUFACTURING CO., LLC, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| STRAGENT, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-511-JDW |
| | ) |
| MERCEDES-BENZ USA, LLC; | ) |
| MERCEDES-BENZ VANS, LLC; | ) |
| DAIMLER TRUCKS NORTH AMERICA | ) |
| LLC; and DAIMLER NORTH AMERICA | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-293-JDW |
| | ) |
| VOLVO CAR USA, LLC, | ) |
| | ) |
| Defendant. | ) |

1

## JOINT STIPLATION AND [ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a proposed revised schedule pursuant to the Court's Order of March 28, 2022 (D.I. 85 in C.A. No. 20-510-JDW) is extended through and including April 5, 2022

By: /s/ Sean O'Kelly
George Pazuniak (No. 478)
Sean T. O'Kelly (No. 4349)
O'KELLY & O'ROURKE, LLC
824 N. Market St.
Suite 1001A
Wilmington, DE 19801
207-359-8576
gp@del-iplaw.com

*Attorney for Plaintiff Stragent, LLC*

By: /s/ Nathan Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC*

By: /s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT, LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
(302) 999-1540

*Attorneys for Defendant Volvo Car USA, LLC*

By: /s/ Jack Blumenfeld
Jack B. Blumenfeld (No. 1014)
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com

*Attorney for Defendants Mercedes-Benz USA, LLC, Mercedes-Benz Vans, LLC, Daimler Trucks North America LLC, and Daimler North America Corporation*

Dated: April 1, 2022

    **All future requests for extensions, whether by stipulation or motion, must comply with Judge Wolson's Policies and Procedures.**

    SO ORDERED this __4th__ day of __April__, 2022.

                                                    /s/ Joshua D. Wolson
                                                  United States District Judge