# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,** *Plaintiff*, v. **BMW OF NORTH AMERICA, LLC, et al.,** *Defendants*. | Case No. 1:20-cv-00510-JDW |
| **STRAGENT, LLC,** *Plaintiff*, v. **MERCEDES-BENZ USA, LLC, et al.,** *Defendants*. | Case No. 1:20-cv-00511-JDW |
| **STRAGENT, LLC,** *Plaintiff*, v. **VOLVO CAR USA, LLC,** *Defendant*. | Case No. 1:22-cv-00293-JDW |

## ORDER

**AND NOW**, this 11th day of April, 2022, following a conference call with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16, it is **ORDERED** as follows:

1. Within fourteen (14) days of this Order, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter

to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, that identifies the dates that will be set aside for these depositions;

2. Any motions to amend the Complaint in *Stragent, LLC v. Volvo Car USA, LLC*, Case No. 1:22-cv-00293-JDW and to join or add additional parties shall be filed on or before May 23, 2022;

3. Plaintiff's final infringement contentions are due 60 days after the Court's claim construction order;

4. Defendants' final invalidity contentions are due 60 days after service of Plaintiff's final infringement contentions;

5. The Parties shall complete all fact discovery by December 21, 2022;

6. Affirmative expert reports, if any, are due by February 16, 2023;

7. Rebuttal expert reports, if any, are due by March 13, 2023;

8. Reply expert reports, if any, are due by April 3, 2023;

9. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged;

10. The Parties shall complete all expert discovery by April 17, 2023;

11. Motions for summary judgment, if any, shall be filed by April 24, 2023. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Wolson's Policies and Procedures and in accordance with the Court's Local Rules of Civil Procedure; and

12. Counsel for all Parties shall refer to Judge Wolson's Policies and Procedures regarding all matters of discovery and correspondence with the Court.

3

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.