# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,** *Plaintiff*, v. **BMW OF NORTH AMERICA, LLC, et al.,** *Defendants*. | Case No. 1:20-cv-00510-JDW |

## ORDER

**AND NOW**, this 11th day of April, 2022, it is **ORDERED** that the deadlines set forth in Paragraphs 8, 17, 19, & 22 of the Court's prior Scheduling Order (D.I. 43) are **VACATED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.