IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:20-cv-00510-JDW |

**STRAGENT'S MOTION FOR ISSUANCE OF A HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

In view of the recently enacted changes to the laws of the Federal Republic of Germany, Plaintiff Stragent, LLC ("Stragent") hereby respectfully moves the Court for an Order in the form attached hereto ordering the issuance of a Hague Convention Request For International Judicial Assistance Pursuant To The Hague Convention On The Taking Of Evidence Abroad In Civil Or Commercial Matters, pursuant to 28 U.S.C. § 1781(b), Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555 ("Request").

The proposed form of the Request is attached hereto as Exhibit B (the copies of the First Amended Complaint and its translation are not included to avoid unnecessary bulk).

The Request is supported by Stragent's memorandum of law being concurrently filed and the Declaration of George Pazuniak being concurrently filed.

A proposed form of Order is attached.

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff Stragent, LLC.*