IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-510-JDW |
| | ) |
| BMW OF NORTH AMERICA, LLC, and | ) |
| BMW MANUFACTURING CO., LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JOSEPH M. MYLES IN SUPPORT OF
BMW'S OPPOSITION TO STRAGENT'S MOTION FOR ISSUANCE OF
<u>LETTERS OF REQUEST</u>**

OF COUNSEL:
Lionel M. Lavenue
Deanna C. Smiley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
(571) 203-2700

R. Benjamin Cassady
Joseph M. Myles
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

Dated: July 26, 2022

I, JOSEPH M. MYLES, declare as follows:

1. I am over eighteen (18) years of age and am competent to make this declaration. I am an attorney licensed to practice in the District of Columbia and an Associate with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for BMW of North America, LLC and BMW Manufacturing Co., LLC in the above-captioned case. I provide this declaration in support of BMW's Opposition to Stragent's Motion for Issuance of Letters of Request. The matters stated herein are based upon my personal knowledge, and, if called to testify as a witness in this matter, I could and would testify competently and truthfully to each of the statements made in this declaration under oath.

## IDENTIFICATION OF EXHIBITS

2. Attached here as **Exhibit 1** is a true and correct copy of an excerpt of Germany's Law to Execute the Hague Convention of November 15, 1965 on the Service of Judicial and Extrajudicial Documents Abroad in Civil or Commercial Matters and the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters 22 December 1977 (BGBl. I p. 3105) last amended by Article 3 of the Law to Change Regulations in the Field of International Private and Civil Procedure Law of June 11, 2017 (Federal Law Gazette I p. 1607), which I downloaded from https://www.justiz.nrw.de/Bibliothek/ir_online_db/ir_htm/65_70_ausfuehrungsgesetz.htm on July 16, 2022. Note that the highlighting in Exhibit 1 is added, and irrelevant material is excerpted or redacted from the exhibit in white. A translation of Exhibit 1 is included in Exhibit 7.

3. Attached here as **Exhibit 2** is a true and correct copy of an excerpt of Germany's Draft Bill and Memorandum 20/1110, dated March 21, 2022. Note that the highlighting in

Exhibit 2 is added, and irrelevant material is excerpted or redacted from the exhibit in white. A translation of Exhibit 2 is included in Exhibit 7.

   4.  Attached here as **Exhibit 3** is a true and correct copy of an excerpt of Germany's Draft Bill 225/22, dated May 22, 2022. Note that the highlighting in Exhibit 3 is added, and irrelevant material is excerpted or redacted from the exhibit in white. A translation of Exhibit 3 is included in Exhibit 7.

   5.  Attached here as **Exhibit 4** is a true and correct copy of the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

   6.  Attached here as **Exhibit 5** is a true and correct copy of the article "All You Need to Know About Deposing Witnesses in Germany," which I downloaded from https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjX8_fKiYb5AhXCEGIAHW_dArMQFnoECAQQAQ&url=https%3A%2F%2Fwww.willkie.com%2F-%2Fmedia%2Ffiles%2Fpublications%2F2021%2F11%2Fallyouneedtoknowaboutdeposingwitnessesingermany.pdf&usg=AOvVaw3i-FeMM8hDV-wFhRyyZV0r on July 19, 2022.

   7.  Attached here as **Exhibit 6** is a true and correct copy of an excerpt of the German Code of Civil Procedure which I downloaded from https://www.gesetze-im-internet.de/englisch_zpo/englisch_zpo.html on July 16, 2022. Note that Exhibit 6 is excerpted.

   8.  Attached here as **Exhibit 7** is a certified translation from German to English of the highlighted portions of exhibits 1–3, under L.R. 7.1.3(d).

Dated: July 26, 2022          Respectfully submitted,

         By: */s/ Joseph M. Myles*
         Joseph M. Myles
         FINNEGAN, HENDERSON, FARABOW,
          GARRETT & DUNNER, LLP
         901 New York Avenue, NW
         Washington, DC  20001
         (202) 408-4000