IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, and BMW MANUFACTURING CO., LLC,<br><br>        Defendants. | Civil Action No. 1:20-cv-00510-JDW |

**STRAGENT'S MOTION TO COMPEL DISCOVERY**

Pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, Plaintiff Stragent, LLC ("Stragent") respectfully moves the Court to compel Defendants BMW Of North America, LLC, and BMW Manufacturing Co., LLC ("BMW") to search for and produce documents within the scope of Stragent's Document Requests Nos. 37- 41.  The Document Requests and BMW's responses are attached as Exhibit 1.   A proposed form of Order is also attached.

In accordance with Local Rule 26.1(b), the Document Requests which are the subject of the present Motion are set forth below.  BMW has not produced any documents responsive to these Requests:

> 37.    Each and every email or other electronic message between July 1, 2017 and the present written by or on behalf of one or more of the Defendants, or directed to one or more of the Defendants, that contains the term "Autosar" in the title or body of the email.

> 38.    Each and every report or document between July 1, 2017 and the present written by or on behalf of one or more of the Defendants, or directed to one or more of the Defendants, that contains the term "Autosar" in the title or body of the report or document.

39. Each and every or other electronic message between July 1, 2017 and the present written by or on behalf of one or more of the Defendants, or directed to one or more of the Defendants, that contains the term "basic software module" or "BSW" in the title or body of the email.

40. Each and every report or document between July 1, 2017 and the present written by or on behalf of one or more of the Defendants, or directed to one or more of the Defendants, that contains the term "basic software module" or "BSW" in the title or body of the report or document.

41. Each and every non-public document between July 1, 2017 and the present that refers to one or more electronic control units in any automotive vehicle identified as infringing in the First Supplemental Complaint.

42. Such documents as will identify all the electronic control units in each distinct model of car listed in the identified as infringing in the First Supplemental Complaint

In accordance with Local Rule 26.1(f), the undersigned counsel certifies that Stragent has written repeated emails to BMW and the parties conferred by a teleconference on August 3, 2022, followed by another email from Stragent to BMW. Stragent's last email is attached as Exhibit 2.

The basis for the Motion is set forth in the concurrently filed Memorandum Of Law In Support Of Stragent's Motion To Compel Discovery. For the reasons stated therein, Stragent respectfully requests that the Court grant this motion to compel discovery.

Respectfully Submitted,

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff Stragent, LLC.*