IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-510-JDW |
| | ) |
| BMW OF NORTH AMERICA, LLC, and | ) |
| BMW MANUFACTURING CO., LLC, | ) |
| | ) |
| Defendants. | ) |

**BMW OF NORTH AMERICA, LLC'S AND BMW MANUFACTURING CO., LLC'S MOTION TO STRIKE IN PART AND COMPEL IN PART INFRINGEMENT CONTENTIONS**

Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC ("BMW") respectfully move to compel Plaintiff to produce final infringement contentions that cure the deficiencies in its infringement contentions. The grounds for this motion are set forth in BMW's Memorandum of Law submitted herewith, and in the attached proposed order.

Counsel for BMW certifies that, pursuant to Local Rule 7.1.1, a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in this motion and the associated briefing, including via a verbal meet-and-confer involving Delaware counsel for both parties. Specifically, the parties discussed the motion via a number of e-mails, and then participated in a telephonic meet-and-confer on October 25, 2022 with George Pazuniak in attendance for Stragent, and with Lionel Lavenue, Matthew Berntsen, Joseph Myles, and Andrew Russell in attendance for BMW. The parties discussed the points set forth in BMW's motion, but were unable to reach agreement.

WHEREFORE, BMW respectfully requests that the Court grant this motion and enter the attached proposed order.

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Andrew E. Russell* |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Lionel M. Lavenue | Nathan R. Hoeschen (No. 6232) |
| Deanna C. Smiley | SHAW KELLER LLP |
| FINNEGAN, HENDERSON, FARABOW, | I.M. Pei Building |
|  GARRETT & DUNNER, LLP | 1105 North Market Street, 12th Floor |
| 1875 Explorer Street, Suite 800 | Wilmington, DE 19801 |
| Reston, VA 20190 | (302) 298-0700 |
| (571) 203-2700 | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
| R. Benjamin Cassady | nhoeschen@shawkeller.com |
| Joseph M. Myles | *Attorneys for Defendants* |
| Alissa E. Green |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|  GARRETT & DUNNER, LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC  20001 |  |
| (202) 408-4000 |  |
|  |  |
| Matthew C. Berntsen |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|  GARRETT & DUNNER, LLP |  |
| Two Seaport Lane |  |
| Boston, MA 02210-2001 |  |
| (617) 646-1600 |  |

Dated: October 26, 2022