IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br><br>        Defendants. | Civil Action No. 1:20-cv-00510-JDW |

## STRAGENT LLC'S MOTION TO STAY THE PROCEEDINGS

Plaintiff Stragent LLC ("Stragent") hereby respectfully moves the Court for an Order ordering a stay of the present case against Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC (collectively "BMW NA") until lifted by the Court, and for the parties to provide a joint status report to the Court within 60 days of service under the Hague Convention on BMW AG of the complaint in *Stragent, LLC v. Bayerische Motoren Werke AG*, No. 1:23-cv-00005, D.I. 1 (D. Del. Jan. 2, 2023), said report to detail efforts to obtain the discovery from BMW AG of the technical details of the accused products that Stragent has been unable to obtain from BMW NA.  The grounds for this motion are fully set forth in Stragent's opening brief, filed herewith.

WHEREFORE, Stragent respectfully requests the Court to grant this motion and enter the attached proposed order.

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff Stragent, LLC*