IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, and BMW MANUFACTURING CO., LLC, <br><br> Defendants. | Civil Action No. 1:20-cv-00510-JDW |

**[PROPOSED] ORDER**

At Wilmington this ____ day of _____, 2023, having considered Plaintiff Stragent, LLC's Motion to Stay and all papers filed in connection therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is STAYED until lifted by the Court. The parties shall provide a joint status report for the Court within 60 days of service under the Hague Convention on BMW AG of the complaint in *Stragent, LLC v. Bayerische Motoren Werke AG*, No. 1:23-cv-00005, D.I. 1 (D. Del. Jan. 2, 2023) detailing efforts to obtain the discovery from BMW AG identified in the papers filed in connection with Plaintiff's motion.

_____
United States District Judge
