IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br><br>                Defendants. | Civil Action No. 1:20-cv-00510-JDW |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiff Stragent, LLC ("Stragent") certifies that a reasonable effort has been made with Defendants BMW of North America, LLC and BMW Manufacturing Co., LLC to reach agreement with regard to Stragent's Motion to Stay.

Counsel for the Parties met and conferred on February 3, 2023, to discuss the present motion. During that conference, Plaintiff's counsel advised Defendants' counsel that it intended to file a Motion to Stay the Case pending service of the Complaint via the Hague in Civil Action 1:23-cv-00005. Defendants' counsel said that it would consider the Motion and advise of its position on the Motion by Monday, February 6, 2023. Defendants' counsel added that if it did not respond by Monday the 6th, Plaintiff's counsel could infer that the Motion was opposed. Plaintiff's counsel did not agree and instead insisted that Defendants' counsel provide its position on the Motion in writing or by telephone and not rely on a non-response as its position. In response, Defendants' counsel agreed that it would let Plaintiff's counsel know its position on Monday the 6th or Tuesday the 7th at the latest.

Receiving no response from Defendants' counsel by mid-afternoon on February 7th, Plaintiff's counsel emailed Defendants' counsel asking again for its position on the Motion to Stay.  At 10:10 p.m. on February 7th, Defendants' counsel responded that it was "still considering" Plaintiff's Motion to Stay and that it would give its position on February 8th.  Less than an hour and a half later, Defendants filed its Motion to Dismiss (D.I. 137).

Given Defendants counsel's delay in responding to Plaintiff's counsel's repeated requests for its position on the present motion, which appears to have been a stalling tactic intended to ensure that Defendants' Motion to Dismiss would be filed before the present motion, Plaintiff's counsel represents to the Court that the Parties have not reached agreement on the present motion and it is therefore opposed.

*/s/ George Pazuniak*
George Pazuniak (#478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 10001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff Stragent, LLC.*