IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>BMW OF NORTH AMERICA, LLC, and<br>BMW MANUFACTURING CO., LLC,<br><br>   Defendants. | Civil Action No. 1:20-cv-00510-JDW |

## CERTIFICATE OF SERVICE

I, Sean T. O'Kelly, Esquire, hereby state and affirm that on the 8th day of February 2023, the following was served via e-file upon all attorneys of record:

1. Stragent LLC's Motion to Stay the Proceedings;

2. Proposed Order;

3. Certification Pursuant to Local Rule 7.1.1; and

4. Memorandum in Support of Stragent LLC's Motion to Stay the Proceedings.

Dated: February 8, 2023

                */s/ Sean T. O'Kelly*
                Sean T. O'Kelly (#4349)
                O'Kelly & O'Rourke, LLC
                824 N. Market Street
                Suite 1001A
                Wilmington, DE 19801
                (302) 478-4230
                sokelly@okorlaw.com

                *Attorney for Plaintiff Stragent LLC*