IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STRAGENT, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BMW OF NORTH AMERICA, LLC, et al.,**<br><br>*Defendants.* | **Case No. 1:20-cv-00510-JDW** |

### ORDER

**AND NOW**, this 10th day of February, 2023, it is **ORDERED** that the Parties shall appear for an omnibus hearing as to: 1) Defendants BMW Of North America LLC And BMW Manufacturing Co., LLC's Motion To Dismiss For Failure To Prosecute And Comply With Court Order (D. I. 137), 2) Plaintiff Stragent LLC's Motion To Stay The Proceedings (D.I. 139), and 3) Defendants BMW Of North America LLC And BMW Manufacturing Co., LLC's Motion For Sanctions Under Federal Rule Of Civil Procedure 11 (D.I. 142).

The hearing will be held on March 14, 2023, at 2:00 p.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.