# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STRAGENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 20-510-JDW |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BMW OF NORTH AMERICA, LLC and | ) | |
| BMW MANUFACTURING CO., LLC, | ) | **UNREDACTED ORIGINAL** |
| | ) | **VERSION OF D.I. 151** |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF [NAME]

I, Wolfgang Becker, declare as follows:

I have personal knowledge of the facts set forth in this declaration.

1.     I am a department head for function development with experience in customer specific function development for BMW combustion ECUs.

2.     Robert Bosch GmbH ("Bosch") supplies electronic control units ("ECUs") to Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"). I have investigated Part MEVD172G because it is the only ECU listed in Stragent's First Supplemental Complaint for Patent Infringement ("Complaint"), which I understand has been filed with the Court at docket index 54.

Based on my investigation, Part MEVD172G is an ECU made by Bosch and supplied to BMW AG for use as an engine control unit in combustion engines. Part MEVD172G's network and gateway functions do not use the AUTOSAR standard. The software found in Part

MEVD172G does not include repeated storage requests for sharing information between different networks (CAN-LIN, CAN-FlexRay, CAN-MOST).

I declare and affirm that the foregoing is true and correct.

Executed in Vienna   on 21.12.2022

_____

Wolfgang BECKER

2