IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STRAGENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-510-JDW |
| | ) |
| BMW OF NORTH AMERICA, LLC, and | ) |
| BMW MANUFACTURING CO., LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO STAY**

WHEREAS, the parties have agreed to a settlement-in-principle that will completely resolve this matter without further imposing upon the limited time and resources of the Court;

WHEREAS, the parties anticipate thirty (30) days will be needed to finalize the terms of a confidential settlement and release agreement, after which a stipulation of dismissal will be filed with the Court,

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that all deadlines in the case are STAYED until May 18, 2023 while the parties finalize a written settlement agreement and the parties thereafter file a stipulation of dismissal. If the case is not dismissed by May 18, 2023, the parties shall provide the Court with a joint status report.

| | |
|---|---|
| /s/ George Pazuniak | /s/ Andrew E. Russell |
| George Pazuniak (No. 478) | Karen E. Keller (No. 4489) |
| Sean T. O'Kelly (No. 4349) | Andrew E. Russell (No. 5382) |
| O'KELLY & O'ROURKE, LLC | Nathan R. Hoeschen (No. 6232) |
| 824 N. Market St., Suite 1001A | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| 302-778-4000 | 1105 North Market Street, 12th Floor |
| gp@del-iplaw.com | Wilmington, DE 19801 |
| sokelly@okorlaw.com | (302) 298-0700 |
| *Attorneys for Plaintiff* | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| Dated: April 18, 2023 | *Attorneys for Defendants* |

SO ORDERED this 19th day of April, 2023.

/s/ Joshua D. Wolson
JOSHUA D. WOLSON
U.S. DISTRICT COURT JUDGE